**Fill in this information to identify the case:**

Debtor name  **Bijou-Century, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **22-30126**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 28, 2022**       *X* **/s/ Joseph Carouba**
                                                  Signature of individual signing on behalf of debtor

                                                  **Joseph Carouba**
                                                  Printed name

                                                  **Managing Member of the LLC**
                                                  Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Bijou-Century, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **22-30126**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **811,884.05**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **811,884.05**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... $ **95,531.61**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ **1,549,376.22**

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b     $ **1,644,907.83**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 2 of 46

Debtor name      **Bijou-Century, LLC**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **22-30126**

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$9,000.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America: PO Box 15284, Wilmington, DE, 19850** | **Business Checking (2/28/22)** | **7209** | **$215,775.18** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **ATM Cash On hand for ATM machine use by customers, used in normal business operation located at: 816 Larkin St, San Francisco, CA 94109.** | **$20,000.00** |

5. **Total of Part 1.** 

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$244,775.18**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

8.1.   **Prepaid Insurance**                                                    $20,345.12

8.2.   **Prepaid Expenses**                                                     $28,051.15

9.   **Total of Part 2.**                                                       $48,396.27

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale Inventory used in normal business operation located at: 816 Larkin St, San Francisco, CA 94109.** | N/A | $2,166.66 | Recent cost | $2,166.66 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**                                                        $2,166.66

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table>
<tr><td>Part 6:</td><td>Farming and fishing-related assets (other than titled motor vehicles and land)</td></tr>
</table>

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.


<table>
<tr><td>Part 7:</td><td>Office furniture, fixtures, and equipment; and collectibles</td></tr>
</table>

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.

   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Furniture & misc. fixtures used in normal business operation located at: 816 Larkin St, San Francisco, CA 94109. All Schedule A/B personal property in fair to good condition (not "new"), owned solely by Debtor.** | **$0.00** | **N/A** | **$22,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Electronic equipment, software, ATM machine, Surveillance system, and other misc. small appliances & machines used in normal business operation located at: 816 Larkin St, San Francisco, CA 94109. All Schedule A/B personal property in fair to good condition (not "new"), owned solely by Debtor.** | **$0.00** | **N/A** | **$40,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                                 **$62,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table>
<tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr>
</table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy
Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 5 of 46

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Various Leasehold Improvements made to business premesis, used in normal business operation located at: 816 Larkin St, San Francisco, CA 94109. All Schedule A/B personal property in fair to good condition (not "new"), owned solely by Debtor.** | **$0.00** | N/A | **$75,000.00** |

51. **Total of Part 8.**                                                                                         **$75,000.00**

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:        Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 22-30126    Doc# 48    Filed: 03/28/22    Entered: 03/28/22 16:40:59    Page 6 of 46

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Debtor's business property where Debtor is Lessee, located at: 816 Larkin St, San Francisco, CA 94109. Current monthly contract rent = $20,967.50.** **Property desription: Lot 0320 Block 015 of San Francisco County, District 4 Downtown; Tax Assessor # 0320015; Commercial office/theater.** **(Debtor 0% Equitable interest in asset value)** | **Debtor is Lessee** | **$0.00** | N/A | **Unknown** |

56.  **Total of Part 9.**                                                                          **$0.00**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Trade name, goodwill and other intangibles** | **$0.00** | N/A | **Unknown** |
| 61. | **Internet domain names and websites** **Debtor's website: https://www.newcenturysf.com** | **Unknown** | N/A | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| As part of the credit card processing for sales, Debtor collects and retains copies of the customer credit card and ID to be used only for potential credit card chargeback responses. | $0.00 | N/A | $0.00 |
| --- | --- | --- | --- |

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

|  |
| --- |
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**
   Description (include name of obligor)
   **Intercompany Note Receivable from BT California, LLC. ($854,698.99 face amount)**

| 854,698.99 | - | 854,698.99 | = | |
| --- | --- | --- | --- | --- |
| Total face amount | | doubtful or uncollectible amount | | **Unknown** |

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 8 of 46

**Appealed Case: Petition from Denial of Claim for Refund for overpayment remittances totaling $223,931.96, deemed denied by the California Employment Development Department.**                                    **Unknown**

**Nature of claim**          **Regarding EDD Account No.: 455-1412-2**

**Amount requested**                  **$223,931.96**

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

       **Employee Retention Tax Credit**                                                    **$379,545.94**

---

78.    **Total of Part 11.**                                                               **$379,545.94**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $244,775.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $48,396.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,166.66 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $62,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $379,545.94 | |
| 91. **Total.** Add lines 80 through 90 for each column | $811,884.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $811,884.05 |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 10 of 46

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address **Amsalem, A.** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$5,695.69** | **$5,695.69** |

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($3107.01) and accrued; PTO benefits ($2,588.68) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**2.2** | Priority creditor's name and mailing address **Bishop, J.** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,292.48** | **$2,292.48** |

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($838.69) and accrued; PTO benefits ($1,453.79) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 12 of 46

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,174.38 | $2,174.38 |
|-----|----------|----------|----------|----------|

**Bouphaphanh, S.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($677.51) and accrued; PTO benefits ($1,496.87) up to the priority limit within 180 days prior to a  Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $825.00 | $825.00 |
|-----|----------|----------|----------|----------|

