EXIBIT C

# Transaction - May 2022

5/1/2022 through 5/31/2022



| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/1/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 2,532.00 |
| 5/1/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 200.00 |
| 5/1/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 20.00 |
| 5/2/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 22.00 |
| 5/2/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 338.00 |
| 5/3/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 306.00 |
| 5/3/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 500.00 |
| 5/3/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 50.00 |
| 5/4/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 120.00 |
| 5/4/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 4,678.00 |
| 5/4/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 200.00 |
| 5/4/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 20.00 |
| 5/4/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 420.00 |
| 5/4/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 42.00 |
| 5/5/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 55.00 |
| 5/5/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 3,980.00 |
| 5/5/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 200.00 |
| 5/5/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 20.00 |
| 5/6/2022 | NewCent | DEP | Deposit-Misc | Long & Levitt | R | 38.02 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 90.00 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 551.00 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 31.00 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 340.00 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 37.00 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 800.00 |
| 5/6/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 80.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 55.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 3,805.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 194.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 200.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 20.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 1,160.00 |
| 5/7/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 116.00 |
| 5/8/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 14,200.00 |
| 5/8/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 45.00 |
| 5/8/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 1,000.00 |
| 5/8/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 100.00 |
| 5/8/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 300.00 |
| 5/8/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 30.00 |
| 5/9/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 5,600.00 |
| 5/9/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 1,890.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 2,490.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 455.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 1,063.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 300.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 30.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 700.00 |
| 5/10/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 70.00 |
| 5/11/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 777.00 |
| 5/11/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 196.00 |
| 5/11/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 300.00 |

# Transaction - May 2022

5/1/2022 through 5/31/2022



| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/11/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 30.00 |
| 5/12/2022 | NewCent | | CK#15048 ANDES, CHLOE 7/26/19 | ESCHEATABLE | R | 833.36 |
| 5/12/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 3,400.00 |
| 5/12/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 1,996.00 |
| 5/13/2022 | NewCent | DEP | Deposit-Misc | BSC-Supplies | R | 113.31 |
| 5/13/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 5,650.00 |
| 5/13/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 1,469.00 |
| 5/13/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 360.00 |
| 5/13/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 44.00 |
| 5/13/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 1,220.00 |
| 5/13/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 122.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 120.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 2,440.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 1,368.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 340.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 37.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 520.00 |
| 5/14/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 52.00 |
| 5/15/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 4,820.00 |
| 5/15/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 5,745.00 |
| 5/15/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 200.00 |
| 5/15/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 20.00 |
| 5/16/2022 | NewCent | | PAYROLL | Stale Ck Refund 10/29/21 & ... | R | 432.40 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 70.00 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 200.00 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 24.00 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 760.00 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 82.00 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 400.00 |
| 5/16/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 40.00 |
| 5/17/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 1,436.00 |
| 5/17/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 246.00 |
| 5/18/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 2,560.00 |
| 5/18/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 370.00 |
| 5/18/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 1,300.00 |
| 5/18/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 130.00 |
| 5/18/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 600.00 |
| 5/18/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 60.00 |
| 5/19/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 110.00 |
| 5/19/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 268.00 |
| 5/19/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 1,500.00 |
| 5/19/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 150.00 |
| 5/19/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 300.00 |
| 5/19/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 30.00 |
| 5/20/2022 | NewCent | 19254 | **VOID**Shindelrock & Associates, Pc | | R | 0.00 |
| 5/20/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 39,600.00 |
| 5/20/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 6,272.00 |
| 5/20/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 200.00 |
| 5/20/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 20.00 |
| 5/20/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 500.00 |
| 5/20/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 50.00 |
| 5/21/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 2,118.00 |

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/21/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 26,395.00 |
| 5/21/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 1,240.00 |
| 5/21/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 126.00 |
| 5/21/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 200.00 |
| 5/21/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 20.00 |
| 5/22/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 700.00 |
| 5/22/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 70.00 |
| 5/23/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 210.00 |
| 5/23/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 224.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 45.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 467.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 174.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 80.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 8.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 540.00 |
| 5/24/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 54.00 |
| 5/25/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 160.00 |
| 5/25/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 6,676.00 |
| 5/25/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 200.00 |
| 5/25/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 20.00 |
| 5/26/2022 | NewCent | DEP | DEPOSIT-AMEX | | R | 810.00 |
| 5/26/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 4,480.00 |
| 5/26/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | R | 440.00 |
| 5/26/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | R | 44.00 |
| 5/26/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | R | 300.00 |
| 5/26/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | R | 30.00 |
| 5/27/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 392.00 |
| 5/27/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 351.00 |
| 5/27/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | | 220.00 |
| 5/27/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | | 27.00 |
| 5/28/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 328.00 |
| 5/28/2022 | NewCent | DEP | DEPOSIT-CASH | | R | 90.00 |
| 5/28/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | | 60.00 |
| 5/28/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | | 7.00 |
| 5/29/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | R | 8,724.00 |
| 5/29/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | | 900.00 |
| 5/29/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | | 90.00 |
| 5/30/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | | 21,840.00 |
| 5/30/2022 | NewCent | DEP | DEPOSIT-ATM-3 | | | 280.00 |
| 5/30/2022 | NewCent | DEP | DEPOSIT-ATM-3-FEES | | | 28.00 |
| 5/30/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | | 860.00 |
| 5/30/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | | 87.00 |
| 5/31/2022 | NewCent | DEP | DEPOSIT-Mc/VISA | | | 93.00 |
| 5/31/2022 | NewCent | DEP | DEPOSIT-CASH | | | 4,011.00 |
| 5/31/2022 | NewCent | DEP | DEPOSIT-ATM-5 | | | 380.00 |
| 5/31/2022 | NewCent | DEP | DEPOSIT-ATM-5-FEES | | | 38.00 |
| 5/31/2022 | NewCent | DEP | Deposit-Misc | Medical-Washington, M | R | 436.04 |
| 5/31/2022 | NewCent | DEP | Deposit-Misc | Medical-Yee, M | R | 93.31 |
| **5/1/2022 - 5/31/2022** | | | | | | **224,542.44** |

| | |
|---|---|
| **TOTAL INFLOWS** | **224,542.44** |

# Transaction - May 2022

5/1/2022 through 5/31/2022

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| | | | | **TOTAL OUTFLOWS** | | **0.00** |
| | | | | **NET TOTAL** | | **224,542.44** |