EXIBIT D

# Transaction - May 2022

5/1/2022 through 5/31/2022



| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/1/2022 | NewCent | 19217 | 816 Larkin, Llc | | R | -41,935.00 |
| 5/1/2022 | NewCent | 19218 | Consolidated Bookkeeping (A) | | R | -2,600.00 |
| 5/2/2022 | NewCent | 19219 | [redacted] | | R | -646.34 |
| 5/2/2022 | NewCent | | Merchant Fees | | R | -4,394.99 |
| 5/6/2022 | NewCent | 19220 | Gig Computers, Inc. | | R | -514.95 |
| 5/6/2022 | NewCent | 19221 | I.D.M. Glass Company | | R | -1,375.00 |
| 5/6/2022 | NewCent | 19222 | Pg&e (4325756091-2) | | R | -210.48 |
| 5/6/2022 | NewCent | 19223 | Plc Inc | | R | -412.64 |
| 5/6/2022 | NewCent | 19224 | Sfbsc Management, Llc (M) | | R | -4,800.00 |
| 5/6/2022 | NewCent | 19225 | Sma | | R | -6,325.00 |
| 5/10/2022 | NewCent | 1922[redacted] | | | | -4,108.02 |
| 5/10/2022 | NewCent | | ATM Service Fee | | R | -50.00 |
| 5/12/2022 | NewCent | 19227 | LASHER HOLZAPFEL SPERRY EBBERS... | | R | -620.00 |
| 5/12/2022 | NewCent | 19228 | SMA | | R | -6,325.00 |
| 5/12/2022 | NewCent | 19243 | [redacted] | REISSUE CHK 15048 7... | R | -833.36 |
| 5/13/2022 | NewCent | | PAYROLL | 05/13/2022 PAYROLL | R | -24,563.88 |
| 5/13/2022 | NewCent | | PAYROLL TAXES | 05/13/2022 PAYROLL | R | -20,239.89 |
| 5/13/2022 | NewCent | 19229 | Calsavers | | R | -488.80 |
| 5/13/2022 | NewCent | 19230 | Ct Corporation System | | R | -302.00 |
| 5/13/2022 | NewCent | 19231 | Green Aroma | | | -150.00 |
| 5/13/2022 | NewCent | 19232 | Impact Paper & Ink, Ltd | | R | -122.76 |
| 5/13/2022 | NewCent | 19233 | Kaiser Foundation Health Plan | | R | -1,525.38 |
| 5/13/2022 | NewCent | 19234 | Orkin | | R | -69.48 |
| 5/13/2022 | NewCent | 19235 | Phoenix New Times | | R | -350.00 |
| 5/13/2022 | NewCent | 19236 | Plc Inc | | R | -990.48 |
| 5/13/2022 | NewCent | 19237 | Sfbsc Management, Llc (M) | | R | -4,800.00 |
| 5/13/2022 | NewCent | 19238 | Sf-water (2736647237) | | R | -351.97 |
| 5/13/2022 | NewCent | 19239 | Sonic | | R | -555.11 |
| 5/13/2022 | NewCent | 19240 | The Boon Group, Inc. | | R | -3,179.55 |
| 5/13/2022 | NewCent | 19241 | Wyldesites Inc | | R | -137.50 |
| 5/13/2022 | NewCent | 19242 | [redacted] | | R | -369.36 |
| 5/16/2022 | NewCent | | BANK FEES | | R | -281.50 |
| 5/17/2022 | NewCent | | PAYROLL TAXES | Q3 2020 DEFERRED S... | R | -424.66 |
| 5/17/2022 | NewCent | | SAN FRANCISCO TAX COLLECTOR | Business Registration | R | -603.00 |
| 5/17/2022 | NewCent | 19244 | AMERICAN EXPRESS | | R | -1,696.51 |
| 5/17/2022 | NewCent | | Compuchecks | check order | R | -165.94 |
| 5/20/2022 | NewCent | 19245 | Associated Agencies Inc | | R | -15,413.60 |
| 5/20/2022 | NewCent | 19246 | At&t (415 776-0212 725 8) | | R | -452.27 |
| 5/20/2022 | NewCent | 19247 | At&t MOBILITY(287290222917) | | R | -58.78 |
| 5/20/2022 | NewCent | 19248 | Commercial Building Services | | R | -3,942.00 |
| 5/20/2022 | NewCent | 19249 | Manegold Engineering | | R | -160.00 |
| 5/20/2022 | NewCent | 19250 | N.A.E.F | | R | -16,935.25 |
| 5/20/2022 | NewCent | 19251 | Potato Chimps | | R | -580.00 |
| 5/20/2022 | NewCent | 19252 | Sfbsc Management, Llc (C) | | R | -120.66 |
| 5/20/2022 | NewCent | 19253 | Sfbsc Management, Llc (M) | | R | -4,800.00 |
| 5/20/2022 | NewCent | 19255 | Southern Glazer's Of Ca North | | R | -1,050.70 |
| 5/23/2022 | NewCent | 19256 | [redacted] | | | -631.69 |
| 5/23/2022 | NewCent | 19257 | GOLD CLUB-SF, LLC | | R | -20,000.00 |
| 5/24/2022 | NewCent | 19258 | GOLD CLUB-SF, LLC | | R | -24,000.00 |
| 5/26/2022 | NewCent | 19268 | UNITED STATES TREASURY | | | -30.48 |
| 5/26/2022 | NewCent | 19269 | UNITED STATES TREASURY | | | -50.23 |

# Transaction - May 2022

5/1/2022 through 5/31/2022



| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 5/27/2022 | NewCent | | PAYROLL | 5/27/2022 PAYROLL | R | -26,275.46 |
| 5/27/2022 | NewCent | | PAYROLL TAXES | 5/27/2022 PAYROLL | R | -36,399.10 |
| 5/27/2022 | NewCent | | GARNISHMENTS | 5/27/2022 PAYROLL | R | -276.92 |
| 5/27/2022 | NewCent | 19259 | Associated Agencies Inc | | R | -1,973.49 |
| 5/27/2022 | NewCent | 19260 | Calsavers | | | -382.85 |
| 5/27/2022 | NewCent | 19261 | Consolidated Bookkeeping (C) | | R | -352.71 |
| 5/27/2022 | NewCent | 19262 | Green Aroma | | | -85.00 |
| 5/27/2022 | NewCent | 19263 | Kyma, Llc | | | -47.92 |
| 5/27/2022 | NewCent | 19264 | Recology Golden Gate | | R | -935.60 |
| 5/27/2022 | NewCent | 19265 | Sfbsc Management, Llc (M) | | R | -4,800.00 |
| 5/27/2022 | NewCent | 19266 | Sma | | R | -6,325.00 |
| 5/31/2022 | NewCent | | Amex Discount | | R | -3,055.97 |
| **5/1/2022 - 5/31/2022** | | | | | | **-305,654.23** |

| | |
|---|---|
| **TOTAL INFLOWS** | **0.00** |
| **TOTAL OUTFLOWS** | **-305,654.23** |
| **NET TOTAL** | **-305,654.23** |