EXIBIT E

# Bijou Century, LLC
## Aging Schedule - Detailed
As of May 31, 2022

| Reference | PO Number | Date | Due Date | Amount Due |
|---|---|---|---|---|
| | | | **Company Totals** | 0.00 |

*Printed by BARBARA on 06/13/22 at 11:49 AM*

Case: 22-30126 Doc# 102-3 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 1 of 1