**Gold Club Loans to New Century Theater**
**May, 2022**

| Date: | Starting Balance | Loan Out To Club | Amount Of Loan | Loan Balance | Date Loan Paid | Outstanding Balance |
|---|---|---|---|---|---|---|
| 5/18/2022 | 0 | Century | $20,000 | | 5/23/2022 | 0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |