BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.888.852.5000

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

BIJOU-CENTURY LLC
DEBTOR IN POSSESSION CASE 22-30126
PO BOX 2602
SEATTLE, WA 98111-2602

# Your Full Analysis Business Checking

for May 1, 2022 to May 31, 2022

Account number: [redacted] 7209

**BIJOU-CENTURY LLC DEBTOR IN POSSESSION CASE 22-30126**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2022 | $307,791.15 |
| Deposits and other credits | 219,594.69 |
| Withdrawals and other debits | -113,393.84 |
| Checks | -194,122.74 |
| Service fees | -281.50 |
| **Ending balance on May 31, 2022** | **$219,587.76** |

# of deposits/credits: 150

# of withdrawals/debits: 66

# of days in cycle: 31

Average ledger balance: $272,600.56

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/02/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902522011437311 | 10,602.88 |
| 05/02/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902522017911097 | 7,614.00 |
| 05/02/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902522017349281 | 4,819.00 |
| 05/02/22 | Deposit | | 813002852826762 | 2,532.00 |
| 05/02/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902522020925711 | 454.93 |
| 05/02/22 | CDS A96504 0429 DES:CDS A96504 ID:CDS A96504 0429 INDN:CDS A96504 0429 CO ID: XXXXXXXXX CCD | | 902522010976086 | 300.00 |
| 05/02/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902522017334537 | 143.00 |
| 05/02/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0429 CO ID: XXXXXXXXX CCD | | 902522010976088 | 35.00 |
| 05/03/22 | CDS A96504 0501 DES:CDS A96504 ID:CDS A96504 0501 INDN:CDS A96504 0501 CO ID: XXXXXXXXX CCD | | 902522043041915 | 1,200.00 |
| 05/03/22 | CDS A96504 0430 DES:CDS A96504 ID:CDS A96504 0430 INDN:CDS A96504 0430 CO ID: XXXXXXXXX CCD | | 902522043078123 | 900.00 |
| 05/03/22 | CONSOLIDATED BOO DES:REFUND ID:CON1041 INDN:CONSOLIDATED BOOKKEEPI CO ID:6506940771 CCD | | 902522036018569 | 855.58 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/03/22 | CDS A96504 0502 DES:CDS A96504 ID:CDS A96504 0502 INDN:CDS A96504 0502 CO ID: XXXXXXXXX CCD | | 902522043130994 | 200.00 |
| 05/03/22 | CDS A96503 0501 DES:CDS A96503 ID:CDS A96503 0501 INDN:CDS A96503 0501 CO ID: XXXXXXXXX CCD | | 902522043042037 | 200.00 |
| 05/03/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0501 CO ID: XXXXXXXXX CCD | | 902522043041917 | 120.00 |
| 05/03/22 | CDS A96503 0430 DES:CDS A96503 ID:CDS A96503 0430 INDN:CDS A96503 0430 CO ID: XXXXXXXXX CCD | | 902522043130928 | 100.00 |
| 05/03/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0430 CO ID: XXXXXXXXX CCD | | 902522043078121 | 96.00 |
| 05/03/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0502 CO ID: XXXXXXXXX CCD | | 902522043130996 | 20.00 |
| 05/03/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0501 CO ID: XXXXXXXXX CCD | | 902522043042031 | 20.00 |
| 05/03/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0430 CO ID: XXXXXXXXX CCD | | 902522043130926 | 10.00 |
| 05/04/22 | Deposit | | 813003152058102 | 306.00 |
| 05/04/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902524004188479 | 22.00 |
| 05/05/22 | CDS A96503 0504 DES:CDS A96503 ID:CDS A96503 0504 INDN:CDS A96503 0504 CO ID: XXXXXXXXX CCD | | 902524018693030 | 500.00 |
| 05/05/22 | Deposit | | 813003152939683 | 338.00 |
| 05/05/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0504 CO ID: XXXXXXXXX CCD | | 902524018693028 | 50.00 |
| 05/06/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902526009659350 | 4,678.00 |
| 05/06/22 | CDS A96504 0505 DES:CDS A96504 ID:CDS A96504 0505 INDN:CDS A96504 0505 CO ID: XXXXXXXXX CCD | | 902525021803396 | 420.00 |
| 05/06/22 | CDS A96503 0505 DES:CDS A96503 ID:CDS A96503 0505 INDN:CDS A96503 0505 CO ID: XXXXXXXXX CCD | | 902525021802937 | 200.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/06/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902526012466506 | 115.79 |
| 05/06/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0505 CO ID: XXXXXXXXX CCD | | 902525021803398 | 42.00 |
| 05/06/22 | Preencoded Deposit | 0000000001 | 813008452436222 | 38.02 |
| 05/06/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0505 CO ID: XXXXXXXXX CCD | | 902525021802976 | 20.00 |
| 05/09/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902529015309343 | 3,980.00 |
| 05/09/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902529015772027 | 3,805.00 |
| 05/09/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902529015323785 | 551.00 |
| 05/09/22 | CDS A96504 0506 DES:CDS A96504 ID:CDS A96504 0506 INDN:CDS A96504 0506 CO ID: XXXXXXXXX CCD | | 902529010338212 | 200.00 |
| 05/09/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902529011000105 | 87.33 |
| 05/09/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902529010793148 | 53.28 |
| 05/09/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902529017815057 | 53.02 |
| 05/09/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0506 CO ID: XXXXXXXXX CCD | | 902529010338222 | 20.00 |
| 05/10/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902530014497024 | 13,721.40 |
| 05/10/22 | CDS A96504 0508 DES:CDS A96504 ID:CDS A96504 0508 INDN:CDS A96504 0508 CO ID: XXXXXXXXX CCD | | 902529036065942 | 1,160.00 |
| 05/10/22 | CDS A96503 0509 DES:CDS A96503 ID:CDS A96503 0509 INDN:CDS A96503 0509 CO ID: XXXXXXXXX CCD | | 902529036032284 | 1,000.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/10/22 | CDS A96504 0507 DES:CDS A96504 ID:CDS A96504 0507 INDN:CDS A96504 0507 CO ID: XXXXXXXXX CCD | | 902529036031346 | 800.00 |
| 05/10/22 | CDS A96503 0507 DES:CDS A96503 ID:CDS A96503 0507 INDN:CDS A96503 0507 CO ID: XXXXXXXXX CCD | | 902529036032130 | 340.00 |
