# Bijou Century, LLC
# Balance Sheet
# As of May 31, 2022 and 2021

## Assets

| | 2022 | 2021 |
|---|---|---|
| **Current Assets** | | |
| Cash On Hand | $ 29,851.00 | $ 42,650.00 |
| ATM Cash On Hand | 20,000.00 | 20,000.00 |
| Cash in Bank-Bank of America | 239,067.85 | 118,809.33 |
| Cash Exchange | 0.00 | (686.00) |
| Cash Clearing | 0.00 | (987.08) |
| CA Clearing-Taxes Paid by Club | 2,417.03 | 0.00 |
| PR Stale Checks | (4,773.95) | 0.00 |
| ERTC-Employee Retention Tax Credit | 182,194.54 | 0.00 |
| Note Receivable-BT California | 861,845.16 | 844,793.54 |
| Inventory | 2,166.66 | 1,553.42 |
| Prepaid Insurance | 47,660.56 | 44,867.70 |
| Prepaid Expenses | 1,062.50 | 10,863.97 |
| **Total Current Assets** | 1,381,491.35 | 1,081,864.88 |
| **Property and Equipment** | | |
| Furniture & Fixture | 149,381.83 | 149,381.83 |
| Equipment | 355,332.75 | 355,332.75 |
| Leasehold Improvements | 743,623.18 | 743,623.18 |
| Less Accumulated Depreciation | (645,950.78) | (627,656.65) |
| **Net Property and Equipment** | 602,386.98 | 620,681.11 |
| **Non Current Assets** | | |
| Deposits | 3,912.00 | 0.00 |
| **Total Non Current Assets** | 3,912.00 | 0.00 |
| **Total Assets** | $ 1,987,790.33 | $ 1,702,545.99 |

# Bijou Century, LLC
# Balance Sheet
# As of May 31, 2022 and 2021

## Liabilities and Partners' Equity

| | 2022 | 2021 |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable -Trade | $ 249,362.16 | $ 288,548.09 |
| Note Payable-Gold Club-SF, LLC | 256,711.87 | 251,632.82 |
| Note Payable-DeJa Vu-San Fran. | 159,216.00 | 0.00 |
| Note Payable-Roaring 20's | 0.00 | 5,435.09 |
| Note Payable-SAW Ent-Con/Hus | 5,553.91 | 0.00 |
| Note Payable - PPP Loan | 696,670.00 | 696,670.00 |
| Accrued Salaries & Wages | 31,200.00 | 14,400.00 |
| Deferred Social Security - CARES | 4,622.95 | 6,632.47 |
| Accrued Liabilities | 34,697.59 | 0.00 |
| Accrued State Sales Tax | 519.65 | 151.30 |
| Accrued Use Tax | 162.16 | 52.36 |
| **Total Current Liabilities** | 1,438,716.29 | 1,263,522.13 |
| **Long-Term Liabilities** | | |
| **Total Long-Term Liabilities** | 0.00 | 0.00 |
| **Total Liabilities** | 1,438,716.29 | 1,263,522.13 |
| **Partners' Equity** | | |
| Members' Equity | 549,074.04 | 439,023.86 |
| **Total Partners' Equity** | 549,074.04 | 439,023.86 |
| **Total Liabilities and Partners' Equity** | $ 1,987,790.33 | $ 1,702,545.99 |


Case: 22-30126 Doc# 102-6 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 2 of 5

## Bijou Century, LLC
## Statement of Members' Equity

| | 5 Months Ended May 31, 2022 | 5 Months Ended May 31, 2021 |
|---|---|---|
| Beginning Members' Equity | $ 813,532.27 | $ 850,954.17 |
| Plus Net Income | (264,458.23) | (411,930.31) |
| Less Distributions Paid | 0.00 | 0.00 |
| **Ending Members' Equity** | $ 549,074.04 | $ 439,023.86 |


Case: 22-30126 Doc# 102-6 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 3 of 5

