Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
22 Battery Street, Suite 888
San Francisco, California 94111
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>BIJOU-CENTURY, LLC<br><br>Debtor | Case No. 22-30126 HLB<br><br>Chapter 11<br><br>DATE: July 14, 2022<br>TIME: 1:00 p.m.<br>JUDGE: Honorable Hannah L. Blumenstiel |

# CERTIFICATE OF SERVICE

I, Michael St. James, declare as follows:

I am a citizen of the United States of America, over the age of 18 years and not a party to the within action. My business address is 22 Battery Street, Suite 810, San Francisco, California.

I served the following document:

**SUPPLEMENTAL DECLARATION OF ROBERT STRETCH IN SUPPORT OF FIRST DAY MOTIONS**

**DECLARATION OF GREGORY R. AKER IN SUPPORT OF OPPOSITION TO MOTION FOR RELIEF FROM STAY**

I served those documents on July 8, 2022 by email addressed as follows:

**The Simon Law Group, LLP**
**Robert T. Simon**
**robert@justiceteam.com**

**Greg C. Shaffer**
**schaffer@justiceteam.com**

**FIORE ACHERMANN, A Law Corp.**
**Jennifer Fiore**
**Jennifer@theFAfirm.com**

**Sophia Achermann**
**sophia@theFAfirm.com**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of July, 2022, at San Francisco, California

______ /s/ *Michael St. James* .