**Entered on Docket**
**July 14, 2022**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: July 14, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30126 HLB |
| | ) |
| BIJOU-CENTURY, LLC, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER DENYING JANE DOE'S MOTION FOR RELIEF FROM STAY

This case came before the court on July 14, 2022 for a hearing on a motion for relief from stay[1] filed by Jane Doe. Debtor Bijou-Century LLC opposed the Motion.[2]  Appearances were as noted on the record.

For the reasons stated on the record, the Motion is hereby **DENIED.**

**\*\*END OF ORDER\*\***

---

[1] Dkt. 90 (the "Motion").

[2] Dkt. 103.

## <u>Court Service List</u>

[None]

Case: 22-30126   Doc# 104   Filed: 07/14/22   Entered: 07/14/22 16:45:03   Page 2 of 2