Form OCP

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Bijou−Century, LLC<br>dba New Century Theater<br>Debtor(s) | Case No.: 22−30126 HLB 11<br>Chapter: 11 |

## NOTICE OF ORDER CONFIRMING PLAN

**Notice is hereby given** of the entry of an order of this court on 11/30/22 confirming the plan of reorganization filed by the debtor(s) on 11/29/22.

Dated: 11/30/22

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court