# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: admin | Date Created: 11/30/2022 |
| Case: 22−30126 | Form ID: OCP | Total: 535 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| rspi | Gary Marlin |
| cr | Jane Doe |
| 15384643 | Amsalem, A. |
| 15384644 | Bishop, J. |
| 15384645 | Bouphaphanh, S. |
| 15384646 | Carballo, P. |
| 15384647 | Chakib, I. |
| 15384648 | Enright, S. |
| 15384649 | Franke, R |
| 15384650 | Garber, R |
| 15384651 | Garcia, E |
| 15384652 | Huang, J |
| 15384653 | Hutchinson, L |
| 15384654 | Lushtak, I |
| 15384655 | Marshall, J |
| 15384656 | McCombs−Byrne, I |
| 15384657 | Pedro, N |
| 15384658 | Piscoya, G |
| 15384659 | Pouncey, A |
| 15384660 | Rivera, M |
| 15384661 | Roche, N |
| 15384662 | Shishido, B |
| 15384663 | Souryasak, S |
| 15384664 | Thomas, N |
| 15384665 | Tincknell, R |
| 15384666 | Valkanoff J |
| 15384667 | Wang, R |
| 15384668 | Washington, M |
| 15384669 | Yah, J |
| 15384670 | Yee, M |
| 15384671 | Zhou, S |

TOTAL: 31

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |
| tr | Mark M. Sharf | mark@sharflaw.com |
| aty | Elvina Rofael | elvina.rofael@usdoj.gov |
| aty | Jason E. Turner | jturner@jturnerlawgroup.com |
| aty | John−Patrick M. Fritz | jpf@lnbyg.com |
| aty | Michael St. James | ecf@stjames−law.com |
| aty | Sophia Achermann | sophia@thefafirm.com |
| aty | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Bijou−Century, LLC 250 Columbus Ave, Suite 207 San Francisco, CA 94133 |
| rspi | Joseph Carouba Bijou−Century, LLC 250 Columbus #207 San Francisco, CA 94133−4536 |
| intp | Deja Vu Services Inc Attn: Billing/Accounting 8252 EAST LANSING ROAD Durand, MI 48429 |
| intp | Deja vu San Francisco Attn: Billing/Accounting 391 Broadway San Francisco, CA 94133 |
| intp | Gold Club−SF, LLC Attn: Billing/Accounting 650 Howard Street San Francisco, CA 94105 |
| sp | Douglas Melton Long & Levit LLP 465 California St., 5th Fl. San Francisco, CA 94104 |
| cr | Mackenzie Banks c/o Jason E. Turner, Esq. 2563 Mast Way, Ste 202 Chula Vista, CA 91914 UNITED STATES |
| cr | Lapasia Colbert c/o Jason E. Turner, Esq. 2563 Mast Way, Ste 202 Chula Vista, CA 91914 UNITED STATES |
| aty | Sophia Achermann 340 Pine Street, Suite 503 San Francisco, CA 94104 |
| smg | Chief Tax Collection Section Employment Development Section P.O. Box 826203 Sacramento, CA 94230 |
| smg | IRS P.O. Box 7346 Philadelphia, PA 19101−7346 |
| smg | CA Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board Special Procedures Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812−2952 |
| 15378829 | 816 Larkin, LLC c/o BSC Management 207 Columbus St. Suite 207 San Francisco, CA 94133 |
| 15402586 | ALANA PALERMO 660 4TH ST #318 SAN FRANCISCO, CA 94017 |

15402538 ALEXANDRA MARKHEIM 2601 HILLTOP DRIVE, APT #1221 SAN PABLO, CA 94806
15402344 ALI LORRAINE BEDIER PRAIRIE 1603 E STREET HAYWARD, CA 94541
15402585 ALLISON PACE 1358 LAS JUNTAS WAY, APT #E WALNUT CREEK, CA 94597
15402323 AMANDA ABELLANA 1555 N. VINE ST #4185 LOS ANGELES, CA 90028
15402527 AMY LEDERER 1455 GALINDO ST., APT #2234 CONCORD , CA 94520
15402480 ANDREA HILL PO BOX 43 WALNUT CREEK, CA 94597
15402561 ANGELA MENDOZA−ROCHE 134 CROLLS GARDEN CT., APT #134 ALAMEDA, CA 94501
15402620 ANGELA REYES 1151 SCOTT ST. SAN FRANCISCO, CA 94115
15402409 ANGELICA DI SIENA 2929 WESLAYN, APT #2202 HOUSTON, TX 77057
15402587 ANGELICA PALLAIS 19353 HATHAWAY AVE HAYWARD, CA 94541
15402722 ANGELICA WILLIAMS 6253 DOUGHERTY RD., #6301 DUBLIN, CA 94568
15402557 ANNA IRENE MEALY 987 SPRINGVIEW CIRCLE SAN RAMON, CA 94583
15402543 APRIL MARTINEZ 1459 TREAT BLVD #617 WALNUT CREEK, CA 94597
15402485 ASHLEY MARIE HOOD 3116 BROPHY DRIVE SACRAMENTO, CA 95821
15402470 Aiyana R. Henderson 1041 Burnham Dr Pittsburg, CA 94565
15402539 Aleandra N. Markheim 5721 W Las Positas Blvd #319 Pleasanton, CA 94588
15402729 Aleia L. Yancey 2777 N Angus #303 Fresno, CA 93703
15402635 Alexis K. Saeyang 2428 Emeric Ave Richmond, CA 94806
15402402 Alisha Dean 80 Forest Grove Dr #9 Daly City, CA 94105
15402573 Allante J. Moore 377 Dennis Dr. Daly City, CA 94015
15402559 Allison Meissner 79 Vendome Ave Daly City, CA 94014
15402481 Alliyanna Hills 2407 Larkspur Lane #286 Sacramento, CA 95825
15402390 Amanda V. Costantini 515 Thistle Circle Martinez, CA 94553
15402678 Amber Tershy 22933 Kingsford Way Hayward, CA 94541
15402452 Aminah E. Gipson 8836 Dowling St Apt 1 Oakland, CA 94605
15402526 Amy Lederer 1603 Spyglass Pkwy Vallejo, CA 94591
15402530 Anastasiya Leus 487 Boynton Ave #1 San Jose, CA 95117
