UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Bijou-Century, LLC<br><br>Debtor(s) | Case No. 3:22-bk-30126 HB |

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Mark Sharf*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $38,340. A plan was confirmed on 11/30/2022. No plan payments were made to the trustee. The Debtor filed a Notice of Substantial Consummation on 12/16/2022, and pursuant to 11 U.S.C. § 330(a) on 12/30/2022, the Court ordered compensation of $38,340 be awarded to the trustee. These funds were paid by the debtor to the trustee on 1/9/2023. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 2/8/2023

By: /s/ Mark Sharf
Mark Sharf, Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-11(v)-NDR D**