JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

**THE SIMON LAW GROUP, LLP**
Robert T. Simon (SBN 238095)
Brandon J. Simon (SBN 291475)
34 Hermosa Avenue
Hermosa Beach, CA 90254
Tel: (855) 855-8910
Fax: (855) 855-8910

**FIORE ACHERMANN**
Jennifer Fiore (SBN 203618)
Sophia Achermann (SBN 262712)
605 Market Street, Suite 1103
San Francisco, CA 94105
Tel./Fax: 415-550-0650
Email: jennifer@theFAfirm.com
sophia@theFAfirm.com

Attorneys for Creditor Jane Doe

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>BIJOU-CENTURY, LLC,<br><br>Debtor. | Case No. 22-30126-HLB<br>Chapter 11 Case<br><br>**Stipulation Resolving Debtor's Objection to Claim (Claim 7) of Creditor Jane Doe**<br><br>Judge: Hon. Hannah L. Blumenstiel |

This stipulation (the "Stipulation") is entered into, by and between Creditor Jane Doe ("Doe"), though her undersigned counsel, on the one hand, and Michael Cooper, solely in his capacity as plan administrator for the confirmed chapter 11 plan of Bijou-Century, LLC (the "Administrator") in the above captioned chapter 11 case of Bijou-Century, LLC (the "Debtor"), as follows:

**RECITALS**

A. On March 13, 2022 (the "Petition Date"), Bijou-Century, LLC (the "Debtor") filed a voluntary bankruptcy petition commencing this bankruptcy case under chapter 11 of the Bankruptcy Code (the "Case"). ECF 1.

B. The Debtor elected to proceed under subchapter V of chapter 11 of the Bankruptcy Code. ECF 1 at 2.

C. On May 13, 2022, Doe filed her proof of claim (the "Claim"), bearing proof of claim number 7, on the Debtor's claim register. POC 7.

D. Annexed to the proof of claim is a true and correct copy of Doe's complaint in the lawsuit styled as "Jane Doe v. Déjà vu – San Francisco, LLC [*et al.*]," filed in the San Francisco Superior Court, bearing case number CGC-20-586943 (the "State Court Lawsuit").

E. On October 17, 2022, the Debtor filed its "Objection to Claim (Claim 7)" (the "Objection"). ECF 129.

F. On November 16, 2022, Doe filed her "Creditor Jane Doe's Response and Request for a Hearing on Debtor's Objection to Claim (Claim 7) (the "Response"). ECF 160.

G. On November 30, 2022, the Court entered an order confirming the Debtor's chapter 11 plan of reorganization, and which appointed Michael D. Cooper as the plan Administrator. ECF 173.

H. On December 9, 2022, the Court entered an order transferring the Objection to the Administrator. ECF 187.

I. Doe and the Administrator have discussed their issues regarding the Objection and Response and have agreed to settle their issues as set forth in this Stipulation below:

## STIPULATION

1. The recitals of paragraphs "A" through "I" above incorporate here as though set forth in full.

2. Without prejudice to any parties' rights in the State Court Lawsuit, by this Stipulation, Doe and Administrator agree to approve Doe's Claim in the amount of $100,000.00 to share *pro rata* with the Class 2 claimants under Debtor's confirmed chapter 11 plan.

3. Neither this Stipulation nor the Administrator's approval of Doe's Claim by this Stipulation shall have any preclusive effect on the claims, defenses, issues, liability (if any), or damages (if any) of the parties in the State Court Lawsuit.

**SO STIPULATED.**

Dated: April __, 2023

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: */s/ John-Patrick M. Fritz*
JOHN-PATRICK M. FRITZ
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
Attorneys for Creditor Jane Doe

Dated: April 26, 2023

MICHAEL D. COOPER,
Solely in his capacity as Plan Administrator of Bijou-Century, LLC

Michael D. Cooper


Case: 22-30126 Doc# 208 Filed: 05/25/23 Entered: 05/25/23 16:00:21 Page 3 of 5

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled: **Stipulation Resolving Debtor's Objection to Claim (Claim 7) of Creditor Jane Doe** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 25, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ *Service information continued on attached page*

**2. SERVED BY UNITED STATES MAIL**: On **May 25, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 25, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 25, 2023 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |



Case: 22-30126 Doc# 208 Filed: 05/25/23 Entered: 05/25/23 16:00:21 Page 4 of 5

**22-30126 Notice will be electronically mailed to:**

Sophia Achermann on behalf of Creditor Jane Doe
sophia@thefafirm.com

John-Patrick M. Fritz on behalf of Creditor Jane Doe
jpf@lnbyg.com, JPF@ecf.inforuptcy.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Elvina Rofael on behalf of U.S. Trustee Office of the U.S. Trustee / SF
elvina.rofael@usdoj.gov, Katina.Umpierre@usdoj.gov,GemMil.Langit@usdoj.gov

Mark M. Sharf
mark@sharflaw.com,
msharf00@gmail.com;sharf1000@gmail.com;C188@ecfcbis.com;msharf00@gmail.com

Michael St. James on behalf of Debtor Bijou-Century, LLC
ecf@stjames-law.com

Jason E. Turner on behalf of Creditor Lapasia Colbert
jturner@jturnerlawgroup.com, iliana@jturnerlawgroup.com