**Entered on Docket**
**May 25, 2023**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: May 25, 2023**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM

**THE SIMON LAW GROUP, LLP**
Robert T. Simon (SBN 238095)
Brandon J. Simon (SBN 291475)
34 Hermosa Avenue
Hermosa Beach, CA 90254
Tel: (855) 855-8910
Fax: (855) 855-8910

**FIORE ACHERMANN**
Jennifer Fiore (SBN 203618)
Sophia Achermann (SBN 262712)
605 Market Street, Suite 1103
San Francisco, CA 94105
Tel./Fax: 415-550-0650
Email: jennifer@theFAfirm.com
sophia@theFAfirm.com

Attorneys for Creditor Jane Doe

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>BIJOU-CENTURY, LLC,<br><br>Debtor. | Case No. 22-30126-HLB<br>Chapter 11 Case<br><br>**Order Approving Stipulation Resolving Debtor's Objection to Claim (Claim 7) of Creditor Jane Doe**<br><br>Judge: Hon. Hannah L. Blumenstiel |

The Court, having read and considered at certain *Stipulation Resolving Debtor's Objection to Claim (Claim 7) of Creditor Jane Doe* (the "Stipulation") entered into, by and between Creditor Jane Doe ("Doe"), though her undersigned counsel, on the one hand, and Michael Cooper, solely in his capacity as plan administrator for the confirmed chapter 11 plan of Bijou-Century, LLC (the "Administrator") in the above captioned chapter 11 case of Bijou-Century, LLC (the "Debtor"), on the other hand, the record in the case, the docket in the case, and good cause appearing, therefor,

**HEREBY ORDERS** that the Stipulation is approved in its entirety.

* * * END OF ORDER * * *



Case: 22-30126 Doc# 209 Filed: 05/25/23 Entered: 05/25/23 17:18:53 Page 2 of 2