**CA Department of Tax and Fee Admin.
Attn: Insolvency
250 South Second Street
San Jose, CA 95113**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2021**

Basis for the claim:
**Accrued State Sales Tax**

Last 4 digits of account number **Unknown**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|----------|----------|----------|----------|

**CA Franchise Tax Board
Attn: Corporate Bankruptcy
PO Box 942857
Sacramento, CA 94257-0050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,426.89 | $2,426.89 |
|-----|----------|----------|----------|----------|

**Carballo, P.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($499.99) and accrued; PTO benefits ($1,926.90) up to the priority limit within 180 days prior to a  Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 13 of 46

| Debtor | **Bijou-Century, LLC** | Case number (if known) | **22-30126** |
|--------|----------------|----------------|----------------|
| | Name | | |

**2.7** | Priority creditor's name and mailing address
**Chakib, I.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,052.70    $3,052.70

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($1,306.13) and accrued; PTO benefits ($1,746.57) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** | Priority creditor's name and mailing address
**EDD-California Employee Development Dept**
**Attn: Bankruptcy**
**PO Box 826846**
**Sacramento, CA 94246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** | Priority creditor's name and mailing address
**Enright, S.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,167.05    $5,167.05

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($3,219.09) and accrued; PTO benefits ($1,947.96) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10** | Priority creditor's name and mailing address
**Franke, R**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,937.03    $1,937.03

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($177.51) and accrued; PTO benefits ($1,759.62) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.11 | Priority creditor's name and mailing address **Garber, R** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,757.81 | $2,757.81 |
|---|---|---|---|---|

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($1,352.01) and accrued; PTO benefits ($1,405.80) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address **Garcia, E** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $6,339.06 | $6,339.06 |
|---|---|---|---|---|

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($1,623.56) and accrued; PTO benefits ($4,715.50) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address **Huang, J** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $5,942.62 | $5,942.62 |
|---|---|---|---|---|

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($1,142.62) and accrued; PTO benefits ($4,800.00) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address **Hutchinson, L** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,978.25 | $1,978.25 |
|---|---|---|---|---|

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($498.19) and accrued; PTO benefits ($1,480.06) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service
Central Insolvency Section
PO Box 7346
Philadelphia, PA 19101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service
Centralized Lien Unit Division
Cincinnati IRS Campus
PO Box 145595
Cincinnati, OH 45250-5595**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**N/A**

**Notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,440.10 | $2,440.10 |

**Lushtak, I**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($481.70) and accrued; PTO benefits ($1,958.40) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00 |

**Marshall, J**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($415.81) and accrued; PTO benefits ($1,984.19) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 16 of 46

| 2.19 | Priority creditor's name and mailing address **McCombs-Byrne, I** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,847.42 | $2,847.42 |
|---|---|---|---|---|

| | Date or dates debt was incurred **Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim: **Unpaid wages owed ($1,163.36) and accrued; PTO benefits ($1,684.06) up to the priority limit within 180 days prior to a Ch. 11 filing.** | | |
|---|---|---|---|---|
| | Last 4 digits of account number **N/A** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address **Pedro, N** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,400.81 | $2,400.81 |
|---|---|---|---|---|

| | Date or dates debt was incurred **Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim: **Unpaid wages owed ($900.84) and accrued; PTO benefits ($1,499.97) up to the priority limit within 180 days prior to a Ch. 11 filing.** | | |
|---|---|---|---|---|
| | Last 4 digits of account number **N/A** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address **Piscoya, G** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,138.11 | $4,138.11 |
|---|---|---|---|---|

| | Date or dates debt was incurred **Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim: **Unpaid wages owed ($974.80) and accrued; PTO benefits ($3,163.31) up to the priority limit within 180 days prior to a Ch. 11 filing.** | | |
|---|---|---|---|---|
| | Last 4 digits of account number **N/A** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address **Pouncey, A** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,628.95 | $2,628.95 |
|---|---|---|---|---|

| | Date or dates debt was incurred **Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim: **Unpaid wages owed ($1,304.29) and accrued; PTO benefits ($1,324.86) up to the priority limit within 180 days prior to a Ch. 11 filing.** | | |
|---|---|---|---|---|
| | Last 4 digits of account number **N/A** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | Is the claim subject to offset? ■ No ☐ Yes | | |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 17 of 46

| | | |
|---|---|---|
| 2.23 | Priority creditor's name and mailing address<br>**Rivera, M** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$2,776.32**    **$2,776.32**

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($656.19) and accrued; PTO benefits ($2,120.30) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.24 | Priority creditor's name and mailing address<br>**Roche, N** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$4,644.01**    **$4,644.01**

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($1,850.52) and accrued; PTO benefits ($2,793.49) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.25 | Priority creditor's name and mailing address<br>**Shishido, B** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$757.08**    **$757.08**

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($0.00) and accrued; PTO benefits ($757.08) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.26 | Priority creditor's name and mailing address<br>**Social Security Administration**<br>**Attn: CARES ACT**<br>**1100 West High Rise**<br>**6401 Security Blvd.**<br>**Baltimore, MD 21235** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$3,365.10**    **$3,365.10**