| 05/10/22 | CDS A96504 0509 DES:CDS A96504 ID:CDS A96504 0509 INDN:CDS A96504 0509 CO ID: XXXXXXXXX CCD | | 902529036032382 | 300.00 |
| 05/10/22 | CDS A96503 0508 DES:CDS A96503 ID:CDS A96503 0508 INDN:CDS A96503 0508 CO ID: XXXXXXXXX CCD | | 902529036063318 | 200.00 |
| 05/10/22 | Deposit | | 813003552485934 | 194.00 |
| 05/10/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0508 CO ID: XXXXXXXXX CCD | | 902529036065940 | 116.00 |
| 05/10/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0509 CO ID: XXXXXXXXX CCD | | 902529036032286 | 100.00 |
| 05/10/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0507 CO ID: XXXXXXXXX CCD | | 902529036031329 | 80.00 |
| 05/10/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902530011896695 | 45.00 |
| 05/10/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0507 CO ID: XXXXXXXXX CCD | | 902529036032132 | 37.00 |
| 05/10/22 | Deposit | | 813003552485932 | 31.00 |
| 05/10/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0509 CO ID: XXXXXXXXX CCD | | 902529036032380 | 30.00 |
| 05/10/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0508 CO ID: XXXXXXXXX CCD | | 902529036063316 | 20.00 |
| 05/11/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902531015309311 | 5,408.74 |
| 05/11/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902531012862866 | 1,890.00 |
| 05/11/22 | Deposit | | 813003652269969 | 1,063.00 |
| 05/12/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902532007085159 | 2,412.38 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/12/22 | CDS A96503 0511 DES:CDS A96503 ID:CDS A96503 0511 INDN:CDS A96503 0511 CO ID: XXXXXXXXX CCD | | 902531026612058 | 700.00 |
| 05/12/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902532004902713 | 455.00 |
| 05/12/22 | CDS A96504 0511 DES:CDS A96504 ID:CDS A96504 0511 INDN:CDS A96504 0511 CO ID: XXXXXXXXX CCD | | 902531026612197 | 300.00 |
| 05/12/22 | Deposit | | 813003752105878 | 196.00 |
| 05/12/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0511 CO ID: XXXXXXXXX CCD | | 902531026612056 | 70.00 |
| 05/12/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0511 CO ID: XXXXXXXXX CCD | | 902531026612195 | 30.00 |
| 05/13/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902533006841424 | 777.00 |
| 05/13/22 | CDS A96504 0512 DES:CDS A96504 ID:CDS A96504 0512 INDN:CDS A96504 0512 CO ID: XXXXXXXXX CCD | | 902532019433348 | 300.00 |
| 05/13/22 | Preencoded Deposit | 0000000001 | 813008252272535 | 113.31 |
| 05/13/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0512 CO ID: XXXXXXXXX CCD | | 902532019433346 | 30.00 |
| 05/16/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902536010055417 | 5,457.13 |
| 05/16/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902536002735583 | 3,293.48 |
| 05/16/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902536013924513 | 2,440.00 |
| 05/16/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902536013462983 | 1,996.00 |
| 05/16/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902536013477444 | 1,469.00 |
| 05/16/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902536016242842 | 115.81 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/17/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902537012518826 | 5,745.00 |
| 05/17/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902537014900875 | 4,659.19 |
| 05/17/22 | Deposit | | 813004052406643 | 1,368.00 |
| 05/17/22 | CDS A96503 0514 DES:CDS A96503 ID:CDS A96503 0514 INDN:CDS A96503 0514 CO ID: XXXXXXXXX CCD | | 902536034946807 | 1,220.00 |
| 05/17/22 | CDS A96503 0515 DES:CDS A96503 ID:CDS A96503 0515 INDN:CDS A96503 0515 CO ID: XXXXXXXXX CCD | | 902536034827866 | 520.00 |
| 05/17/22 | CDS A96504 0514 DES:CDS A96504 ID:CDS A96504 0514 INDN:CDS A96504 0514 CO ID: XXXXXXXXX CCD | | 902536034946996 | 360.00 |
| 05/17/22 | CDS A96504 0515 DES:CDS A96504 ID:CDS A96504 0515 INDN:CDS A96504 0515 CO ID: XXXXXXXXX CCD | | 902536034657861 | 340.00 |
| 05/17/22 | CDS A96503 0516 DES:CDS A96503 ID:CDS A96503 0516 INDN:CDS A96503 0516 CO ID: XXXXXXXXX CCD | | 902536034947643 | 200.00 |
| 05/17/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0514 CO ID: XXXXXXXXX CCD | | 902536034946805 | 122.00 |
| 05/17/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0515 CO ID: XXXXXXXXX CCD | | 902536034829299 | 52.00 |
| 05/17/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0514 CO ID: XXXXXXXXX CCD | | 902536034946998 | 44.00 |
| 05/17/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0515 CO ID: XXXXXXXXX CCD | | 902536034657857 | 37.00 |
| 05/17/22 | Deposit | | 813004052406645 | 24.00 |
| 05/17/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0516 CO ID: XXXXXXXXX CCD | | 902536034947639 | 20.00 |
| 05/18/22 | CDS A96504 0517 DES:CDS A96504 ID:CDS A96504 0517 INDN:CDS A96504 0517 CO ID: XXXXXXXXX CCD | | 902537024913851 | 760.00 |
| 05/18/22 | CDS A96503 0517 DES:CDS A96503 ID:CDS A96503 0517 INDN:CDS A96503 0517 CO ID: XXXXXXXXX CCD | | 902537024912661 | 400.00 |
| 05/18/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902538011578510 | 200.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/18/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0517 CO ID: XXXXXXXXX CCD | | 902537024913849 | 82.00 |
| 05/18/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902538013854330 | 67.41 |
| 05/18/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0517 CO ID: XXXXXXXXX CCD | | 902537024912792 | 40.00 |
| 05/19/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902539012412000 | 1,436.00 |
| 05/20/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902540005674770 | 2,472.95 |
| 05/20/22 | CDS A96504 0519 DES:CDS A96504 ID:CDS A96504 0519 INDN:CDS A96504 0519 CO ID: XXXXXXXXX CCD | | 902539026311999 | 1,300.00 |