# Bijou Century, LLC
## Income Statement

| | 1 Month Ended May 31, 2022 | Percent | 1 Month Ended May 31, 2021 | Percent | 5 Months Ended May 31, 2022 | Percent | 5 Months Ended May 31, 2021 | Percent |
|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | |
| Door Admissions | $ 21,190.00 | 11.12 % | $ 15,480.00 | 7.04 % | $ 89,695.00 | 6.02 % | $ 33,850.00 | 6.97 % |
| Food & Beverage Sales | 2,969.40 | 1.56 | 1,125.93 | 0.51 | 13,928.02 | 0.93 | 1,775.70 | 0.37 |
| Dances | 139,960.00 | 73.42 | 172,220.00 | 78.27 | 1,151,722.00 | 77.29 | 383,620.00 | 78.97 |
| Miscellaneous | 26,500.00 | 13.90 | 31,194.00 | 14.18 | 234,794.00 | 15.76 | 66,510.00 | 13.69 |
| **Total Sales** | 190,619.40 | 100.00 | 220,019.93 | 100.00 | 1,490,139.02 | 100.00 | 485,755.70 | 100.00 |
| **Cost of Goods Sold** | | | | | | | | |
| Food & Beverage Cost of Goods | 1,050.70 | 0.55 | 1,202.79 | 0.55 | 6,341.09 | 0.43 | 2,524.90 | 0.52 |
| **Total Cost of Goods Sold** | 1,050.70 | 0.55 | 1,202.79 | 0.55 | 6,341.09 | 0.43 | 2,524.90 | 0.52 |
| **Gross Profit** | 189,568.70 | 99.45 | 218,817.14 | 99.45 | 1,483,797.93 | 99.57 | 483,230.80 | 99.48 |
| **Operating Expenses** | | | | | | | | |
| Payroll Wage & Salary - Club | 39,113.98 | 20.52 | 33,501.53 | 15.23 | 187,050.57 | 12.55 | 85,398.55 | 17.58 |
| Salaries & Wages-Entertainers | 17,374.56 | 9.11 | 17,888.08 | 8.13 | 71,241.49 | 4.78 | 39,983.69 | 8.23 |
| Payroll Taxes - Club | 5,146.24 | 2.70 | 3,290.72 | 1.50 | 31,025.08 | 2.08 | 8,896.59 | 1.83 |
| Payroll Taxes - Entertainers | 4,803.08 | 2.52 | 7,972.38 | 3.62 | 49,274.07 | 3.31 | 19,900.39 | 4.10 |
| Payroll Medical | 4,082.27 | 2.14 | 0.00 | 0.00 | 12,236.84 | 0.82 | (298.44) | (0.06) |
| Employment Advertising | 166.83 | 0.09 | 0.00 | 0.00 | 166.83 | 0.01 | 0.00 | 0.00 |
| Payroll Services | 352.71 | 0.19 | 415.26 | 0.19 | 2,686.05 | 0.18 | 1,472.09 | 0.30 |
| Advertising - Sales & Promo | 636.10 | 0.33 | 1,267.74 | 0.58 | 3,704.80 | 0.25 | 3,949.07 | 0.81 |
| Transaction Fees | 7,844.52 | 4.12 | 208.00 | 0.09 | 42,778.90 | 2.87 | 687.55 | 0.14 |
| Bankcard Fees/Discounts | 0.00 | 0.00 | 2,818.27 | 1.28 | 0.00 | 0.00 | 4,057.63 | 0.84 |
| Bankcard Chargebacks | (14.14) | (0.01) | (1,080.00) | (0.49) | 0.00 | 0.00 | 0.00 | 0.00 |
| ATM Service Fee | 0.00 | 0.00 | 93.50 | 0.04 | 0.00 | 0.00 | 125.00 | 0.03 |
| POS Trans Fee | 0.00 | 0.00 | 39.12 | 0.02 | 0.00 | 0.00 | 47.36 | 0.01 |
| Over/Short Cash | 1.40 | 0.00 | 4.20 | 0.00 | 88.50 | 0.01 | 7.60 | 0.00 |
| ClubTrax Dollars Over/Short | 0.00 | 0.00 | (100.00) | (0.05) | 0.00 | 0.00 | 1,900.00 | 0.39 |
| Commissions | 78,072.00 | 40.96 | 73,463.40 | 33.39 | 619,072.41 | 41.54 | 170,055.00 | 35.01 |
| Dues & Subscriptions | 769.01 | 0.40 | 582.50 | 0.26 | 2,310.10 | 0.16 | 1,403.19 | 0.29 |
| Insurance | 23,078.27 | 12.11 | 9,111.96 | 4.14 | 82,931.45 | 5.57 | 23,130.31 | 4.76 |
| Janitorial Supplies/Services | 4,177.00 | 2.19 | 3,384.29 | 1.54 | 20,739.82 | 1.39 | 8,960.00 | 1.84 |
| Legal | 883.98 | 0.46 | 25,653.05 | 11.66 | 178,603.14 | 11.99 | 72,667.01 | 14.96 |
| Licenses | 603.00 | 0.32 | 151.67 | 0.07 | 7,570.50 | 0.51 | 730.67 | 0.15 |
| Management Fees | 19,200.00 | 10.07 | 34,000.00 | 15.45 | 100,800.00 | 6.76 | 187,000.00 | 38.50 |
| Office Supply | 622.15 | 0.33 | 25.08 | 0.01 | 637.34 | 0.04 | 192.32 | 0.04 |
| Postage & Freight Out Charges | 0.00 | 0.00 | 12.50 | 0.01 | 62.50 | 0.00 | 12.50 | 0.00 |
| Printing & Stationary | 1,403.12 | 0.74 | 142.35 | 0.06 | 1,491.32 | 0.10 | 485.85 | 0.10 |
| Promotions | 1,370.03 | 0.72 | 2,554.00 | 1.16 | 5,020.03 | 0.34 | 3,794.91 | 0.78 |