15402360 Anastassia Brittingham 10154 Sweetgrass Circle Box 102 Naples, FL 34104
15402567 Andrea C. Mohr 925 Persia Ave, #1031 San Francisco, CA 94112
15402405 Andrea Demetrescu 195 Cero Drive Daly City, CA 94015
15402329 Angel Allison 3630 Roberts View Place Studio City, CA 91604
15402588 Angelica R. Pallais 27808 Manon Ave Apt 21 Hayward, CA 94544
15402723 Angelica Williams 431 Amberstone Lane #431 San Ramon, CA 95842
15402558 Anna I. Mealy 824 Griffon Ct Danville, CA 94506
15402497 Anna Jany 819 N Rengstorff Ave #207 Mountain View, CA 94043
15402556 Anna Mealy 987 Springview Circle San Ramon, CA 94583
15402354 Anthony G. Boone 5571 Sepulveda Ct Concord, CA 94521
15402685 Antonia Tremblay 3365 17Th Street San Francisco, CA 94110
15402430 Ariana C. Fletcher 475 Bue Vista Ave 308 Alameda, CA 94501
15402657 Arlett M. Siqueiros 281 Catalina St San Francisco, CA 94124
15402639 Armando G. Salcedo 157 6th St. Richmond, CA 94801
15402724 Armani L. Williams 5800 Hamilton St. 180 Sacramento, CA 95842
15402363 Ashley A Brown 228 Haight St San Francisco, CA 94102
15402324 Ashley Abellana 25 Rio Robles East Apt. 127 San Jose, CA 95134
15402348 Ashley Bennett 1459 Powell Street San Francisco, CA 94133
15402529 Ashley D. Leon 25651 Crestfield Dr Castro Valley, CA 94552
15402486 Ashley M. Hood 7501 Sunset Ave M Fair Oaks, CA 95628
15402649 Ashley M. Shepard 3820 Belden Street Sacramento, CA 95838
15402611 Aspen J. Pouncey 530 Bass Dr Vacaville, CA 95687
15402332 Astera Z. Amsalem 301 Executive Park Blvd 706 San Francisco, CA 94134
15402514 Audra Lam 338 North Market St #265 San Jose, CA 95110
15402453 Audrey Gomez 6050 Fernbrook St Lake Oswego, OR 97035
15402716 Auriana G Wells 7711 Greenback Lane 11 Citrus Heights, CA 95610
15402577 Ava Nezami 345 Reflections Circle #12 San Ramon, CA 94583
15402385 Avila Cinthia 2383 North Main St Walnut Creek, CA 94596
15402572 BEATRIZ MONTANO 2065 SHOREVIEW COURT BAY POINT, CA 94565
15402571 BEATRIZ MONTANO 4894 SNOWY EGRET WAY OAKLEY, CA 94561
15402578 BERENISA NOE 2337 MALIBU COURT FAIRFIELD, CA 94533
15402440 BERNADETTE GADDI 21 COLUMBIA SQUARE, #405 SAN FRANCISCO, CA 94103
15402565 BIANA MILTON 3300 KEMPTON AVE., APT #206 OAKLAND, CA 94601
15402431 BIANCA FONDA 4 CAPTAIN DRIVE, APT #207 EMERYVILLE, CA 94608
15402504 BIANCA JOHNSON 803 LONE OAK DR SAN PABLO, CA 94806
15402651 BREANNE SHISHIDO 707 ISABELLA WAY FAIRFIELD, CA 94533
15402411 BRIANN DIAZ 2350 SENTER ROAD SAN JOSE, CA 95112
15402489 BRIAUNNA RUTH HUNTER 1843 EDDY ST. SAN FRANCISCO, CA 94115
15402614 BRITTANY REDING 5327 LILLIAN STREET HOUSTON, TX 77007
15402428 BROOKE FANSHER 316 PALO VERDE WAY VALLEJO, CA 94589
15378830 Bank of America Bankruptcy Department/SBA Loans PO Box 15220 Wilmington, DE 19850
15396674 Bank of America, N.A. Bryan Cave Leighton Paisner, LLP Two N. Central Ave., Ste. 2100 Attn: Kyle S. Hirsch Phoenix, AZ 85004
15402469 Belina Haxhijahja 3190 Oak Road, Apt 410 Walnut Creek, CA 94597
15402699 Bevyn Voegtly 1390 Creekside Dr Walnut Creek, CA 94596
15402564 Biana Milton 3300 Kempton Ave Apt#206 Oakland, CA 94611
15402432 Bianca Fonda 76 El Sereno Court San Francisco, CA 94127
15402503 Bianca Johnson 899 Pine Street # 110 San Francisco, CA 94108
15402633 Blake Royter 2703 Laguna, Apt #2 San Francisco, CA 94123
15402364 Bobino Bryonna 8460 Bennington Ct Vallejo, CA 94591
15402650 Breanne Shishido 712 San Remo St Fairfield, CA 94533

15402664 Breanne Sodorff 1731 C Sapling Court Concord, CA 94519
15402652 Breanne T. Shishido 712 San Remo St Fairfield, CA 94533
15402653 Breanne T. Shishido 712 San Remo St Fairfield, CA 94533
15402392 Brianna Covington 3917 New Zealand Ave Santa Rosa, CA 95407
15402490 Briaunna R. Hunter 1843 Eddy Street San Francisco, CA 94115
15402429 Brittany Fay 1448 Garrett Cr Rohnert Park, CA 94928
15402601 Bryan Pepito 1080 San Miguel Rd, #136 Concord, CA 94518
15402352 Bryonna R. Bobino 518 44Th St Oakland, CA 94609
15402525 Burt G. Lawson 391 Ellis Street San Francisco, CA 94110
15378831 CA Department of Tax and Fee Admin. Attn: Insolvency 250 South Second Street San Jose, CA 95113
15378832 CA Dept. of Fair Employment and Housing 2218 Kausen Drive, Suite 100 Elk Grove, CA 95758
15378833 CA Franchise Tax Board Attn: Corporate Bankruptcy PO Box 942857 Sacramento, CA 94257−0050
15402388 CAMILLE COLLARD 414 CHESTNUT ST SAN FRANCISCO, CA 94133
15402566 CATHERINE MOHAMED 2526 SHADOWBROOKE RD. BRENTWOOD, CA 94513
15402690 CECILIA VALENCIA 210 GINGERWOOD PLACE FAIRFIELD, CA 94533
15402437 CHAMPAGNE FRANCIS 2003 VILLA DR., #110 BAY POINT, CA 94565