Date or dates debt was incurred
**2021**

Basis for the claim:
**Deferred Social Security Tax - CARES ACT**

Last 4 digits of account number **Unknown**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 18 of 46

| 2.27 | Priority creditor's name and mailing address<br>**Souryasak, S** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,415.87 | $2,415.87 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim:<br>**Unpaid wages owed ($829.57) and accrued; PTO benefits ($1,586.30) up to the priority limit within 180 days prior to a Ch. 11 filing.** |
|---|---|---|
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.28 | Priority creditor's name and mailing address<br>**Thomas, N** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.88 | $80.88 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim:<br>**Unpaid wages owed ($80.88) and accrued; PTO benefits ($0.00) up to the priority limit within 180 days prior to a Ch. 11 filing.** |
|---|---|---|
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.29 | Priority creditor's name and mailing address<br>**Tincknell, R** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,194.75 | $4,194.75 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim:<br>**Unpaid wages owed ($1,061.31) and accrued; PTO benefits ($3,133.34) up to the priority limit within 180 days prior to a Ch. 11 filing.** |
|---|---|---|
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.30 | Priority creditor's name and mailing address<br>**Valkanoff J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,004.06 | $3,004.06 |
|---|---|---|---|---|

| | Date or dates debt was incurred<br>**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | Basis for the claim:<br>**Unpaid wages owed ($740.31) and accrued; PTO benefits ($2,263.75) up to the priority limit within 180 days prior to a Ch. 11 filing.** |
|---|---|---|
| | Last 4 digits of account number **N/A** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,017.81 | $4,017.81 |

**Wang, R**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($1,079.07) and accrued; PTO benefits ($2,938.74) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | | $2,910.35 | $2,910.35 |

**Washington, M**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($0.00) and accrued; PTO benefits ($2,910.35) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | | $4,057.17 | $4,057.17 |

**Yah, J**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($979.05) and accrued; PTO benefits ($3,078.12) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | | $3,459.49 | $3,459.49 |

**Yee, M**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor**

Basis for the claim:
**Unpaid wages owed ($3.49) and accrued; PTO benefits ($3,456.00) up to the priority limit within 180 days prior to a Ch. 11 filing.**

Last 4 digits of account number **N/A**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
■ Yes

---

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 20 of 46

| Debtor | **Bijou-Century, LLC** | Case number (if known) | **22-30126** |
|---|---|---|---|

| | | | |
|---|---|---|---|

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,404.37 | $2,404.37 |

**Zhou, S**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Wages: Earned Pre-Filing; PTO benefits: Dates of service with Debtor** | **Unpaid wages owed ($592.85) and accrued; PTO benefits ($1,811.52) up to the priority limit within 180 days prior to a Ch. 11 filing.** |

Last 4 digits of account number **N/A**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,967.50** |
|---|---|---|---|

**816 Larkin, LLC**
**207 Columbus St. Suite 207**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01/2022**

Basis for the claim: **Past due rent amount through date of filing = $20,967.50**

Last 4 digits of account number **N/A**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$696,670.00** |
|---|---|---|---|

**Bank of America**
**Bankruptcy Department/SBA Loans**
**PO Box 15220**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/12020**

Basis for the claim: **SBA Loan made through the Paycheck Protection Program (PPP).**

Last 4 digits of account number **7702**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,450.70** |
|---|---|---|---|

**City & County of San Francisco Treasurer**
**1 Dr. Carlton B. Goodlett Place**
**City Hall, Room 140**
**Attn: Bankruptcy Dept./Property Tax**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2022**

Basis for the claim: **Per Debtor's Lease (Sch. G): Lessee agrees to pay as additional rent One Hundred percent (100%) of all real property taxes and assessments of any kind or that are due/become due during the term of the lease for their business location.**

Last 4 digits of account number **6564**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,428.42** |
|---|---|---|---|

**DEJA VU SERVICES, INC**
**Attn: Billing/Accounting**
**8252 EAST LANSING ROAD**
**Durand, MI 48429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2022**

Basis for the claim: **Business trade debt.**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$158,323.76** |
|---|---|---|---|

**Déjà vu San Francisco**
**Attn: Billing/Accounting**
**391 Broadway**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Basis for the claim:  **Intercompany note payable.**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$554.85** |
|---|---|---|---|

**GIG COMPUTERS, INC.**
**ATTN: CINDY GESE**
**7700 CALM WATERS  St.**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2022**

Basis for the claim:  **Business trade debt**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$255,432.58** |
|---|---|---|---|

**Gold Club-SF, LLC**
**Attn: Billing/Accounting**
**650 Howard Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Basis for the claim:  **Intercompany note payable.**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jane Doe**
**c/o THE SIMON LAW GROUP, LLP**
**Attn: Greg C. Shaffer, Esq.**
**34 Hermosa A venue**
**Hermosa Beach, CA 90254**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **9/21/2020**

Basis for the claim:  **Pending litigation in CA superior Court: Jane Doe, Pltf.  vs. DEJA VU SAN FRANCISCO, LLC, ET AL.; Case No. CGC-20-586943**

Last 4 digits of account number  **Case No. Below**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JANE ROE, et al.**
**c/o SOMMERS SCHWARTZ, P.C.**
**Attn: Trenton R. Kashima, Esq.**
**402 West Broadway, Suite 1760**
**San Diego, CA 92101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/11/2022**