| 05/20/22 | CDS A96503 0519 DES:CDS A96503 ID:CDS A96503 0519 INDN:CDS A96503 0519 CO ID: XXXXXXXXX CCD | | 902539026311321 | 600.00 |
| 05/20/22 | CONSOLIDATED BOO DES:REFUND ID:CON1041 INDN:CONSOLIDATED BOOKKEEPI CO ID:6506940771 CCD | | 902539026019390 | 432.40 |
| 05/20/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902540003399294 | 370.00 |
| 05/20/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0519 CO ID: XXXXXXXXX CCD | | 902539026311965 | 130.00 |
| 05/20/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0519 CO ID: XXXXXXXXX CCD | | 902539026311319 | 60.00 |
| 05/23/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902543008970547 | 38,345.26 |
| 05/23/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902543017848436 | 26,395.00 |
| 05/23/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902543017409905 | 6,272.00 |
| 05/23/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902543020270163 | 2,061.14 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/23/22 | CDS A96504 0520 DES:CDS A96504 ID:CDS A96504 0520 INDN:CDS A96504 0520 CO ID: XXXXXXXXX CCD | | 902543008315334 | 1,500.00 |
| 05/23/22 | CDS A96503 0520 DES:CDS A96503 ID:CDS A96503 0520 INDN:CDS A96503 0520 CO ID: XXXXXXXXX CCD | | 902543008310723 | 300.00 |
| 05/23/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902543017395476 | 268.00 |
| 05/23/22 | Deposit | | 813004452174002 | 246.00 |
| 05/23/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0520 CO ID: XXXXXXXXX CCD | | 902543008315332 | 150.00 |
| 05/23/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902543008771352 | 105.42 |
| 05/23/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0520 CO ID: XXXXXXXXX CCD | | 902543008310721 | 30.00 |
| 05/24/22 | CDS A96504 0522 DES:CDS A96504 ID:CDS A96504 0522 INDN:CDS A96504 0522 CO ID: XXXXXXXXX CCD | | 902543038369988 | 1,240.00 |
| 05/24/22 | CDS A96503 0523 DES:CDS A96503 ID:CDS A96503 0523 INDN:CDS A96503 0523 CO ID: XXXXXXXXX CCD | | 902543038370187 | 700.00 |
| 05/24/22 | CDS A96503 0521 DES:CDS A96503 ID:CDS A96503 0521 INDN:CDS A96503 0521 CO ID: XXXXXXXXX CCD | | 902543038331975 | 500.00 |
| 05/24/22 | Deposit | | 813004552105924 | 224.00 |
| 05/24/22 | CDS A96503 0522 DES:CDS A96503 ID:CDS A96503 0522 INDN:CDS A96503 0522 CO ID: XXXXXXXXX CCD | | 902543038370185 | 200.00 |
| 05/24/22 | CDS A96504 0521 DES:CDS A96504 ID:CDS A96504 0521 INDN:CDS A96504 0521 CO ID: XXXXXXXXX CCD | | 902543038364984 | 200.00 |
| 05/24/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0522 CO ID: XXXXXXXXX CCD | | 902543038369986 | 126.00 |
| 05/24/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0523 CO ID: XXXXXXXXX CCD | | 902543038370189 | 70.00 |
| 05/24/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0521 CO ID: XXXXXXXXX CCD | | 902543038331969 | 50.00 |
| 05/24/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0522 CO ID: XXXXXXXXX CCD | | 902543038370183 | 20.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/24/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0521 CO ID: XXXXXXXXX CCD | | 902543038364769 | 20.00 |
| 05/25/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902545003452793 | 210.00 |
| 05/26/22 | CDS A96503 0525 DES:CDS A96503 ID:CDS A96503 0525 INDN:CDS A96503 0525 CO ID: XXXXXXXXX CCD | | 902545017933503 | 540.00 |
| 05/26/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902546005736481 | 467.00 |
| 05/26/22 | Deposit | | 813004652622091 | 174.00 |
| 05/26/22 | CDS A96504 0525 DES:CDS A96504 ID:CDS A96504 0525 INDN:CDS A96504 0525 CO ID: XXXXXXXXX CCD | | 902545017933515 | 80.00 |
| 05/26/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0525 CO ID: XXXXXXXXX CCD | | 902545017933507 | 54.00 |
| 05/26/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902546007925171 | 43.37 |
| 05/26/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0525 CO ID: XXXXXXXXX CCD | | 902545017933519 | 8.00 |
| 05/27/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902547008480027 | 6,676.00 |
| 05/27/22 | CDS A96504 0526 DES:CDS A96504 ID:CDS A96504 0526 INDN:CDS A96504 0526 CO ID: XXXXXXXXX CCD | | 902546020489509 | 200.00 |
| 05/27/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902547010539233 | 153.94 |
| 05/27/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0526 CO ID: XXXXXXXXX CCD | | 902546020489463 | 20.00 |
| 05/31/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902551028144309 | 8,724.00 |
| 05/31/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902551027187482 | 4,480.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/31/22 | AMERICAN EXPRESS DES:SETTLEMENT ID:1043741057 INDN:NEW CENTURY 1043741057 CO ID:1134992250 CCD | | 902551022713247 | 782.18 |
| 05/31/22 | CDS A96504 0527 DES:CDS A96504 ID:CDS A96504 0527 INDN:CDS A96504 0527 CO ID: XXXXXXXXX CCD | | 902551013753836 | 440.00 |
| 05/31/22 | Deposit | | 813004952173763 | 436.04 |
| 05/31/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902551027201466 | 392.00 |
| 05/31/22 | Deposit | | 813004952173765 | 351.00 |
| 05/31/22 | BANK OF AMERICA DES:DEPOSIT ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902551027210813 | 328.00 |
| 05/31/22 | CDS A96503 0527 DES:CDS A96503 ID:CDS A96503 0527 INDN:CDS A96503 0527 CO ID: XXXXXXXXX CCD | | 902551013756067 | 300.00 |
| 05/31/22 | Deposit | | 813004952173767 | 93.31 |
| 05/31/22 | Deposit | | 813004952098105 | 90.00 |
| 05/31/22 | CDS A96504 DS1 0 DES:CDS A96504 ID:CDS A96504 DS1 INDN:CDS A96504 DS1 0527 CO ID: XXXXXXXXX CCD | | 902551013753834 | 44.00 |
| 05/31/22 | CDS A96503 DS1 0 DES:CDS A96503 ID:CDS A96503 DS1 INDN:CDS A96503 DS1 0527 CO ID: XXXXXXXXX CCD | | 902551013756065 | 30.00 |
| **Total deposits and other credits** | | | | **$219,594.69** |