# Bijou Century, LLC
# Income Statement

| | 1 Month Ended May 31, 2022 | Percent | 1 Month Ended May 31, 2021 | Percent | 5 Months Ended May 31, 2022 | Percent | 5 Months Ended May 31, 2021 | Percent |
|---|---|---|---|---|---|---|---|---|
| Repair & Maintenance-Building | 1,444.48 | 0.76 | 491.08 | 0.22 | 4,949.79 | 0.33 | 1,169.10 | 0.24 |
| Repair & Maintenance-Equipment | 652.45 | 0.34 | 681.39 | 0.31 | 4,646.88 | 0.31 | 3,551.91 | 0.73 |
| Security | 18,975.00 | 9.95 | 5,400.00 | 2.45 | 70,316.40 | 4.72 | 5,675.00 | 1.17 |
| Supplies | 378.81 | 0.20 | 10.30 | 0.00 | 2,112.01 | 0.14 | 975.95 | 0.20 |
| Taxes-Business | 80.71 | 0.04 | 0.00 | 0.00 | 6,065.18 | 0.41 | 6,800.00 | 1.40 |
| Telephone | 452.27 | 0.24 | 442.37 | 0.20 | 2,319.76 | 0.16 | 2,193.72 | 0.45 |
| Utilities | 2,232.60 | 1.17 | 2,950.82 | 1.34 | 12,571.06 | 0.84 | 11,417.54 | 2.35 |
| Vehicle | 18.36 | 0.01 | 65.11 | 0.03 | 76.03 | 0.01 | 305.94 | 0.06 |
| Professional Services | 160.00 | 0.08 | 160.00 | 0.07 | 960.00 | 0.06 | 634.23 | 0.13 |
| Accounting Services | 338.66 | 0.18 | 3,349.53 | 1.52 | 13,000.00 | 0.87 | 16,484.72 | 3.39 |
| Depreciation Expense | 1,524.48 | 0.80 | 1,524.49 | 0.69 | 7,622.54 | 0.51 | 7,622.54 | 1.57 |
| Rent | 41,935.00 | 22.00 | 40,653.00 | 18.48 | 209,675.00 | 14.07 | 203,265.00 | 41.85 |
| Taxes-Property | (1,345.93) | (0.71) | 3,621.12 | 1.65 | 12,537.95 | 0.84 | 18,105.60 | 3.73 |
| **Total Operating Expenses** | 276,533.00 | 145.07 | 274,748.81 | 124.87 | 1,766,344.34 | 118.54 | 912,760.09 | 187.91 |
| **Operating Income (Loss)** | (86,964.30) | (45.62) | (55,931.67) | (25.42) | (282,546.41) | (18.96) | (429,529.29) | (88.42) |
| **Other Income (Expenses)** | | | | | | | | |
| Miscellaneous Income | 0.00 | 0.00 | 1,000.00 | 0.45 | 0.00 | 0.00 | 5,000.00 | 1.03 |
| ATM Transaction Income | 2,151.00 | 1.13 | 3,913.00 | 1.78 | 10,186.00 | 0.68 | 8,488.00 | 1.75 |
| Interest Income | 1,434.02 | 0.75 | 1,405.65 | 0.64 | 11,292.85 | 0.76 | 7,004.87 | 1.44 |
| Interest Expense | (734.35) | (0.39) | (436.79) | (0.20) | (3,390.67) | (0.23) | (2,893.89) | (0.60) |
| **Total Other Income (Expenses)** | 2,850.67 | 1.50 | 5,881.86 | 2.67 | 18,088.18 | 1.21 | 17,598.98 | 3.62 |
| **Net Income (Loss) Before Taxes** | (84,113.63) | (44.13) | (50,049.81) | (22.75) | (264,458.23) | (17.75) | (411,930.31) | (84.80) |
| **Net Income (Loss)** | $ (84,113.63) | (44.13)% | $ (50,049.81) | (22.75)% | $ (264,458.23) | (17.75)% | $ (411,930.31) | (84.80)% |



Case: 22-30126 Doc# 102-6 Filed: 06/18/22 Entered: 06/18/22 15:28:56 Page 5 of 5