15402436 CHAMPAGNE FRANCIS 2027 VILLA DRIVE., APT #303 PITTSBURG, CA 94565
15402655 CHAUNTAY SHUMATE 1410 SPYGLASS PKWY VALLEJO, CA 94591
15402654 CHAUNTAY SHUMATE 4400 SHANDWICK DR ANTELOPE, CA 95843
15402670 CHELSEA STUCKEY 1400 TECHNOLOGY LN., APT #103 PETALUMA, CA 94954
15402487 CHEYENNE HOUKE 8041 NALL STREET VALLEY SPRINGS, CA 95252
15402732 CHRISTIANSEN YEKATERINA 4800 WEST LAKE PARKWAY, APT #706 SACRAMENTO, CA 95835
15402553 CIARA MEADOWS 924 MORGAN STREET SANTA ROSA, CA 95401
15402339 CINTHIA AVILA 125 NEAR COURT, APT #411 WALNUT CREEK, CA 94596
15402338 CINTHIA AVILA 63 CAMELBACK COURT PLEASANT HILL, CA 94523
15402674 CLAUDIA TAMAYO 2444 OLD SONOMA RD. APT#3 NAPA, CA 94558
15402743 CORI ZIEROTT 963 MANZANITA AVE SUNNYVALE, CA 94085
15402718 Calandra Whitlow 2505 Anthem Village Dr # E305 Henderson, NV 89052
15402689 Cecilia Valencia 23330 Burndale Rd Sonoma, CA 95476
15402691 Cecilia Y. Valencia 1400 Technology Ln 513 Petaluma, CA 94954
15402692 Cecilia Y. Valencia 23330 Burndale Rd Sonoma, CA 95476
15402435 Champagne Francis 386 Joan Vista St Apt A El Sobrante, CA 94803
15402523 Chelsea Lauterbach−Rumery 215 Nevada Drive Longview, WA 98632
15402671 Chelsea S. Stuckey 257 Adele AVe Rohnert Park, CA 94928
15402734 Chelsea Young 1114 E 6TH Benicia, CA 94510
15402334 Chloe G. Andes 1418 Pintail Drive Suisun City, CA 94585
15402537 Christina M. Manriquez 1433 Scossa Ave San Jose, CA 95118
15402554 Ciara D. Meadows 2021 Pioneer Way Apt 29 Santa Rosa, CA 95403
15402340 Cinthia Avila 203 Coggin Drive APT B306 Pleasant Hill, CA 94523
15378834 City & County of San Francisco Treasurer 1 Dr. Carlton B. Goodlett Place City Hall, Room 140 Attn: Bankruptcy Dept./Property Tax San Francisco, CA 94102
15402346 Corey J Belton 677 Sylvan St, Apt 1 Daly City, CA 94014
15402742 Cori Zierott 1441 Detroit Ave Apt #172 Concord, CA 94520
15402744 Cori Zierott 2500 Fair Oaks Blvd Apt 11 Sacramento, CA 95825
15402605 Cydnie Perkins 481 40Th Street Apt D Oakland, CA 94609
15402498 DANIELA JASSO 107 WARWICK AVE. SAN LEANDRO, CA 94577
15402374 DANIELLA CASTRO 4324 VALLEY AVE., APT #H PLEASANTON, CA 94566
15402448 DANIELLE GERARD 10718 OLD RIVER ROAD FORESTVILLE, CA 95436
15402337 DEJA ERIANA AUSTIN 1111 JAMES DONLON BLVD., APT #1051 ANTIOCH, CA 94531
15378835 DEJA VU SERVICES, INC Attn: Billing/Accounting 8252 EAST LANSING ROAD Durand, MI 48429
15402719 DELORES WHITTENBERG 533 FILLMORE SAN FRANCISCO, CA 94117
15402473 DESTINY SAREEN HERNANDEZ 909 CARKO DRIVE., APT #2 SACRAMENTO, CA 95825
15402703 DIANA VONGKESONE 4024 EAGLE NEST LANE DANVILLE, CA 94506
15402407 DIANE DESIO 520 ROUND REIGN AVENUE NORTH LAS VEGAS, NV 89081
15402696 DOMINIQUE VARGAS 240 SUISUN AVENUE RODEO, CA 94572
15402676 DONNELLA TAUVASA 2946 CONCORD BLVD CONCORD , CA 94519
15402355 Dana Bounthavy 641 Old County Rd #203 Belmont, CA 94002
15402382 Daniel A. Chavez−Ferreyra 5419 Tandem Lane Richmond, CA 94803
15402638 Daniel M. Salamy 118 Aster Ct Hercules, CA 94547
15402499 Daniela E. Jasso 255 9th Ave Apt 633 Oakland, CA 94606
15402373 Daniella Castro 28480 Mission Blvd #209 Hayward, CA 94544
15402446 Darleen Garcia 25 Rio Robles East Apt. 127 San Jose, CA 95134
15402560 Dawn Mendoza 3299 Holly Drive Apt. C Tracy, CA 95376
15398794 Deja Vu Services, Inc. 8252 E Lansing Rd Durand, MI 48429
15378837 Deja vu San Francisco Attn: Billing/Accounting 391 Broadway San Francisco, CA 94133
15402416 Demoris G. Dodd 646 Kennedy Street, Apt 107 Oakland, CA 94606
15402366 Destiny Canada 2386 Flatley Circle Fairfield, CA 94533
15402383 Destiny Chester 9244 MacArthur Blvd Apt 4 Oakland, CA 94605
15402640 Destiny. M. Saldana 31 Werden St #31 Vallejo, CA 94590
15402603 Deziree Perez 4992 Pacheco Blvd Martinez, CA 94553
15402602 Deziree Perez 824 Marcie Circle So. San Francisco, CA 94080
15402596 Diamond R. Pedersen 743 1/2 Indiana St Vallejo, CA 94590
15402702 Diana Vongkeson 1810 San Jose Drive Antioch, CA 94509
15402698 Dominique L. Vargas 3849 Snelling Lane Sacramento, CA 95835

15402591 Dominique M. Parras 3205 Beaumont Ave Apt 4 Oakland, CA 95620
15402695 Dominique Vargas 3849 Snelling Lane Sacramento, CA 95835
15402697 Dominque L. Vargas 240 Suisun Ave Rodeo, CA 94572
15402675 Donnella Tanuvasa 3861 Concord Blvd. Concord, CA 94519
15402524 Dorothy Lawrence 161 Shipley Rd San Francisco, CA 94109
15378836 Douglas J. Melton, Esq. 465 California Street, 5th Floor San Francisco, CA 94104
15378838 EDD−California Employee Development Dept Attn: Bankruptcy PO Box 826846 Sacramento, CA 94246
15402510 ELENA KHOMENKO 350 TURK ST., APT #T1101 SAN FRANCISCO, CA 94102