Basis for the claim:  **Pending litigation in CA Superior Court: JANE ROE, et al. individually and on behalf of all others similarly situated v. DEJA VU SERVICES, INC., et al., jointly and severally; Case No: 14-cv-03616-LB.**

Last 4 digits of account number  **Case No. Below**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,246.10** |
|---|---|---|---|

**Jenny Rhee**
**425 1st Street Unit 2307**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/17/2021**

Basis for the claim:  **Settlement Agreement  Re: BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC ; Complaint filed with Department of Fair Employment and Housing Case Number: 202004-10034428**

Last 4 digits of account number  **Case No. Below**

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 22 of 46

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John Doe**
**c/o ADZ LAW, LLP**
**Attn: Tülin D. Açikalin, Esq.**
**2000 ALAMEDA  DE LAS PULGAS Ste. 161**
**San Mateo, CA 94403**

Date(s) debt was incurred  **3/18/2019**
Last 4 digits of account number  **Case No. Below**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending litigation in CA Superior Court: John Doe vs. Bijou - Century, LLC, etc., et al; Case No. CGC-19-574590**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Kimberly Wallace**
**Attn: Erika Heath, Esq.**
**541 Britannia Dr.**
**Vallejo, CA 94591-7007**

Date(s) debt was incurred  **12/16/2021**
Last 4 digits of account number  **Case No. Below**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending complaint filed with CA Dept. of Fair Employment and Housing: Kimberly Wallace vs. Bijou - Century, LLC; DFEH No. 202112-15648816.**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**LAPASIA COLBERT, ET AL**
**c/o BRACAMONTES & VLASAK, P.C.**
**Attn: Michael R. Bracamontes, Esq.**
**220 Montgomery Street, Suite 870**
**San Francisco, CA 94104**

Date(s) debt was incurred  **12/16/2020**
Last 4 digits of account number  **Case No. Below**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending litigation in CA Superior Court: LAPASIA COLBERT, ET AL.  vs. BIJOU CENTURY, LLC, ETC., ET AL; Case No. CGC-20-587067**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

**Long & Levit, LLP**
**Attn: Douglas Melton, Esq.**
**465 California Street,  5th Fl.**
**San Francisco, CA 94104**

Date(s) debt was incurred  **2/5/2022**
Last 4 digits of account number  **N/A**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal fees for representation in multiple legal actions.**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |

**MANEGOLD ENGINEERING**
**Attn: Billing/Accounting**
**272 CHURCH STREET**
**Pawtucket, RI 02860**

Date(s) debt was incurred  **2/2022**
Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.48** |

**Orkin**
**Attn: Billing/Accounting**
**PO BOX 7161**
**Pasadena, CA 91109**

Date(s) debt was incurred  **2/2022**
Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 23 of 46

---

**3.17**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$381.40**

**PACIFIC MOBILE LOCK & SAFE**
**Attn: Billing/Accounting**
**416 VISTA MAR AVENUE**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/2022**

Basis for the claim:   **Business trade debt**

Last 4 digits of account number   **Unknown**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.18**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$50,000.00**

**Rebecca Coll, Esq.**
**Quadra & Coll, LLP**
**649 Mission Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **11/17/2021**

Basis for the claim:   **Settlement Agreement Re: BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC; Complaint filed with Department of Fair Employment and Housing Case Number: 202004-10034428**

Last 4 digits of account number   **Case No. Below.**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.19**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$467.80**

**Recology Golden Gate**
**Attn: Billing/Accounting**
**250 Executive Park Blvd.**
**Suite 2100**
**San Francisco, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **02/2512022**

Basis for the claim:   **Trash & recycling service**

Last 4 digits of account number   **5831**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.20**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$223.53**

**San Francisco Water**
**Attn: Billing/Accounting**
**P.O. BOX 7369**
**San Francisco, CA 94120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/2022**

Basis for the claim:   **Utilities**

Last 4 digits of account number   **Unknown**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.21**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$5,526.23**

**SAW Entertainment, Ltd**
**Attn: Billing/Accounting**
**560 Broadway**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **Unknown**

Basis for the claim:   **Intercompany note payable.**

Last 4 digits of account number   **Unknown**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.22**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$183,300.00**

**SFBSC Management LLC**
**250 Columbus Ave , Ste. 207**
**Attn: Billing/Accounting**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **6/2021 - 3/2022**

Basis for the claim:   **Management & Consulting Company fees.**

Last 4 digits of account number   **N/A**

Is the claim subject to offset?   ■ No   ☐ Yes

---

**3.23**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*        **$2,261.34**

**Shindel Rock and Associates P.C.**
**Attn: David H. Shindel, C.P.A.**
**28100 Cabot Dr #102**
**Novi, MI 48377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/2022**

Basis for the claim:   **Accounting/CPA fees.**

Last 4 digits of account number   **Unknown**

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.18 |
|---|---|---|---|

**SONIC.NET**
**Attn: Billing/Accounting**
**2260 APOLLO WAY**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2022**

Basis for the claim:  **Business trade debt**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $503.87 |
|---|---|---|---|

**Sysco San Francisco**
**Attn: Billing/Accounting**
** 5900 Stewart Ave**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2022**

Basis for the claim:  **Wholesale Restaurant Food Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $809.90 |
|---|---|---|---|