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/02/22 | BANK OF AMERICA DES:FEE ID:430134260143293 INDN:NEW CENTURY CO ID:XXXXXXXXXB CCD | | 902522017925472 | -4,394.99 |
| 05/10/22 | CDS DES:CDS ID:A96504 MEA96504 INDN:A96504 MEA96504 CO ID:XXXXXXXXX CCD | | 902529036032812 | -50.00 |
| 05/11/22 | WIRE TYPE:WIRE OUT DATE:220511 TIME:0904 ET TRN:2022051100258203 SERVICE REF:005142 BNF:KRONOS SAASHR INC ID:4399256023 BNF BK:WELLS F ARGO BANK, N.A. ID:121000248 PMT DET:2022051100041 199 | | 903705110258203 | -24,563.88 |
| 05/12/22 | Kronos SaaShr In DES:EDI PYMNTS ID:831W3EV1BXEPFI3 INDN:Bijou-Century LLC CO ID:6506940718 CCD | | 902531026505375 | -20,239.89 |
| 05/17/22 | Compuchecks.com DES:SIGONFILE ID:3V0NNJ INDN:UD15406 CO ID:9000184161 PPD | | 902537011813042 | -165.94 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/18/22 | CITY CNTY OF SF DES:CTY SF PMT ID:XXXXXXXXX INDN:BIJOU CENTURY, LLC CO ID:DXXXXXXXXX PPD | | 902537026279047 | -603.00 |
| 05/18/22 | IRS DES:USATAXPYMT ID:270253801046559 INDN:BIJOU-CENTURY LLC CO ID:3387702000 CCD | | 902537020665091 | -424.66 |
| 05/25/22 | WIRE TYPE:WIRE OUT DATE:220525 TIME:0904 ET TRN:2022052500266813 SERVICE REF:004953 BNF:KRONOS SAASHR INC ID:4399256023 BNF BK:WELLS F ARGO BANK, N.A. ID:121000248 PMT DET:2022052500044 865 | | 903705250266813 | -26,275.46 |
| 05/26/22 | Kronos SaaShr In DES:EDI PYMNTS ID:B525Y82SCQL9R8O INDN:Bijou-Century LLC CO ID:6506940718 CCD | | 902545021452070 | -36,399.10 |
| 05/26/22 | Kronos SaaShr In DES:EDI PYMNTS ID:C925Y5YC4IKVQJS INDN:Bijou-Century LLC CO ID:6506940720 CCD | | 902545017718058 | -276.92 |
| **Total withdrawals and other debits** | | | | **-$113,393.84** |