15402589 ELIZANEL PARAGGUA 41 DOVER COURT DALY CITY, CA 94015
15402519 ELYSIA LANZONE 1040 LEAVENWORTH ST, APT#208 SAN FRANCISCO, CA 94109
15402518 ELYSIA LANZONE 915 3RD STREET, APT #306 SANTA MONICA, CA 90403
15402626 EMILY ANN ROBERTSHAW 2245 JACQUELINE DR. PITTSBURG, CA 94565
15402325 EMMA ABRAHAMSON 137 W. BONNER DRIVE TRACY, CA 95391
15402450 ERIN GINSBERG 327 LAKESHORE DR. SAN FRANCISCO, CA 94132
15402376 ESTHER CETIN 262 TURK STREET SAN FRANCISCO, CA 94102
15402331 EVA AMADO 1270 PINE STREET, APT #2 SAN FRANCISCO, CA 94109
15402410 Ekaterina Diatchenko 301 Mission St Unit 46F San Francisco, CA 94105
15402511 Elena Khomenko 737 Post St. Apt# 1625 San Francisco, CA 94109
15402445 Eleuterio Garcia 899 Hanover St Daly City, CA 94014
15402395 Elizabeth Dallman 11 Plaza Real South Apt #605 Boca Raton, FL 33432
15402590 Elizanel Paraggua 123 Cuesta Drive San Francisco, CA 94080
15402520 Elysia Lanzone 1280 15Th Avenue #108 San Francisco, CA 94122
15402353 Erica A. Bonilla 7392 Hillsdale Dr Pleasanton, CA 94588
15402112 Erika A. Heath Duckworth & Peters LLP 369 Pine Street, Suite 410 San Francisco, CA 94104
15378839 Erika Heath, Esq. 369 Pine Street, Suite 410 San Francisco, CA 94140
15402451 Erisine M. Giovanniello−Flack 642 Alcatraz Ave Apt 103 Oakland, CA 94609
15402375 Esmer Cetin 262 Turk Street San Francisco, CA 94102
15402502 Ezra L Johns 671 29th Ave San Mateo, CA 94403
15378840 FIORE ACHERMANN, A Law Corp. 340 Pine Street, Suite 503 San Francisco, CA 94104
15386195 FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 PO BOX 2952 SACRAMENTO CA 95812−2952
15402458 Fatima M. Guevara Garcia 5320 N Montecito Dr Concord, CA 94521
15402326 Francesca A. Aguilera 3175 Garrity Way 522 Richmond, CA 94806
15402641 GABRIELLE SANCHEZ 4850 NATOMAS BLVD., APT #1222 SACRAMENTO, CA 95835
15378841 GIG Computers, Inc. Attn: Cindy Gese 7700 Calm Waters St. Las Vegas, NV 89131
15402454 GINA GONZALEZ 4920 VANNOY AVE CASTRO VALLEY, CA 94546
15402642 Gabrielle G. Sanchez 3351 Duckhorn Drive 623 Sacramento, CA 95834
15402607 Giancarlo F. Piscoya 1380 East Ave, Apt 124 Chico, CA 95926
15402735 Gina Youssefpour 301 E. Santa Clara St. Suite D San Jose, CA 95113
15402606 Giovana M. Picasso Armenta 2530 Hillegas Apt 104 Berkeley, CA 94704
15402444 Gloria H. Garcia 7396 Gentile Ln Vacaville, CA 95688
15384814 Gold Club−SF, LLC 250 Columbus Ave, Suite 207 San Francisco, CA 94133
15378842 Gold Club−SF, LLC Attn: Billing/Accounting 650 Howard Street San Francisco, CA 94105
15402575 HANAH MORANDO 4 HILLCREST RD TIBURON, CA 94920
15402474 HANNAH HERNANDEZ 638 SPRINGFIELD CIR ROSEVILLE, CA 95678
15402475 Hanna Hernandez 638 Springfield Roseville, CA 95678
15402471 Hannah Hernandez 638 Springfield Roseville, CA 95678
15402562 Hannah L. Miller 3900 Business Center Dr 3303 Fairfield, CA 94534
15402357 Harrison T. Bradford 3010 San Miguel Court Concord, CA 94518
15402389 ISABELA CONTE 2447 LEMUR STREET SANTA ROSA, CA 95401
15402377 Imame Chakib 425 Van Dyke Ave # 3 Oakland, CA 94606
15402648 Imara P. Shabazz 1055 8th st. APT 607 Oakland, CA 94607, CA 94607
15378843 Internal Revenue Service Central Insolvency Section PO Box 7346 Philadelphia, PA 19101
15378844 Internal Revenue Service Centralized Lien Unit Division Cincinnati IRS Campus PO Box 145595 Cincinnati, OH 45250−5595
15402534 Irina Lushtak 940 Persidio Ave, #305 San Francisco, CA 94115
15402612 Isis Raele 169 Santa Rosa Ave, #107 Oakland, CA 94610
15402533 Israel Y. Luisjuan 1525 Ocean Ave, Apt C San Francisco, CA 94112
15402608 Iyanna L. Plato 7408 Watt Ave, Apt 72 North Highlands, CA 95660
15402447 Iyesha George 1515 Mefferd Ave San Mateo, CA 94401
15402669 JADA STRICKLEN 539 HOWKER LANE SUISUN CITY, CA 94585
15402662 JAMIELA SMITH PO BOX 8331 PITTSBURG , CA 94565
15402704 JANAIE WALKER 3024 COFFEY LANE SANTA ROSA, CA 95405
15402584 JANICE CHRISTINE OWEN 5590 SAN PALAZZO CT LAS VEGAS, NV 89141
15402512 JASMIN KOBLICK 808 HAWKINS DR OAKLAND, CA 94603
15402684 JENIA TORTORA 10322 JENNICK WAY ELK GROVE, CA 95757
15402581 JENNIFER OLIVERA 1464 ENGLISH DRIVE., APT #7 SAN JOSE, CA 95129
15402622 JENNY RHEE 1222 HARRISON ST., APT #2626 SAN FRANCISCO, CA 94103
15402381 JESSICA CHAPDELAINE 325 STRATFORD DRIVE SAN FRANCISCO, CA 94132
15402545 JESSICA MATHENEY 1412 GROVE STREET ALAMEDA, CA 94501
15402552 JESSICA MEADOWS 924 MORGAN STREET SANTA ROSA, CA 95401
15402594 JESSICA PEARCE 5705 RIVER BEACH PLACE ANTELOPE, CA 95843
15402544 JOSEPHINE MARTINEZ 1251 PINETREE DR. APT #2 STOCKTON, CA 95203
15402484 JULIANNE HOLLINRAKE 1755 BLUE SQUIRREL STREET ROSEVILLE, CA 95747