**The Boon Group, Inc.**
**Attn: Billing/Accounting**
**6300 Bridge Point Pkwy Bldg 3, Ste. 500**
**Austin, TX 78730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2022**

Basis for the claim:  **Business trade debt**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52.58 |
|---|---|---|---|

**YANN DALRYMPLE**
**Attn: Billing/Accounting**
**510 PARKER #3**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2022**

Basis for the claim:  **Information Technology Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CA Dept. of Fair Employment and Housing**<br>**2218 Kausen Drive, Suite 100**<br>**Elk Grove, CA 95758** | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **CA Dept. of Fair Employment and Housing**<br>**2218 Kausen Drive, Suite 100**<br>**Elk Grove, CA 95758** | Line  **3.18**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **CA Dept. of Fair Employment and Housing**<br>**2218 Kausen Drive, Suite 100**<br>**Elk Grove, CA 95758** | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **Douglas J. Melton, Esq.**<br>**465 California Street, 5th Floor**<br>**San Francisco, CA 94104** | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 25 of 46

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Erika Heath, Esq.**<br>**369 Pine Street, Suite 410**<br>**San Francisco, CA 94140** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **FIORE ACHERMANN, A Law Corp.**<br>**340 Pine Street, Suite 503**<br>**San Francisco, CA 94104** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Gold Club-SF, LLC**<br>**250 Columbus Ave, Suite 207**<br>**San Francisco, CA 94133** | Line **3.7**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Office of Management and Budget**<br>**Attn: SBA Desk Officer**<br>**New Executive Office Building**<br>**Rm. 10202**<br>**Washington, DC 20503** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Rebecca Coll, Esq.**<br>**Quadra & Coll, LLP**<br>**649 Mission Street**<br>**San Francisco, CA 94105** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Rissell Law Firm**<br>**Melody R. Rissell**<br>**201 Spear Street, Suite 1100**<br>**San Francisco, CA 94105** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **S.A.W. Entertainment Limited**<br>**250 Columbus Ave**<br>**San Francisco, CA 94133** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 26 of 46

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | **San Francisco Tax Collector**<br>**Attn: Unsecured Property Tax**<br>**P.O. Box 7427**<br>**San Francisco, CA 94120** | Line **3.3**<br><br>☐  Not listed. Explain ____ | _ |
| 4.19 | **Shane Cahill**<br>**465 California Street, 5th Floor**<br>**San Francisco, CA 94104** | Line **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.20 | **THE TIDRICK LAW FIRM LLP**<br>**STEVEN G. TIDRICK**<br>**1300 Clay Street, Suite 600**<br>**Oakland, CA 94612** | Line **3.9**<br><br>☐  Not listed. Explain ____ | _ |
| 4.21 | **U.S. Small Business Administration**<br>**Attn: Director, RMD**<br>**409 3rd St., SW**<br>**Washington, DC 20416** | Line **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.22 | **U.S. Small Business Administration**<br>**Attn: Bankruptcy**<br>**10737 Gateway West, 11300**<br>**El Paso, TX 79935** | Line **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.23 | **U.S. Small Business Administration**<br>**Attn: PPP Loans**<br>**455 Market St. suite 600**<br>**San Francisco, CA 94105** | Line **3.2**<br><br>☐  Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 95,531.61 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,549,376.22 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | **1,644,907.83** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor name    **Bijou-Century, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **22-30126**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **240 month Commercial Lease that began 11/1/2010 for Debtor's business property where Debtor is Lessee, located at: 816 Larkin St, San Francisco, CA 94109. Current monthly contract rent = $20,967.50; Lessor holds no security deposit; Lessee is responsible for 100% of the property taxes associated with the premesis, listed on Sch. F as a current non-priority claim due.** <br><br> **Rent payments are in arrears one month; Past due amount through date of filing = $20,967.50** | |
| State the term remaining    **114 Months** | |
| List the contract number of any government contract    **N/A** | **816 Larkin, LLC**<br>**207 Columbus St. Suite 207**<br>**San Francisco, CA 94133** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **DEJA VU SERVICES, INC** | **Attn: Billing/Accounting**<br>**8252 EAST LANSING ROAD**<br>**Durand, MI 48429** | **JANE ROE, et al.** | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.2 | **Déjà vu San Francisco** | **Attn: Billing/Accounting**<br>**391 Broadway**<br>**San Francisco, CA 94133** | **Jane Doe** | ☐ D _____<br>■ E/F ___**3.8**___<br>☐ G _____ |
| 2.3 | **Gold Club-SF, LLC** | **Attn: Billing/Accounting**<br>**650 Howard Street**<br>**San Francisco, CA 94105** | **Jenny Rhee** | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.4 | **Gold Club-SF, LLC** | **Attn: Billing/Accounting**<br>**650 Howard Street**<br>**San Francisco, CA 94105** | **Rebecca Coll, Esq.** | ☐ D _____<br>■ E/F ___**3.18**___<br>☐ G _____ |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bijou-Century, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **22-30126** |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,658,575.01** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,030,908.18** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Case: 22-30126    Doc# 48    Filed: 03/28/22    Entered: 03/28/22 16:40:59    Page 30 of 46