## Checks

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 05/02 | 19178 | 813009292795289 | 82.73 |
| 05/03 | 19200* | 813001652745116 | 381.40 |
| 05/02 | 19204* | 813007492374156 | 852.72 |
| 05/13 | 19205 | 813008692173101 | 272.87 |
| 05/02 | 19208* | 813009492446874 | 1,973.49 |
| 05/03 | 19209 | 813009592868802 | 535.56 |
| 05/06 | 19210 | 813003252708856 | 3,942.00 |
| 05/03 | 19211 | 813009492919745 | 206.00 |
| 05/04 | 19212 | 813009792167902 | 78.64 |
| 05/03 | 19213 | 813009592625601 | 935.60 |
| 05/09 | 19214 | 813004392899531 | 125.00 |
| 05/02 | 19216* | 813005392677533 | 1,300.00 |
| 05/05 | 19217 | 813009892458434 | 41,935.00 |
| 05/02 | 19218 | 813008352060051 | 2,600.00 |
| 05/16 | 19219 | 813005192297022 | 646.34 |
| 05/16 | 19220 | 813008892684689 | 514.95 |
| 05/13 | 19221 | 813003852146242 | 1,375.00 |
| 05/10 | 19222 | 813004692787414 | 210.48 |
| 05/10 | 19223 | 813008652618313 | 412.64 |
| 05/06 | 19224 | 813008452477517 | 4,800.00 |
| 05/13 | 19225 | 813008052341746 | 6,325.00 |
| 05/18 | 19227* | 813009192214609 | 620.00 |
| 05/13 | 19228 | 813008052341466 | 6,325.00 |
| 05/17 | 19229 | 813009092591718 | 488.80 |
| 05/18 | 19230 | 813009292210747 | 302.00 |
| 05/17 | 19232* | 813008992146253 | 122.76 |
| 05/20 | 19233 | 813007092233282 | 1,525.38 |
| 05/19 | 19234 | 813005592133479 | 69.48 |
| 05/18 | 19235 | 813009192244065 | 350.00 |
| 05/17 | 19236 | 813008752516165 | 990.48 |
| 05/13 | 19237 | 813008252261873 | 4,800.00 |
| 05/16 | 19238 | 813000492114566 | 351.97 |
| 05/19 | 19239 | 813008352873934 | 555.11 |
| 05/23 | 19240 | 813005792210669 | 3,179.55 |
| 05/18 | 19241 | 813009192407702 | 137.50 |
| 05/17 | 19242 | 813008992118611 | 369.36 |
| 05/19 | 19243 | 813009292767276 | 833.36 |
| 05/19 | 19244 | 813006992439566 | 1,696.51 |
| 05/25 | 19245 | 813009892707734 | 15,413.60 |
| 05/23 | 19246 | 813009692297446 | 452.27 |

*continued on the next page*

## Checks - continued

| Date | Check # | Bank reference | Amount |
|---|---|---|---|
| 05/24 | 19247 | 813009692819184 | 58.78 |
| 05/25 | 19248 | 813004552802685 | 3,942.00 |
| 05/25 | 19249 | 813006092090678 | 160.00 |
| 05/25 | 19250 | 813006092124301 | 16,935.25 |
| 05/31 | 19251 | 813008292792088 | 580.00 |
| 05/20 | 19252 | 813008452071241 | 120.66 |
| 05/20 | 19253 | 813008452071250 | 4,800.00 |
| 05/25 | 19255* | 813007692112669 | 1,050.70 |
| 05/24 | 19257* | 813008452772544 | 20,000.00 |
| 05/24 | 19258 | 813008152013674 | 24,000.00 |
| 05/31 | 19259 | 813008492334916 | 1,973.49 |
| 05/27 | 19261* | 813008152951083 | 352.71 |
| 05/31 | 19264* | 813008392807112 | 935.60 |
| 05/27 | 19265 | 813008152951114 | 4,800.00 |
| 05/27 | 19266 | 813007452458360 | 6,325.00 |

**Total checks** **-$194,122.74**

**Total # of checks** **55**

* *There is a gap in sequential check numbers*

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| 05/16/22 | 04/22 ACCT ANALYSIS FEE | -281.50 |
| **Total service fees** | | **-$281.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 05/01 | 307,791.15 |
| 05/02 | 323,088.03 |
| 05/03 | 324,751.05 |
| 05/04 | 325,000.41 |
| 05/05 | 283,953.41 |
| 05/06 | 280,725.22 |
| 05/09 | 289,349.85 |
| 05/10 | 306,851.13 |
| 05/11 | 290,648.99 |
| 05/12 | 274,572.48 |
| 05/13 | 256,694.92 |
| 05/16 | 269,671.58 |
| 05/17 | 282,245.43 |
| 05/18 | 281,357.68 |
| 05/19 | 279,639.22 |
| 05/20 | 278,558.53 |
| 05/23 | 350,599.53 |
| 05/24 | 309,890.75 |
| 05/25 | 246,323.74 |
| 05/26 | 211,014.09 |
| 05/27 | 206,586.32 |
| 05/31 | 219,587.76 |

# Check images

**Account number: [redacted] 7209**
Check number: 19178 | Amount: $82.73





Check number: 19200 | Amount: $381.40





Check number: 19204 | Amount: $852.72





Check number: 19205 | Amount: $272.87





Check number: 19208 | Amount: $1,973.49






continued on the next page

## Check images - continued

**Account number: [redacted] 7209**

Check number: 19209 | Amount: $535.56






Check number: 19210 | Amount: $3,942.00







Check number: 19211 | Amount: $206.00






Check number: 19212 | Amount: $78.64






Check number: 19213 | Amount: $935.60






Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 16 of 29

continued on the next page

# Check images - continued

**Account number: [redacted] 7209**

Check number: 19214 | Amount: $125.00






Check number: 19216 | Amount: $1,300.00







Check number: 19217 | Amount: $41,935.00







Check number: 19218 | Amount: $2,600.00







Check number: 19219 | Amount: $646.34







Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 17 of 29

continued on the next page

## Check images - continued

**Account number: [redacted] 7209**

Check number: 19220 | Amount: $514.95


BIJOU-CENTURY, LLC
SEATTLE, WA 98111
19220
05/06/22
BANK OF AMERICA
CHECK AMOUNT
**Five Hundred Fourteen And 95/100 Dollars
$ *******514.95
PAY TO THE ORDER OF GIG COMPUTERS, INC.
ATTN: CINDY GESE
7700 CALM WATERS STREET
LAS VEGAS, NV 89131
⑈C19220⑈ [redacted] 209⑈




Check number: 19221 | Amount: $1,375.00


BIJOU-CENTURY, LLC
SEATTLE, WA 98111
19221
05/06/22
BANK OF AMERICA
CHECK AMOUNT
**One Thousand Three Hundred Seventy-Five And 00/100 Dollars
$ ******1,375.00
PAY TO THE ORDER OF I.D.M. GLASS COMPANY
1707 24TH AVE
SAN FRANCISCO, CA 94122
⑈019221⑈ [redacted] 209⑈