15402327 Jacob H. Akers 4719 Hunter Peak Ct Antioch, CA 94531
15402522 Jacquelin Larios−Hurtado 526 York St Vallejo, CA 94590

15402509 Jamal A. Khan 508 Larkin St, Apt 602 San Francisco, CA 94102
15402351 James A. Bishop 1000 Adell St Madera, CA 93638
15402659 Jamiela Smith P.O. Box 8013 Pittsburg, CA 94565
15402705 Janaie G. Walker 120 Yukon Ct Vallejo, CA 94589
15378845 Jane Doe c/o THE SIMON LAW GROUP, LLP Attn: Greg C. Shaffer, Esq. 34 Hermosa Avenue Hermosa Beach, CA 90254
15378846 Jane Roe, et al. c/o SOMMERS SCHWARTZ, P.C. Attn: Trenton R. Kashima, Esq. 402 West Broadway, Suite 1760 San Diego, CA 92101
15402482 Jasmine U. Hines 667 Hawk Dr Vacaville, CA 95687
15402694 Jeff S. Valkanoff Jr. 660 4th St, Apt 330 San Francisco, CA 94107
15402372 Jenna S. Carpio 984 Major Ave Hayward, CA 94542
15400241 Jennifer Fiore/Sophia Achermann FIORE ACHERMANN 340 Pine Street, Suite 503 San Francisco, CA 94104
15402532 Jennifer Lopez 248 La Quinta Dr Windsor, CA 95492
15402623 Jenny Rhee 425 1st Street 2308 San Francisco, CA 94105
15378847 Jenny Rhee 425 1st Street Unit 2307 San Francisco, CA 94105
15402646 Jerry B. Serpell−Morris 583 Arballo Dr San Francisco, CA 94132
15402380 Jessica Chapdelaine 2413 1/2 Fisk Lane Redondo Beach, CA 90278
15402397 Jessica Daniel 5308 Cole Street Oakland , CA 94601
15402359 Jessica E Brittain 20509 Aet Street Woodland Hills, CA 91367
15402555 Jessica L. Meadows 426 Klute St Apt 2 Santa Rosa, CA 95401
15402535 Jessica Maldonado 2035 Mt. Olive Dr. Apt #1 Santa Rosa, CA 95404
15402551 Jessica Meadows 736 Blair Place Santa Rosa, CA 95401
15402593 Jessica Pearce 6020 Bridgecross Dr Sacramento, CA 95835
15402595 Jessica Pearce 6020 Bridgecross Dr Sacramento, CA 95835
15402665 Jocelyn Sosa 1270 South Van Ness #4 San Francisco, CA 94110
15378848 John Doe c/o ADZ LAW, LLP Attn: Tulin D. Acikalin, Esq. 2000 Alameda De Las Pulgas Ste. 161 San Mateo, CA 94403
15402531 Jonathan A Lim 79 Vendome Ave Daly City, CA 94016
15402628 Jonathan E. Roby 3735 Anza St, Apt 4 San Francisco, CA 94121
15402632 Jonathan Rostami 27930 Cabot Rd Laguna Niguel, CA 92677
15402728 Jorge E. Yah 1840 Van Ness Ave, #7 San Francisco, CA 94103
15402727 Joseph M. Winn 198 Ironwood St Vacaville, CA 95688
15402721 Joy Williams 751 Laurel St #546 San Carlos, CA 94070
15402725 Joy Williams 751 Laurel St #546 San Carlos, CA 94070
15402528 Judy Lee 500 W La Canada Court Mountain House, CA 95391
15402542 Justin A. Marshall 14522 Eastwood Ave, Apt 22 Lawndale, CA 90260
15402720 KAILA WILKEY 2116 ROOSEVELT STREET BERKELEY, CA 94703
15402508 KASSANDRA KEARNS 224 HAVENWOOD CIRCLE PITTSBURG , CA 94565
15402507 KASSANDRA KEARNS 2453 ORANGE STREET MARTINEZ, CA 94553
15402322 KATHERINE ABBITT 158 AUGUSTA COURSE AVE LAS VEGAS, NV 89148
15402367 KAYLA CAPUTI 172 BROCKTON VACAVILLE, CA 95687
15402738 KELLY ZAMORA 93 ATLANTIC CIRCLE PITTSBURG, CA 94565
15402708 KIMBERLY WALLACE 201 COGGINS DR., APT #B215 PLEASANT HILL, CA 94523
15402709 KIMBERLY WALLACE 304 E. SILVERADO RANCH BLVD., APT #1275 LAS VEGAS, NV 89183
15402456 KRISTA GRIFFITH 2550 GREAT HWY SAN FRANCISCO, CA 94116
15402438 Kaitlin Fratto 661 Lancaster Blvd #203 Lancaster, CA 93534
15402412 Kamiah Marie Diccion 526 York St Vallejo, CA 94590
15402406 Katy Denton 2175 Grove Way Castro Valley, CA 94546
15402368 Kayla Caputi 1880 Broken Bit Drive Plumas Lake, CA 95961
15402369 Kayla Caputi 59 Kenwood St Napa, CA 94558
15402513 Kelly Lakthanasuk 678 8Th Street Richmond, CA 94801
15402739 Kelly M. Zamora 2105 Bald Eagle Ct Gold River, CA 95670
15402737 Kelly Zamora 93 Atlantic Circle #103 Pittsburg, CA 94565
15402347 Kelsie Bennett 1603 Spyglass Pkwy Vallejo, CA 94591
15402479 Kenji D. Hickman 815 O'Farrell Street, Apt 601 San Francisco, CA 94109
15402349 Kevin A. Benton 1374 Lupine Ct Concord, CA 94521
15402583 Kiana Otts 19353 Hathaway Ave Hayward, CA 94541
15402477 Kilie H. Herrera 3132 Santiago St San Francisco, CA 94116
15402710 Kimberly A. Wallace 541 Britannia Dr Vallejo, CA 94591
15402418 Kimberly Ecles 1832 Loch Ness Way San Jose, CA 95121
15402707 Kimberly Wallace 34077 Paseo Padre Pkwy 149 Fremont, CA 94555
15378849 Kimberly Wallace Attn: Erika Heath, Esq. 541 Britannia Dr. Vallejo, CA 94591−7007
15402644 Kristine L. Schmid 1878 Pomar Way Walnut Creek, CA 94598
15402113 Kristine Schmid c/o Duckworth & Peters LLP 369 Pine Street, Suite 410 San Francisco, CA 94104
15402387 LAPASIA COLBERT 150 RANKIN WAY., APT #90 BENICIA, CA 94510
15378850 LAPASIA COLBERT, ET AL c/o BRACAMONTES & VLASAK, P.C. Attn: Michael R. Bracamontes, Esq. 220 Montgomery Street, Suite 870 San Francisco, CA 94104