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Bank of America Merchant Services** **100 North Tryon Street** **Charlotte, NC 28255** | 03/1/2022 - 03/13/2022: $3,407.39<br><br>02/1/2022 - 02/28/2022: $2,933.87<br><br>01/1/2022 - 01/31/2022: $4,352.08<br><br>12/1/2021 - 12/31/2021: $2,660.99 | $13,364.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Credit card processing for Visa & Mastercard charges.** |
| 3.2. **American Express** **Attn: Express Mail Remittance Processing** **Carson, CA 90746** | 03/1/2022 - 03/13/2022: $1,915.39<br><br>02/1/2022 - 02/28/2022: $5,204.97<br><br>01/1/2022 - 01/31/2022: $1,179.68<br><br>12/1/2021 - 12/31/2021: $2,454.70 | $10,754.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Credit card processing for American Express charges.** |
| 3.3. **Kronos SaaShr** **3040 US-22 #200** **Somerville, NJ 08876** | 03/1/2022 - 03/13/2022: $98,975.20<br><br>02/1/2022 - 02/28/2022: $124,445.25<br><br>01/1/2022 - 01/31/2022: $74,472.69<br><br>12/1/2021 - 12/31/2021: $127,786.72 | $425,679.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Company payroll processing for employees & payroll taxes.** |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 31 of 46

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.4.  **SMA**<br>**301 EXECUTIVE PARK BLVD. #709**<br>**San Francisco, CA 94134** | **03/1/2022 - 03/13/2022: $12,650.00**<br><br>**02/1/2022 - 02/28/2022: $18,975.00**<br><br>**01/1/2022 - 01/31/2022: $12,650.00**<br><br>**12/1/2021 - 12/31/2021: $12,650.00** | **$56,925.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Ongoing security and management services for business location at 816 Larkin St.** |
| 3.5.  **Associated Agencies Inc.**<br>**Tower Two, 1701 Golf Rd.**<br>**Rolling Meadows, IL 60008** | **03/1/2022 - 03/13/2022: $0.00**<br><br>**02/1/2022 - 02/28/2022: $3,946.98**<br><br>**01/1/2022 - 01/31/2022: $1,973.49**<br><br>**12/1/2021 - 12/31/2021: $1,973.49** | **$7,893.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Business insurance & risk management advisory services.** |
| 3.6.  **Jenny Rhee**<br>**425 1st Street Unit 2307**<br>**San Francisco, CA 94105** | **03/1/2022 - 03/13/2022: $0.00**<br><br>**02/1/2022 - 02/28/2022: $5,624.61**<br><br>**01/1/2022 - 01/31/2022: $5,624.61**<br><br>**12/1/2021 - 12/31/2021: $5,624.61** | **$16,873.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Civil litigation settlement agreement Re: Department of Fair Employment and Housing Case Number: 202004-10034428.** |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 32 of 46

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.7. | **Long & Levit, LLP**<br>**465 CALIFORNIA ST., SUITE 500**<br>**San Francisco, CA 94104** | **03/1/2022 -**<br>**03/14/2022:**<br>**$29,310.99**<br><br>**02/1/2022 -**<br>**02/28/2022:**<br>**$0.00**<br><br>**01/1/2022 -**<br>**01/31/2022:**<br>**$53,271.58**<br><br>**12/1/2021 -**<br>**12/31/2021:**<br>**$13,767.10** | **$96,349.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Legal representation &**<br>**advisory services for several**<br>**cases.** |
| 3.8. | **Commercial Building Services**<br>**4309 Chamberlin Ct.**<br>**Oakland, CA 94619** | **03/1/2022 -**<br>**03/13/2022:**<br>**$0.00**<br><br>**02/1/2022 -**<br>**02/28/2022:**<br>**$3,942.00**<br><br>**01/1/2022 -**<br>**01/31/2022:**<br>**$0.00**<br><br>**12/1/2021 -**<br>**12/31/2021:**<br>**$7,884.00** | **$11,826.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Construction &**<br>**remodeling services** |
| 3.9. | **Nat'l Assoc. of Entertainment Facilities**<br>**c/o Modern Bookkeeping Services, Inc.**<br>**8250 Lansing Rd.**<br>**Durand, MI 48429** | **03/1/2022 -**<br>**03/13/2022:**<br>**$0.00**<br><br>**02/1/2022 -**<br>**02/28/2022:**<br>**$10,649.77**<br><br>**01/1/2022 -**<br>**01/31/2022:**<br>**$0.00**<br><br>**12/1/2021 -**<br>**12/31/2021:**<br>**$0.00** | **$10,649.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Insurance premium**<br>**payments for club services.** |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 33 of 46