Check number: 19222 | Amount: $210.48


BIJOU-CENTURY, LLC
SEATTLE, WA 98111
19222
05/06/22
BANK OF AMERICA
CHECK AMOUNT
**Two Hundred Ten And 48/100 Dollars
$ *********210.48
PAY TO THE ORDER OF PG&E (4325756091-2)
PO BOX 997300
SACRAMENTO, CA 95899-7300
⑈019222⑈ [redacted] 209⑈




Check number: 19223 | Amount: $412.64


BIJOU-CENTURY, LLC
SEATTLE, WA 98111
19223
05/06/22
BANK OF AMERICA
CHECK AMOUNT
**Four Hundred Twelve And 64/100 Dollars
$ *********412.64
PAY TO THE ORDER OF PLC INC
1331 7TH STREET
BERKELEY, CA 94710
⑈019223⑈ [redacted] 209⑈



Check number: 19224 | Amount: $4,800.00


BIJOU-CENTURY, LLC
SEATTLE, WA 98111
19224
05/06/22
BANK OF AMERICA
CHECK AMOUNT
**Four Thousand Eight Hundred And 00/100 Dollars
$ ******4,800.00
PAY TO THE ORDER OF SFBSC MANAGEMENT, LLC (M)
⑈019224⑈ [redacted] 209⑈



Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 18 of 29

continued on the next page

## Check images - continued

**Account number: [redacted] 7209**

Check number: 19225 | Amount: $6,325.00


CHECK NO 19225 CHECK DATE 05/06/22 VENDOR NO.

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

19225

BANK OF AMERICA

CHECK AMOUNT

**Six Thousand Three Hundred Twenty-Five And 00/100 Dollars****** $ ******6,325.00

PAY TO THE ORDER OF SMA
301 EXECUTIVE PARK BLVD. #709
SAN FRANCISCO, CA 94134

VOID AFTER 90 DAYS

019225 [redacted] 209




Check number: 19227 | Amount: $620.00


CHECK NO 19227 CHECK DATE 05/12/22 VENDOR NO.

Little Darling

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

19227

BANK OF AMERICA

CHECK AMOUNT

**Six Hundred Twenty And 00/100 Dollars****** $ ******620.00

PAY TO THE ORDER OF LASHER, HOLZAPFEL, SPERRY, & EBBERSON
601 UNION STREET
SUITE 2600
SEATTLE, WA 98101-4000

VOID AFTER 90 DAYS

019227 [redacted] 09



Check number: 19228 | Amount: $6,325.00


CHECK NO 19228 CHECK DATE 05/12/22 VENDOR NO.

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

19228

BANK OF AMERICA

CHECK AMOUNT

**Six Thousand Three Hundred Twenty-Five And 00/100 Dollars****** $ ******6,325.00

PAY TO THE ORDER OF SMA
301 EXECUTIVE PARK BLVD. #709
SAN FRANCISCO, CA 94134

VOID AFTER 90 DAYS

019228 [redacted] 209




Check number: 19229 | Amount: $488.80


CHECK NO 19229 CHECK DATE 05/13/22 VENDOR NO.

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

19229

BANK OF AMERICA

CHECK AMOUNT

**Four Hundred Eighty-Eight And 80/100 Dollars****** $ ******488.80

PAY TO THE ORDER OF CALSAVERS
ACCT 45614122-001
P.O. BOX 55769
BOSTON, MA 02205

VOID AFTER 90 DAYS

019229 [redacted] 209



Check number: 19230 | Amount: $302.00


CHECK NO 19230 CHECK DATE 05/13/22 VENDOR NO.