15402713 LAURA WARDELL 1832 LOCHNESS WAY SAN JOSE, CA 95131
15402500 LESLEY JENKINS 515 RUBENWHITE DRIVE HOUSTON, TX 77048
15402449 LETICIA GILTON 35 JENNINGS COURT SAN FRANCISCO, CA 94124
15402515 LIBERTY LANDOWSKI 2461 WEBE LANE #126 CARMICHAEL, CA 95608
15402398 LOGAN DAVIS 1577 BLUE SQUIRREL STREET ROSEVILLE, CA 95747
15402686 LOURDES TRUJILLO 1410 QUESADA AVE. SAN FRANCISCO, CA 94124
15402386 Lapasia Colbert 6010 North Vine St Vacaville, CA 95688

15402172 Lapasia Colbert and Mackenzie Banks Bracamontes & Vlasak 1901 Harrison Street Suite 1590 Oakland, CA 94612
15402712 Laura Wardell 1931 Orolette Pl San Jose, CA 95131
15402396 Lauren D'Angelo 210 Lower Via Casitas #104 Greenbrae, CA 94904
15402547 Lauren Mccurry 455 Edwards St Crockett, CA 94525
15402341 Lauren−Ricky C. Balleza 8 Wilshire Ct Daly City, CA 94015
15402441 Leah S. Gaines 260 Camelot Dr Tracy, CA 95376
15402491 Leonna J. Hutchinson 775 Geary St, #102 San Francisco, CA 94109
15402574 Lisa L. Moore 157 6th St. Richmond, CA 94801
15402627 Lisette J. Robles 4488 Buckskin Drive Antioch, CA 94509
15378852 Long & Levit, LLP 465 CALIFORNIA ST., SUITE 500 San Francisco, CA 94104
15378851 Long & Levit, LLP Attn: Douglas Melton, Esq. 465 California Street, 5th Fl. San Francisco, CA 94104
15402550 Lorraine M. Mcmillan 5916 Southmont Ct San Jose, CA 95138
15402688 Luis F. Valdivia Castellanos 248 La Quinta Dr Windsor, CA 95492
15402439 Luis G. Fuentes 3929 Loma Vista Ave Oakland, CA 94619
15402548 MACY MCGEORGE 553 S STEPHEN OREGON, OH 43616
15402433 MADISON FONSECA 5282 HIDDENCREST CT. CONCORD, CA 94521
15402422 MARIA ESPINDA 1735 40TH AVENUE SAN FRANCISCO, CA 94122
15402549 MARIAH LYN MCGOVERN 6000 DONALDSON RD GRANTS PASS, OR 97526
15402625 MELINA RIVERA 1030 SWAN RIVER CT. VACAVILLE, CA 95687
15402414 MELISSA DIXON 16028 VIA ARROYO SAN LORENZO, CA 94580
15402415 MELISSA DIXON 21062 GARY DRIVE, #207 HAYWARD, CA 94541
15402472 MIA HERNANDEZ 570 MARLESTA RD PINOLE, CA 94564
15402714 MUANG WASHINGTON 2815 GLENSIDE DRIVE CONCORD, CA 94520
15402342 Mackenzie Banks 9638 Iris Meadow Way Elk Grove, CA 95757
15402683 Makaela E. Torres 3500 Harbison Drive Apt 312 Vacaville, CA 95687
15402726 Malisha S. Williams 1028 Whistler Dr Suisun City, CA 94585
15378853 Manegold Engineering Attn: Billing/Accounting 272 Church Street Pawtucket, RI 02860
15402580 Margaret Elyse Ogara 4719 Geary Blvd 207 San Francisco, CA 94118
15402521 Maria Lara 304 E Silverado Ranch Blvd Las Vegas, NV 89183
15402427 Marina Y. Fairbanks 2034 Patton Ave Napa, CA 94559
15402546 Marisol Matos 914 Springwood Ct Rodeo, CA 94572
15402365 Mason C. Byrd 3242 Davis St, #3 Oakland, CA 96401
15402501 Mayra J. Jimenez 2522 Pearblossom Drive Santa Rosa, CA 95407
15402361 Meghan Brooks 249 Golf Links St Pleasant Hill, CA 94523
15402362 Meghan R. Brooks 5320 N Montecito Ct. Concord, CA 94521
15402624 Melina Rivera 2157 Tilden Place Fairfield, CA 94533
15402394 Melody M. Custinger 1140 Treat Ave San Francisco, CA 94110
15402604 Mercedes C. Perkins 635 Ellis Street, APT 302 San Francisco, CA 94109
15402171 Michael Bracamontes Bracamontes & Vlasak P.C. 1901 Harrison Street Suite 1590 Oakland, CA 94612
15402350 Michael R. Billings 155 Rey Street Lower Level San Francisco, CA 94134
15402731 Michael R. Yee 213 3rd Ave, Apt 1 San Francisco, CA 94118
15402494 Misty Iman 2029 Severus Drive Vallejo, CA 94589
15402715 Muang C. Washington 2815 Glenside Dr Concord, CA 94520
15402636 Muang Saeyang 9403 E. Street Oakland , CA 94603
15402700 NATALIA VOLKONSKAYA 2854 BUSH STREET SAN FRANCISCO, CA 94115
15402333 NICOLE ANDERSON 210 SPYGLASS PKWY VALLEJO, CA 94591
15402630 NIEMAH RODRIGUEZ 1798 9TH STREET OAKLAND, CA 94607
15402517 NOEL LANGLEY 3749 32ND STREET SACRAMENTO, CA 95820
15402336 NUVIA ARRIOLA JIMENEZ 824 ABBOT AVE. DALY CITY, CA 94014
15402647 Natalia Seven 1309 Anza #9 San Francisco, CA 94118
15402687 Natalia Tsvetkova 1309 Anza St #9 San Francisco, CA 94118
15402403 Nathanael J. Deinla 228 Alta Mesa Drive South San Francisco, CA 94080
15402570 Nelly I. Monge 1058 Golden Gate Ave San Francisco, CA 94115
15402569 Nelly I. Monge 684 31st Oakland, CA 94609
15402568 Nelly Monge 1058 Golden Gate Ave San Francisco, CA 94115
15402629 Nicole J. Roche 25713 West Court Hayward, CA 94541
15402631 Niemah A. Rodriguez 4418 Horseshoe Cir Antioch, CA 94531
15402563 Nina Mills 145 Kiska Rd, Apt 306 San Francisco, CA 94124
15402335 Nuvia Arriola Jimenez 324 Abbot Avenue Daly City, CA 94014
15402434 Nydesha V. Foster 1107 Georgean St Hayward, CA 94541