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.10. | **Shafer & Associates PC**<br>**3800 Capitol City Blvd.**<br>**Ste. 2**<br>**Lansing, MI 48906** | **03/1/2022 -**<br>**03/13/2022:**<br>**$0.00**<br><br>**02/1/2022 -**<br>**02/28/2022:**<br>**$58,097.58**<br><br>**01/1/2022 -**<br>**01/31/2022:**<br>**$0.00**<br><br>**12/1/2021 -**<br>**12/31/2021:**<br>**$0.00** | **$58,097.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Insurance Attorney** |
| 3.11. | **Deja Vu Servies, Inc.**<br>**8252  E. Lansing**<br>**Durand, MI 48429** | **2-1-22 to**<br>**2-28-22** | **$186.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Gold Club-SF, LLC**<br>**Attn: Billing/Accounting**<br>**650 Howard Street**<br>**San Francisco, CA 94105**<br>**Affiliate of Debtor** | **03/1/2022 -**<br>**03/13/2022:**<br>**$50,000.00**<br><br>**02/1/2022 -**<br>**02/28/2022:**<br>**$79,000.00**<br><br>**01/1/2022 -**<br>**01/31/2022:**<br>**$20,000.00**<br><br>**12/1/2021 -**<br>**12/31/2021:**<br>**$60,000.00**<br><br>**11/1/2021 -**<br>**11/30/2021:**<br>**$56,000.00**<br><br>**10/1/2021 -**<br>**10/31/2021:**<br>**$100,000.00**<br><br>**09/1/2021 -**<br>**09/30/2021:**<br>**$44,000.00**<br><br>**08/1/2021 -**<br>**08/31/2021:**<br>**$96,000.00**<br><br>**07/1/2021 -**<br>**07/31/2021:**<br>**$94,000.00**<br><br>**06/1/2021 -**<br>**06/30/2021:**<br>**$49,000.00**<br><br>**05/1/2021 -**<br>**05/31/2021:**<br>**$62,000.00**<br><br>**04/1/2021 -**<br>**04/30/2021:**<br>**$40,000.00**<br><br>**03/1/2021 -**<br>**03/31/2021:**<br>**$0.00** | **$750,000.00** | **Repayment of short term loans**<br>**on a weekly basis.** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **816 Larkin, LLC c/o BSC Management 207 Columbus St. Suite 207 San Francisco, CA 94133 Affiliate of Debtor** | **03/1/2022 - 03/13/2022: $41,935.00** <br><br>**02/1/2022 - 02/28/2022: $41,935.00** <br><br>**01/1/2022 - 01/31/2022: $20,967.50** <br><br>**12/1/2021 - 12/31/2021: $41,935.00** <br><br>**11/1/2021 - 11/30/2021: $41,935.00** <br><br>**10/1/2021 - 10/31/2021: $0.00** <br><br>**09/1/2021 - 09/30/2021: $41,935.00** <br><br>**08/1/2021 - 08/31/2021: $20,326.50** <br><br>**07/1/2021 - 07/31/2021: $20,326.50** <br><br>**06/1/2021 - 06/30/2021: $20,326.50** <br><br>**05/1/2021 - 05/31/2021: $20,326.50** <br><br>**04/1/2021 - 04/30/2021: $20,356.50** <br><br>**03/1/2021 - 03/31/2021: $0.00** | **$332,275.00** | **Rental payments for Debtor's business property where Debtor is Lessee, located at: 816 Larkin St, San Francisco, CA 94109.** |

Case: 22-30126    Doc# 48    Filed: 03/28/22    Entered: 03/28/22 16:40:59    Page 36 of 46

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3. **Consolidated Bookkeeping<br>and Management Services, Inc.<br>1530 1ST Ave S # A<br>Seattle, WA 98134<br>Affiliate of Debtor** | 03/1/2022 -<br>03/13/2022:<br>$2,600.00<br><br>02/1/2022 -<br>02/28/2022:<br>$2,942.15<br><br>01/1/2022 -<br>01/31/2022:<br>$3,598.17<br><br>12/1/2021 -<br>12/31/2021:<br>$3,027.47<br><br>11/1/2021 -<br>11/30/2021:<br>$2,600.00<br><br>10/1/2021 -<br>10/31/2021:<br>$2,999.82<br><br>09/1/2021 -<br>09/30/2021:<br>$3,438.74<br><br>08/1/2021 -<br>08/31/2021:<br>$3,438.09<br><br>07/1/2021 -<br>07/31/2021:<br>$3,052.40<br><br>06/1/2021 -<br>06/30/2021:<br>$3,172.55<br><br>05/1/2021 -<br>05/31/2021:<br>$8,215.26<br><br>04/1/2021 -<br>04/30/2021:<br>$9,887.59<br><br>03/1/2021 -<br>03/31/2021:<br>$7,800.00 | $56,772.24 | **Accounting services** |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 37 of
46

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. **SFBSC Management LLC** **250 Columbus Ave , 207** **San Francisco, CA 94133** **Affiliate of Debtor** | **03/1/2022 - 03/13/2022:** **$9,600.00** **02/1/2022 - 02/28/2022:** **$14,532.11** **01/1/2022 - 01/31/2022:** **$27,879.08** **12/1/2021 - 12/31/2021:** **$24,160.21** **11/1/2021 - 11/30/2021:** **$9,669.23** **10/1/2021 - 10/31/2021:** **$211.55** **09/1/2021 - 09/30/2021:** **$8,606.33** **08/1/2021 - 08/31/2021:** **$17,155.08** **07/1/2021 - 07/31/2021:** **$34,127.38** **06/1/2021 - 06/30/2021:** **$34,096.23** **05/1/2021 - 05/31/2021:** **$43,595.25** **04/1/2021 - 04/30/2021:** **$25,617.73** **03/1/2021 - 03/31/2021:** **$25,570.16** | **$274,820.34** | **Management fees** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ◼ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 38 of 46