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

19230

BANK OF AMERICA

CHECK AMOUNT

**Three Hundred Two And 00/100 Dollars****** $ ******302.00

PAY TO THE ORDER OF CT CORPORATION SYSTEM
P.O. BOX 4349
CAROL STREAM, IL 60197-4349

VOID AFTER 90 DAYS

019230 [redacted] 209



# Check images - continued

**Account number: [redacted] 7209**

Check number: 19232 | Amount: $122.76


CHECKNO 19232 CHECK DATE 05/13/22 VENDOR NO

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7248
SEATTLE, WA 98111

19232

BANK OF AMERICA

CHECK AMOUNT

**One Hundred Twenty-Two And 76/100 Dollars**** $ ******122.76

PAY TO THE ORDER OF IMPACT PAPER & INK, LTD
1590 GILBRETH ROAD
BURLINGAME, CA 94010

⑈019232⑈ [redacted] 209⑈



Check number: 19233 | Amount: $1,525.38


CHECKNO 19233 CHECK DATE 05/13/22 VENDOR NO

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7248
SEATTLE, WA 98111

19233

BANK OF AMERICA

CHECK AMOUNT

**One Thousand Five Hundred Twenty-Five And 38/100 Dollars**** $ *****1,525.38

PAY TO THE ORDER OF KAISER FOUNDATION HEALTH PLAN
FILE 5915
P.O. BOX 60000
LOS ANGELES, CA 90074-5915

⑈019233⑈ [redacted] 209⑈



Check number: 19234 | Amount: $69.48


CHECKNO 19234 CHECK DATE 05/13/22 VENDOR NO

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7248
SEATTLE, WA 98111

19234

BANK OF AMERICA

CHECK AMOUNT

**Sixty-Nine And 48/100 Dollars**** $ ******69.48

PAY TO THE ORDER OF ORKIN
PO BOX 7161
PASADENA, CA 91109

⑈019234⑈ [redacted] 209⑈



Check number: 19235 | Amount: $350.00


CHECKNO 19235 CHECK DATE 05/13/22 VENDOR NO

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7248
SEATTLE, WA 98111

19235

BANK OF AMERICA

CHECK AMOUNT

**Three Hundred Fifty And 00/100 Dollars**** $ ******350.00

PAY TO THE ORDER OF PHOENIX NEW TIMES
1201 E. JEFFERSON ST
PHOENIX, AZ 85034

⑈019235⑈ [redacted] 209⑈



Check number: 19236 | Amount: $990.48


CHECKNO 19236 CHECK DATE 05/13/22 VENDOR NO

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7248
SEATTLE, WA 98111

19236

BANK OF AMERICA

CHECK AMOUNT

**Nine Hundred Ninety And 48/100 Dollars**** $ ******990.48

PAY TO THE ORDER OF PLC INC
1391 7TH STREET
BERKELEY, CA 94710

⑈019236⑈ [redacted] 209⑈



Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 20 of 29

continued on the next page

# BANK OF AMERICA



## Check images - continued

**Account number: [redacted] 7209**

Check number: 19237 | Amount: $4,800.00


CHECK NO. 19237 CHECK DATE 05/13/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2502 (206) 328-7249
SEATTLE, WA 98111
19237
BANK OF AMERICA
CHECK AMOUNT
**Four Thousand Eight Hundred And 00/100 Dollars** $ *****4,800.00
PAY TO THE ORDER OF SFBSC MANAGEMENT, LLC (M)
VOID AFTER 90 DAYS
⑈019237⑈ [redacted] 209⑈



Check number: 19238 | Amount: $351.97


CHECK NO. 19238 CHECK DATE 05/13/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2502 (206) 328-7249
SEATTLE, WA 98111
19238
BANK OF AMERICA
CHECK AMOUNT
**Three Hundred Fifty-One And 97/100 Dollars** $ *********351.97
PAY TO THE ORDER OF SF-WATER (2736047237)
PO BOX 7369
SAN FRANCISCO, CA 94120-7369
VOID AFTER 90 DAYS
⑈019238⑈ [redacted] 209⑈



Check number: 19239 | Amount: $555.11


CHECK NO. 19239 CHECK DATE 05/13/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2502 (206) 328-7249
SEATTLE, WA 98111
19239
BANK OF AMERICA
CHECK AMOUNT
**Five Hundred Fifty-Five And 11/100 Dollars** $ *********555.11
PAY TO THE ORDER OF SONIC.NET
2260 APOLLO WAY
SANTA ROSA, CA 95407
VOID AFTER 90 DAYS
⑈019239⑈ [redacted] 209⑈



Check number: 19240 | Amount: $3,179.55


CHECK NO. 19240 CHECK DATE 05/13/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2502 (206) 328-7249
SEATTLE, WA 98111
19240
BANK OF AMERICA
CHECK AMOUNT
**Three Thousand One Hundred Seventy-Nine And 55/100 Dollars** $ *******3,179.55
PAY TO THE ORDER OF THE BCON GROUP, INC.
6060 BRIDGEPOINT PARKWAY
BUILDING 3, SUITE 500
AUSTIN, TX 78730
VOID AFTER 90 DAYS
⑈019240⑈ [redacted] 209⑈




Check number: 19241 | Amount: $137.50


CHECK NO. 19241 CHECK DATE 05/13/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2502 (206) 328-7249
SEATTLE, WA 98111
19241
BANK OF AMERICA
CHECK AMOUNT
**One Hundred Thirty-Seven And 50/100 Dollars** $ *********137.50
PAY TO THE ORDER OF WYLDESITES INC
413 BAYLY AVENUE
CAMBRIDGE, MD 21613
VOID AFTER 90 DAYS
⑈019241⑈ [redacted] 209⑈



Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 21 of 29

continued on the next page

# Check images - continued

**Account number: [redacted] 7209**

Check number: 19242 | Amount: $369.36


CHECK NO. 19242 CHECK DATE 05/13/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7249
SEATTLE, WA 98111
BANK OF AMERICA
19242
CHECK AMOUNT
**Three Hundred Sixty-Nine And 36/100 Dollars********* $ ********369.36
PAY TO THE ORDER OF YANN DALRYMPLE
530 PARKER #3
SAN FRANCISCO, CA 94118
VOID AFTER 90 DAYS
⑈019242⑈ [redacted] 209⑈



Check number: 19243 | Amount: $833.36


CHECK NO. 19243 CHECK DATE 05/12/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7249
SEATTLE, WA 98111
BANK OF AMERICA
19243
CHECK AMOUNT
**Eight Hundred Thirty-Three And 36/100 Dollars********* $ ********833.36
PAY TO THE ORDER OF ANDES, CHLOE
1954 MOUNTAIN BLVD
#13131
OAKLAND, CA 94611
VOID AFTER 90 DAYS
⑈019243⑈ [redacted] 209⑈



Check number: 19244 | Amount: $1,696.51


CHECK NO. 19244 CHECK DATE 05/17/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7249
SEATTLE, WA 98111
BANK OF AMERICA
19244
CHECK AMOUNT
**One Thousand Six Hundred Ninety-Six And 51/100 Dollars********* $ *******1,696.51
PAY TO THE ORDER OF AMERICAN EXPRESS (9-53002)
ATTN: EXPRESS MAIL REMITTANCE
20500 BELSHAW AVE
CARSON, CA 90746
VOID AFTER 90 DAYS
⑈019244⑈ [redacted] 209⑈