15378854 Office of Management and Budget Attn: SBA Desk Officer New Executive Office Building Rm. 10202 Washington, DC 20503
15402476 Olivia E. Hernandez−Sandoval 1713 C Street Antioch, CA 94509
15378855 Orkin Attn: Billing/Accounting PO BOX 7161 Pasadena, CA 91109
15396825 PG&E PO BOX 8329 C/O BANKRUPTCY DEPT STOCKTON, CA 95208
15378856 Pacific Mobile Lock & Safe Attn: Billing/Accounting 416 Vista Mar AVENUE Pacifica, CA 94044
15402495 Paige R. Jackson 2386 Baltic Ct Fairfield, CA 94533
15402493 Paola Ibarra 15758 Via Represa San Lorenzo, CA 94580
15402408 Patrick A Devine 21109 Gary Drive, Apt 310 Castro Valley, CA 94546
15402370 Pedro Carballo 1840 Van Ness Ave, Apt 7 San Francisco, CA 94109
15402680 Priscilla A. Tokuda 2522 Pearblossom Dr. Santa Rosa, CA 95407
15402541 RACHEL MARRA 1209 LINCOLN AVE ALAMEDA, CA 94501
15402661 REBECCA SMITH 2056 EUCALYPTUS WAY ANTIOCH, CA 94509
15402505 RENEE JOHNSTON 1390 MARKET STREET #1803 SAN FRANCISCO, CA 94102

15402391 ROSE COUTO 12651 SAN PABLO AVE., APT #5449 RICHMOND, CA 94805
15402598 ROXANNE PEDRO 10811 GOLD LINKS RD. OAKLAND, CA 94605
15402643 ROXANNE SANDOVAL 16913 MEEKLAND AVE #21 HAYWARD, CA 94541
15402656 Rachael Simmons 603 Minaret Way Hayward, CA 94541
15402399 Ramiah T. Davis 4035 Lincoln Ave Oakland, CA 94602
15402506 Randy A. Kaminsky 1719 Church Ave. San Mateo, CA 94401
15402711 Randy Wang 945 Taraval St, Apt 288 San Francisco, CA 94116
15378857 Rebecca Coll, Esq. Quadra & Coll, LLP 649 Mission Street San Francisco, CA 94105
15402663 Rebecca L. Smith 2056 Eucalyptus Way Antioch, CA 94509
15402619 Rebecca Reeves 537 Palm Ave Lodi, CA 95240
15378858 Recology Golden Gate Attn: Billing/Accounting 250 Executive Park Blvd. Suite 2100 San Francisco, CA 94134
15402421 Regis L. Epps 4035 Lincoln Ave Oakland, CA 94602
15402328 Renee Alexander 1459 Powell Street San Francisco, CA 94132
15402488 Renee Howard 3281 Homestead Lane Santa Rosa, CA 95407
15402345 Rhonda Bell 1919 Ygnacio Valley Rd. Walnut Creek, CA 94598
15378859 Rissell Law Firm Melody R. Rissell 201 Spear Street, Suite 1100 San Francisco, CA 94105
15402330 Rolando Almeraz 2344 Galloway Ct Antioch, CA 94531
15402384 Rosalie Cicogna 1517 North Point St #415 San Francisco, CA 94123
15402404 Roxanne Dela Cruz 132 Britton St San Francisco, CA 94134
15402597 Roxanne Pedro 90 Bayport Court San Carlos, CA 94070
15378860 S.A.W. Entertainment Limited 250 Columbus Ave San Francisco, CA 94133
15402466 SABRAH HARVEY 3037 PARKER ROAD RICHMOND, CA 94806
15402465 SABRAH HARVEY 3311 SILVER COURT PINOLE, CA 94564
15402616 SAMANTHA REEM 360 6TH AVE., APT #11 SAN FRANCISCO, CA 94118
15402442 SANANNAH GALBERTH 1102 S. ABEL STREET., APT #541 MILPITAS, CA 95035
15402682 SANDRA TORRES 603 NIKE, APT #5 HERCULES, CA 94547
15402666 SARA SOURYASAK 828 POPLAR WAY OAKLAND, CA 94607
15402461 SARAH HANSEL 4278 RUBY LANE VACAVILLE, CA 95688
15378863 SAW Entertainment, Ltd Attn: Billing/Accounting 560 Broadway San Francisco, CA 94133
15402668 SAWYER STAUFFER 7289 PEPPERWOOD KNOLL, APT #237 SACRAMENTO, CA 95842
15378864 SFBSC Management LLC 250 Columbus Ave , Ste. 207 Attn: Billing/Accounting San Francisco, CA 94133
15402193 SFBSC Management, LLC 250 Columbus Ave. San Francisco, CA 94133
15397167 SFPUC − Water Dept 525 Golden Gate − 2nd Fl San Francisco, CA 94102
15402717 SHANIKIA WHITEFIELD 1565 CALLE DE LA ROSA CHULA VISTA, CA 91913
15402423 SHARI ESPINOSA 3403 DEL CHIARO WAY CONCORD, CA 94518
15402609 SHAY LYNN POPEJOY 2100 W. TEXAS STREET, APT #67 FAIRFIELD, CA 94533
15402610 SHAY POPEJOY 2100 W TEXAS STREET FAIRFIELD, CA 94534
15402637 SOSEFINA SAILELE 1975 SERENO VALLEJO, CA 94589
15402420 STEPHANIE ENRIGHT 6511 THIRD STREET SAN FRANCISCO, CA 94124
15402600 STEPHANIE PENA 8516 RAMONA STREET BELLFLOWER, CA 90706
15402483 STEPHANY HOLLINGSHEAD 400 SW 1ST AVE., APT #603 FT. LAUDERDALE, FL 33301
15402464 Sabrah Harvey 900 Southampton Rd., Apt. 119 Benicia, CA 94510
15402467 Sabrah N. Harvey 3311 Silver Court Pinole, CA 94564
15402468 Sabrah N. Harvey 900 Southampton Rd., Apt 119 Benicia, CA 94510
15402356 Saelani M. Bouphaphanh 3242 Davis St, #3 Oakland, CA 94601
15402358 Salina Brice 11n La Mesa Ave Stockton, CA 95207
15402378 Samantha M. Chambers 140 Yorkshire Ct Apt D Vallejo, CA 94591
15402579 Samantha M. Ochoa 3900 Business Center Dr #9311 Fairfield, CA 94534
15402582 Samantha Ortiz 87B Woodward St. San Francisco, CA 94103
15402615 Samantha Reem 90 Kent Ct #13 Daly City, CA 94015
15402617 Samantha S. Reem 360 6th Ave #11 San Francisco, CA 94118
15402618 Samantha S. Reem 90 Kent Ct #13 Daly City, CA 94015