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **LAPASIA COLBERT, ET AL., vs. BIJOU CENTURY, LLC, ETC., ET AL.**<br>CGC20587067 | **Complaint for Damages, Restitution and Declaratory Relief** | **Superior Court of California San Francisco County 400 McAllister St. 1st floor San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Kimberly Wallace vs. Bijou - Century, LLC**<br>DFEH No. 202112-15648816 | **Employment Discrimination** | **CA Dept.  of Fair Employment and Housing 2218 Kausen Drive, Suite 100 Elk Grove, CA 95758** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Jane Doe vs. DEJA VU SAN FRANCISCO, LLC, ET AL.**<br>CGC-20-586943 | **Personal Injury** | **Superior Court of California San Francisco County 400 McAllister St. 1st floor San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **John Doe vs. Bijou - Century, LLC, etc., et al.,**<br>CGC-19-574590 | **Complaint for Damages, Restitution and Declaratory Relief** | **Superior Court of California San Francisco County 400 McAllister St. 1st floor San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **JANE ROE, et al. v. DEJA VU SERVICES, INC., et al.**<br>14-cv-03616-LB | **Class Action** | **Superior Court of California San Francisco County 400 McAllister St. 1st floor San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **JENNY RHEE v. BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC**<br>DFEH No. 202004-10034428 | **Complaint for Damages, Restitution and Declaratory Relief** | **CA Dept.  of Fair Employment and Housing 2218 Kausen Drive, Suite 100 Elk Grove, CA 95758** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. | **QUADRA & COLL, LLP v. BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC**<br>DFEH No. 202004-10034428 | **Complaint for Damages, Restitution and Declaratory Relief** | **CA Dept.  of Fair Employment and Housing 2218 Kausen Drive, Suite 100 Elk Grove, CA 95758** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Jenny Rhee v. S.A.W. Entertainment Limited**<br><br>**(Related to JENNY RHEE v. BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC, DFEH No. 202004-10034428)**<br>**DFEH No. 202004-10035528** | **Complaint for Damages, Restitution and Declaratory Relief** | **CA Dept. of Fair Employment and Housing**<br>**2218 Kausen Drive, Suite 100**<br>**Elk Grove, CA 95758** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.9. | **Bijou-Century, LLC v. Employment Development Department**<br>**EDD Account No.: 455-1412-2** | **Petition from Denial of Claim for Refund for overpayment remittances totaling $223,931.96, deemed denied by the California Employment Development Department.** | **CA Unemployment Insurance Appeals Board**<br>**Sacramento Office of Appeals**<br>**2400 Venture Oaks Way, Suite 100**<br>**Sacramento, CA 95833** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   **St. James Law, P.C.** **Michael St. James, Esq.** **22 Battery Street, Suite 810** **San Francisco, CA 94111** | **Attorney Retainer: $30,000.00** | **3/9/2022** | **$30,000.00** |
| **Email or website address** **michael@stjames-law.com** | | | |
| **Who made the payment, if not debtor?** **N/A** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 41 of 46

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐   No.
   ■   Yes. State the nature of the information collected and retained.

> **As part of the credit card processing for sales, Debtor collects and retains copies of the customer credit card and ID to be used only for potential credit card chargeback responses.**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■   No. Go to Part 10.
   ☐   Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

| Part 12: | Details About Environment Information |
|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Consolidated Bookkeeping**<br>**PO Box 2602**<br>**Seattle, WA 98111** | **Ongoing service on a monthly basis for the previous 2 years** |
| 26a.2. | **ShindelRock**<br>**Attn: Billing/Accounting**<br>**28100 CABOT DRIVE, STE 102**<br>**Novi, MI 48377** | **Ongoing service on a monthly basis for the previous 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **14**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **ShindelRock**<br>**Attn: Billing/Accounting**<br>**28100 CABOT DRIVE, STE 102**<br>**Novi, MI 48377** | **Ongoing service on a monthly basis for the previous 2 years** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Consolidated Bookkeeping**<br>**PO Box 2602**<br>**Seattle, WA 98111** | **Ongoing service on a monthly basis for the previous 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Consolidated Bookkeeping**<br>**PO Box 2602**<br>**Seattle, WA 98111** | **N/A** |
| 26c.2.   **ShindelRock**<br>**Attn: Billing/Accounting**<br>**28100 CABOT DRIVE, STE 102**<br>**Novi, MI 48377** | **N/A** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Bank of America**<br>**Bankruptcy Department/SBA Loans**<br>**PO Box 15220**<br>**Wilmington, DE 19850** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Carouba | 207 Columbus St. Suite 207<br>San Francisco, CA 94133 | Managing Member of Bijou-Century, LLC | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Little Darlings of San Francisco, LLC | 250 Columbus Ave., Suite 207<br>San Francisco, CA 94133 | N/A | 100% |

Case: 22-30126   Doc# 48   Filed: 03/28/22   Entered: 03/28/22 16:40:59   Page 44 of 46

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 28, 2022**

**/s/ Joseph Carouba**              **Joseph Carouba**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member of the LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re  **Bijou-Century, LLC**                      Case No.  **22-30126**

Debtor(s)                                 Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LITTLE DARLINGS OF SAN FRANCISCO, L.L.C.**<br>**8252 E. Lansing Rd.**<br>**Durand, MI 48429** | **Common Stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member of the LLC** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 28, 2022**          Signature  **/s/ Joseph Carouba**

**Joseph Carouba**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.