Check number: 19245 | Amount: $15,413.60


CHECK NO. 19245 CHECK DATE 05/20/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7249
SEATTLE, WA 98111
BANK OF AMERICA
19245
CHECK AMOUNT
**Fifteen Thousand Four Hundred Thirteen And 60/100 Dollars********* $ *****15,413.60
PAY TO THE ORDER OF ASSOCIATED AGENCIES INC
1701 W GOLF RD
TOWER 3-700
ROLLING MEADOWS, IL 60008
VOID AFTER 90 DAYS
⑈019245⑈ [redacted] 209⑈




Check number: 19246 | Amount: $452.27


CHECK NO. 19246 CHECK DATE 05/20/22 VENDOR NO.
BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 329-7249
SEATTLE, WA 98111
BANK OF AMERICA
19246
CHECK AMOUNT
**Four Hundred Fifty-Two And 27/100 Dollars********* $ ********452.27
PAY TO THE ORDER OF AT&T (415 776-0212 725 8)
PO BOX 5025
CAROL STREAM, IL 60197-5025
VOID AFTER 90 DAYS
⑈019246⑈ [redacted] 209⑈



Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 22 of 29

continued on the next page

# Check images - continued

**Account number: [redacted] 7209**

Check number: 19247 | Amount: $58.78






Check number: 19248 | Amount: $3,942.00






Check number: 19249 | Amount: $160.00






Check number: 19250 | Amount: $16,935.25







Check number: 19251 | Amount: $580.00








continued on the next page

# Check images - continued

**Account number: [redacted] 7209**

Check number: 19252 | Amount: $120.66



CHECK NO 19252 CHECK DATE 05/20/22

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

BANK OF AMERICA

19252

CHECK AMOUNT

**One Hundred Twenty And 66/100 Dollars****** $ *****120.66

PAY TO THE ORDER OF SFBSC MANAGEMENT LLC (C)

VOID AFTER 90 DAYS

⑈019252⑈ [redacted] 209⑈



Check number: 19253 | Amount: $4,800.00



CHECK NO 19253 CHECK DATE 05/20/22

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

BANK OF AMERICA

19253

CHECK AMOUNT

**Four Thousand Eight Hundred And 00/100 Dollars****** $ *****4,800.00

PAY TO THE ORDER OF SFBSC MANAGEMENT, LLC (M)

VOID AFTER 90 DAYS

⑈019253⑈ [redacted] 209⑈



Check number: 19255 | Amount: $1,050.70



CHECK NO 19255 CHECK DATE 05/20/22

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

BANK OF AMERICA

19255

CHECK AMOUNT

**One Thousand Fifty And 70/100 Dollars****** $ *****1,050.70

PAY TO THE ORDER OF SOUTHERN GLAZER'S OF CA NORTH
PO BOX 742313
LOS ANGELES, CA 90074-2313

VOID AFTER 90 DAYS

⑈019255⑈ [redacted] 209⑈



Check number: 19257 | Amount: $20,000.00



CHECK NO 19257 CHECK DATE 05/20/22

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

BANK OF AMERICA

19257

CHECK AMOUNT

**Twenty Thousand And 00/100 Dollars****** $ *****20,000.00

PAY TO THE ORDER OF GOLD CLUB-SF, LLC

VOID AFTER 90 DAYS

⑈019257⑈ [redacted] 209⑈



Check number: 19258 | Amount: $24,000.00



CHECK NO 19258 CHECK DATE 05/24/22

BIJOU-CENTURY, LLC
P.O. BOX 2602 (206) 328-7249
SEATTLE, WA 98111

BANK OF AMERICA

19258

CHECK AMOUNT

**Twenty-Four Thousand And 00/100 Dollars****** $ *****24,000.00

PAY TO THE ORDER OF GOLD CLUB-SF, LLC

VOID AFTER 90 DAYS

⑈019258⑈ [redacted] 209⑈



Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 24 of 29

continued on the next page

BANK OF AMERICA



## Check images - continued

**Account number: [redacted] 7209**

Check number: 19259 | Amount: $1,973.49







Check number: 19261 | Amount: $352.71







Check number: 19264 | Amount: $935.60






Check number: 19265 | Amount: $4,800.00







Check number: 19266 | Amount: $6,325.00






This page intentionally left blank

Case: 22-30126 Doc# 102-5 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 26 of 29

## Month End Cash on Hand Verification:

Club: New Century

Date: 5/31/2022

Beginning Cash on Hand: 90,000

Out-Standing Paid-out Receipts:

| Paid To: | Amount: |
|---|---|
| Paper Iou | 60,149 |
| | |
| | |
| | |
| | |
| | |

Total: 60,149

Counted and Verified Cash on Hand: 29851 TB

Counted and Verified By:

[signature]

Witnessed By:

u\users\diana\yearend

## Month End ATM Cash Verification Form

Club Name: ___New Century

Date: 5/31/2022

Counted and Verified ATM Cash On Hand: 20000

Counted and Verified By:

Witnessed By:

Bijou-Century, LLC



Reconciliation Summary

BANK STATEMENT -- CLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Previous Balance: | | | 307,791.15 |
| Checks and Payments | 68 | Items | -311,687.41 |
| Deposits and Other Credits | 152 | Items | 223,484.02 |
| Service Charge | 0 | Items | 0.00 |
| Interest Earned | 0 | Items | 0.00 |
| Ending Balance of Bank Statement: | | | 219,587.76 |

YOUR RECORDS -- UNCLEARED TRANSACTIONS:

| | | | |
|---|---|---|---|
| Cleared Balance: | | | 219,587.76 |
| Checks and Payments | 27 | Items | -9,440.91 |
| Deposits and Other Credits | 15 | Items | 28,921.00 |
| Register Balance as of 5/31/2022: | | | 239,067.85 |
| Checks and Payments | 22 | Items | |
| Deposits and Other Credits | 58 | Items | |
| Register Ending Balance: | | | |

0.C
320,179.64 +
224,542.44 +
305,654.23 -
239,067.85 *



1020