15402400 Samantha V. Davis 680 2nd St Richmond, CA 94801
15378861 San Francisco Tax Collector Attn: Unsecured Property Tax P.O. Box 7427 San Francisco, CA 94120
15378862 San Francisco Water Attn: Billing/Accounting P.O. Box 7369 San Francisco, CA 94120
15402681 Sandra Torres 8545 Holmes Ave Los Angeles, CA 90058
15402677 Sandy J. Tawasha 2010 Lynwood Way Antioch, CA 94509
15402393 Sanobia A. Crocette 1506 Adeline St Oakland, CA 94607
15402460 Sarah Hansel 45 Lansing St Apt#2106 San Francisco, CA 94105
15402457 Sarah L. Gritzmacher 3400 Richmond Parkway, #721 Richmond, CA 94806
15402462 Sarah L. Hansel 2919 Telegraph Ave 205 Oakland, CA 94609
15402463 Sarah L. Hansel 45 Lansing St Apt#2106 San Francisco, CA 94105
15402693 Sarah Valenzuela 10349 Lanier Lane Stockton, CA 95219
15402379 Sariah Champion 22815 Vermont St, Apt 207 Hayward, CA 94541
15402443 Savanh R. Galberth 4057 Long Ave Tracy, CA 95377
15402496 Savanna R. Jacobs 1257 Fulton Ave 20 Sacramento, CA 95825
15402413 Scott E. Dickinson 1878 Pomar Way Walnut Creek, CA 94598
15402478 Sergio T. Herrera Sixtos 672 37th Ave, #3 San Francisco, CA 94121
15402613 Shamyel Razaye 1385 Sprague St Manteca, CA 95336
15402706 Shanae Walker 525 Sunnyview Dr. #205 Pinole, CA 94564
15378865 Shane Cahill 465 California Street, 5th Floor San Francisco, CA 94104
15402536 Shanna Mann 737 Violet Ln Vacaville, CA 95687
15402419 Shayan Edouard 161 N Civic Dr. APT 405 Walnut Creek, CA 94596
15378866 Shindel Rock and Associates P.C. Attn: David H. Shindel, C.P.A. 28100 Cabot Dr #102 Novi, MI 48377

15402459 Sierra M. Gutierrez 606 1/2 E Santa Ines 3 San Mateo, CA 94401
15402741 Siming Zhou 215 3rd Ave San Francisco, CA 94118
15378867 Social Security Administration Attn: Cares Act 1100 West High Rise 6401 Security Blvd. Baltimore, MD 21235
15378868 Sonic.Net Attn: Billing/Accounting 2260 Apollo Way Alamo, CA 94507
15402455 Speranza Gonzalez De Pagan 35 Quail Hill Lane El Sobrante, CA 94803
15402599 Stephanie Pena 8516 Ramona St Bellflower, CA 90706
15402621 Stephen G. Reyes Hernandez 351 Ave. H, Harvey Milk Bld 442, Apt 339 San Francisco, CA 94130
15402516 Steven M. Lane 4600 Marconi Ave, Apt 14 Carmichael, CA 95608
15378869 Sysco San Francisco Attn: Billing/Accounting 5900 Stewart Ave Fremont, CA 94538
15402492 TANISHA HUTSON 1314 LANIKAI DR., APT #E16 CONCORD, CA 94520
15378871 THE TIDRICK LAW FIRM LLP STEVEN G. TIDRICK 1300 Clay Street, Suite 600 Oakland, CA 94612
15402425 TONI ESPINOZA 765 STARFISH DRIVE VALLEJO, CA 94591
15402733 TORI YORK 9598 IRIS MEADOW WAY ELK GROVE, CA 95757
15402371 TRASIA CARNEY 8244 SHELL BEACH CT LAS VEGAS, NV 89117
15402540 Tabatha A. Marquez 10 N Cottonwood St Apt 209 Woodland, CA 95695
15402701 Talia Volkonskaya 708 Griffin Dr Richmond, CA 94806
15402672 Tara Sudweeks 1930 Ocean Ave. #116 Santa Monica, CA 90405
15402679 Tegan Tinoco 556 Buckeye Drive Livermore, CA 94551
15378870 The Boon Group, Inc. Attn: Billing/Accounting 6300 Bridge Point Pkwy Bldg 3, Ste. 500 Austin, TX 78730
15402417 Tiffany Duque 172 Creekview Dr Vallejo, CA 94591
15402634 Tim Saechao 2402 Corona St Redding, CA 96002
15402424 Toni Espinosa 150 Rankin Way #72 Benicia, CA 94510
15402426 Toni Z. Espinoza 765 Starfish Dr. Vallejo, CA 94591
15378874 U.S. Small Business Administration Attn: Bankruptcy 10737 Gateway West, 11300 El Paso, TX 79935
15378872 U.S. Small Business Administration Attn: Director, RMD 409 3rd St., SW Washington, DC 20416
15378873 U.S. Small Business Administration Attn: PPP Loans 455 Market St. suite 600 San Francisco, CA 94105
15402736 Urihah D. Zabala 526 York St., Apt A Vallejo, CA 94590
15402401 VALENTINA DE SOUSA 738 POST STREET, APT #519 SAN FRANCISCO, CA 94102
15402673 VANESSA SYMNS 7320 BENBOW STREET SACRAMENTO, CA 95822
15402343 VERONICA BARNETT−YANKA 260 SAN MARCO AVE., APT #4 SAN BRUNO, CA 94066
15402667 Valentina D. Sousa 737 Post St. 305 San Francisco, CA 94101
15402576 Vanessa M. Muzio 2336 Fairfield Ave 70 Fairfield, CA 94533
15402660 Vanessa Smith 1618 Sullivan Ave #390 Daly City, CA 94015
15402658 Vanessa Smith 79 Vendome Daly City, CA 94014
15402730 Veronica Yanka 260 San Marco Ave. Apt. 4 San Bruno, CA 94066
15402592 Violet A. Patton 1336 Bello Dr Dixon, CA 95620
15402645 Whitney A. Scott 421 W 8th St Santa Rosa, CA 95401
15402740 Wilber O. Zelaya 1022 Huron Ave San Francisco, CA 94112
15378875 YANN DALRYMPLE Attn: Billing/Accounting 510 PARKER #3 San Francisco, CA 94118
15431330 Yogesh Narayanan ADZ Law. LLP 2000 Alameda de las Pulgas, Suite 161 San Mateo, CA 94403−2000

TOTAL: 496