Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>BIJOU-CENTURY, LLC<br><br>Debtor | Case No. 22-30126 HLB<br><br>Chapter 11 |

# DECLARATION OF MICHAEL DAVID COOPER IN SUPPORT OF FEE APPLICATION

I, Michael David Cooper, declare under penalty of perjury:

1. I was previously an attorney at law, licensed by and in good standing with the Bar of this State, and admitted to practice before its Courts. I am now generally retired. As relevant here, following my retirement from the practice of law, I agreed to act as Plan Administrator in this case. If called as a witness, I could and would competently testify as follows:

2. I prepared and have read the Fee Application filed herewith. The factual assertions made therein are true and correct to the best of my knowledge, information and belief.

3. Attached hereto are true and correct copies of my invoices for services rendered in the course of the case.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed in Piedmont, California on August 18, 2025.

/s/ *Michael David Cooper* .
Michael David Cooper

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

# Invoice 10001

| | |
|---|---|
| **Date** | Jan 05, 2023 |
| **Terms** | |
| **Service Thru** | Dec 31, 2022 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 12/03/2022 | MDC | **Review:** Review Confirmed Plan; review disputed claims; review various emails from M. St. James; email to M. St. James re case administrator duties | 2.10 | $ 600.00/hr | $ 1,260.00 |
| 12/06/2022 | MDC | **Phone Call:** Call with M. St. James re plan administration | 0.20 | $ 600.00/hr | $ 120.00 |
| 12/07/2022 | MDC | **Phone Call:** Call with M. St. James re claims issues | 0.20 | $ 600.00/hr | $ 120.00 |
| 12/09/2022 | MDC | **Correspondence:** Email from M. St. James | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/12/2022 | MDC | **Review:** Further review of claims | 0.70 | $ 600.00/hr | $ 420.00 |
| 12/12/2022 | MDC | **Review:** Further review of Claims and Confirmed Plan, review hearing transcript re Jane Doe claim, call with M. St. James, leave voice mail for attorneys for disputed claimants, email to M. St. James regarding plan execution and GUC account | 1.60 | $ 600.00/hr | $ 960.00 |
| 12/13/2022 | MDC | **Phone Call:** Call with attorney's office to schedule call re Claim # 14 (Narayanan) | 0.10 | $ 0.00/hr | No Charge |
| 12/13/2022 | MDC | **Correspondence:** Email from and to office of attorney for Y. Narayanan (Claim #14) re re extension of time to file response to objection to claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/15/2022 | MDC | **Phone Call:** Call with M. St. James re claims | 0.30 | $ 600.00/hr | $ 180.00 |
| 12/15/2022 | MDC | **Review:** Review complaint re Claim #14 in preparation for call with counsel; analysis of causes of action | 0.40 | $ 600.00/hr | $ 240.00 |
| 12/15/2022 | MDC | **Review:** Preparation for call with M. St. James | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/16/2022 | MDC | **Phone Call:** Call with M. Peters re Schmid claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/19/2022 | MDC | **Correspondence:** Short review of Schmid claim; email to M. Peters, Esq. | 0.10 | $ 600.00/hr | $ 60.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/19/2022 | MDC | **Correspondence:** Email to and from J. Turner, attorney for Colbert/Banks | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/19/2022 | MDC | **Phone Call:** Preparation for call and call with P. Vielman-Reeves re Narayanan claim | 0.40 | $ 600.00/hr | $ 240.00 |
| 12/22/2022 | MDC | **Review:** Review and preparation for call with M. Peters, attorney for claimant Schmid (No. 9) | 0.20 | $ 600.00/hr | $ 120.00 |
| 12/22/2022 | MDC | **Phone Call:** Call with M. Peters, attorney for Schmid | 0.30 | $ 600.00/hr | $ 180.00 |
| 12/22/2022 | MDC | **Phone Call:** Preparation for call (.1) and call (.5) with JP Fritz re Jane Doe claim | 0.50 | $ 600.00/hr | $ 300.00 |
| 12/22/2022 | MDC | **Correspondence:** Email to M. St. James re Jane Doe claim and St. James response | 0.20 | $ 600.00/hr | $ 120.00 |
| 12/22/2022 | MDC | **Phone Call:** Preparation for call and call with J. Turner, attorney for Colbert and Banks | 0.40 | $ 600.00/hr | $ 240.00 |
| 12/23/2022 | MDC | **Phone Call:** Call to JP Fritz | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/23/2022 | MDC | **Review:** Review documents/pleadings received from J. Turner, attorney for Colbert/Banks; voice mail to S. Cahill, Esq/ | 0.40 | $ 600.00/hr | $ 240.00 |

| | |
|---|---|
| **Total Hours** | 8.70 hrs |
| **Total Services Rendered** | $ 5,160.00 |
| **Total Invoice Amount** | $ 5,160.00 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 5,160.00** |

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

# Invoice 10002

| | |
|---|---|
| **Date** | Feb 02, 2023 |
| **Terms** | |
| **Service Thru** | Jan 31, 2023 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 01/03/2023 | MDC | **Phone Call:** Call with S. Cahill re substance of claim disputes | 0.80 | $ 600.00/hr | $ 480.00 |
| 01/03/2023 | MDC | **Correspondence:** Email to M. Peters, attorney for K. Schmid | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/05/2023 | MDC | **Review:** Review letter and documents (148 pages) received from attorney for Narayan (Claim 14) (1.2); email to attorney requested damage analysis (.1) | 1.30 | $ 600.00/hr | $ 780.00 |
| 01/07/2023 | MDC | **Correspondence:** Review of letter from Narayan counsel re damages and email to S. Cahill re same | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/10/2023 | MDC | **Review:** Further review of Colbert/Banks documents responsive to objection | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/10/2023 | MDC | **Phone Call:** Call with S. Cahill (L & L) re Colbert/Banks claim | 1.10 | $ 600.00/hr | $ 660.00 |
| 01/10/2023 | MDC | **Correspondence:** Email to M. Peters requesting summary of claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/10/2023 | MDC | **Correspondence:** Email from S. Cahill re Narayanan claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/10/2023 | MDC | **Phone Call:** Call with P. Vielman-Reeves re Narayanan claim | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/11/2023 | MDC | **Correspondence:** Email to and call with P. Vielman-Reeves | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/12/2023 | MDC | **Documentation:** Revise settlement agreement | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/17/2023 | MDC | **Review:** Receive and review letter from Schmid attorney; email to S. Cahill re same | 0.30 | $ 600.00/hr | $ 180.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01/18/2023 | MDC | **Review:** Receive executed settlement agreement from P. Vielman-Reeves re Narayanan settlement; sign and return; email to M. St. James re same | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/20/2023 | MDC | **Review:** Review email from S. Cahill in response to Schmid claim; further review of Schmid's attorney's letter | 0.80 | $ 600.00/hr | $ 480.00 |
| 01/20/2023 | MDC | **Phone Call:** Call with S. Cahill re Schmid claim | 0.40 | $ 600.00/hr | $ 240.00 |
| 01/21/2023 | MDC | **Correspondence:** Email to M. St. James re Schmid claim | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/21/2023 | MDC | **Correspondence:** Email to J. Turner re need for additional information on Colbert/Banks claim | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/26/2023 | MDC | **Phone Call:** Call with M. St. James re various claims | 0.40 | $ 600.00/hr | $ 240.00 |
| 01/30/2023 | MDC | **Review:** Review Schmid attorney letter/summary of claim and research cited case and statutory law; preparation for call with Ken Johnson (NCT Manager) and G. Marlin, Esq. | 1.30 | $ 600.00/hr | $ 780.00 |
| 01/30/2023 | MDC | **Phone Call:** Call with JP Fritz re Jane Doe claim | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/31/2023 | MDC | **Review:** Review/preparation for call with G. Marlin and K. Johnson | 0.50 | $ 600.00/hr | $ 300.00 |
| 01/31/2023 | MDC | **Phone Call:** Call with G. Marlin and K. Johnson re Schmid claim | 0.70 | $ 600.00/hr | $ 420.00 |
| 01/31/2023 | MDC | **Correspondence:** Emails from and to M. Peters, attorney for Schmid; | 0.30 | $ 600.00/hr | $ 180.00 |
| 01/31/2023 | MDC | **Documentation:** Memo to file re Schmid claim and preparation for call with M. Peters | 0.50 | $ 600.00/hr | $ 300.00 |

| | |
|---|---|
| **Total Hours** | 11.30 hrs |
| **Total Services Rendered** | $ 6,780.00 |
| **Total Invoice Amount** | $ 6,780.00 |
| **Previous Balance** | **$ 5,160.00** |
| 02/02/2023 Payment - Check | ($5,160.00) |
| **Balance (Amount Due)** | **$ 6,780.00** |

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

# INVOICE

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

## Invoice 10003

| | |
|---|---|
| **Date** | Mar 06, 2023 |
| **Terms** | |
| **Service Thru** | Feb 28, 2023 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 02/02/2023 | MDC | **Correspondence:** Email to J. Turner re Colbert/Banks claims | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/02/2023 | MDC | **Phone Call:** Two calls with G. Marlin re Schmid claim | 0.40 | $ 600.00/hr | $ 240.00 |
| 02/02/2023 | MDC | **Review:** Preparation for call to M. Peters; memo to file re same; review of cited case law | 1.20 | $ 600.00/hr | $ 720.00 |
| 02/02/2023 | MDC | **Phone Call:** Call with M. Peters | 0.80 | $ 600.00/hr | $ 480.00 |
| 02/09/2023 | MDC | **Correspondence:** Email from Schmid attorney with documents to review | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/09/2023 | MDC | **Review:** Preparation for call with S. Cahill re claim status | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/10/2023 | MDC | **Research:** Research re statutory and case law re labor code violations relating to tips | 0.80 | $ 600.00/hr | $ 480.00 |
| 02/10/2023 | MDC | **Review:** Review and preparation for call with Shane Cahill | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/10/2023 | MDC | **Phone Call:** Call with Shane Cahill re Schmid claim | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/10/2023 | MDC | **Correspondence:** Email to and from G. Marlin re Schmid claim | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/11/2023 | MDC | **Review:** Continue review of Schmid claim | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/13/2023 | MDC | **Phone Call:** Preparation for call (.2) and call with M. Peters re Schmid claim (.5) | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/13/2023 | MDC | **Correspondence:** Email to Gary Marlin re Schmid claim | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/13/2023 | MDC | **Correspondence:** Emails to and from J. Turner re Colbert/Banks claims | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/14/2023 | MDC | **Correspondence:** Email to G. Marlin re Schmid claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 02/14/2023 | MDC | **Phone Call:** Call with M. St. James re disputed claims | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/15/2023 | MDC | **Correspondence:** Email with questions to Gary Marlin re Schmid claim | 1.00 | $ 600.00/hr | $ 600.00 |
| 02/17/2023 | MDC | **Phone Call:** Preparation for call (.2) and call with G. Marlin re Schmid claim (.5) | 0.70 | $ 600.00/hr | $ 420.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/23/2023 | MDC | **Review:** Receive and review longin report for Schmid (.3) | 0.30 | $ 600.00/hr | $ 180.00 |
| 02/23/2023 | MDC | **Correspondence:** Analysis and email to M. Peters re Schmid claim | 0.70 | $ 600.00/hr | $ 420.00 |
| 02/27/2023 | MDC | **Phone Call:** Call from S. Cahill re disputed claims update | 0.20 | $ 600.00/hr | $ 120.00 |

| | |
|---|---|
| **Total Hours** | 10.40 hrs |
| **Total Services Rendered** | $ 6,240.00 |
| **Total Invoice Amount** | $ 6,240.00 |
| **Previous Balance** | **$ 6,780.00** |
| 03/06/2023 Payment - Check | ($6,780.00) |
| **Balance (Amount Due)** | **$ 6,240.00** |

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

# INVOICE

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

## Invoice 10006

| | |
|---|---|
| **Date** | Apr 06, 2023 |
| **Terms** | |
| **Service Thru** | Mar 31, 2023 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/10/2023 | MDC | **Review:** Review document received from J. Turner re Colbert/Banks claim | 0.90 | $ 600.00/hr | $ 540.00 |
| 03/11/2023 | MDC | **Review:** Further review of Colbert/Banks claim | 0.50 | $ 600.00/hr | $ 300.00 |
| 03/13/2023 | MDC | **Correspondence:** Email to JP Fritz re Jane Doe claim | 0.20 | $ 600.00/hr | $ 120.00 |
| 03/13/2023 | MDC | **Phone Call:** Telephone call with M. Peters re Schmid claim | 0.60 | $ 600.00/hr | $ 360.00 |
| 03/14/2023 | MDC | **Correspondence:** Email to M. Peters re Schmid claim | 0.20 | $ 600.00/hr | $ 120.00 |

| | |
|---|---|
| **Total Hours** | 2.40 hrs |
| **Total Services Rendered** | $ 1,440.00 |
| **Total Invoice Amount** | $ 1,440.00 |
| **Previous Balance** | **$ 6,780.00** |
| 03/06/2023 Payment - Check | ($6,780.00) |
| **Balance (Amount Due)** | **$ 1,440.00** |

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

# INVOICE

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

## Invoice 10007

| | |
|---|---|
| **Date** | May 03, 2023 |
| **Terms** | |
| **Service Thru** | Apr 30, 2023 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/01/2023 | MDC | **Correspondence:** Email to J. Turner re Colbert/Banks claim (Service rendered on March 6, 2023 and not included on March invoice) | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/03/2023 | MDC | **Correspondence:** Email to JP Fritz re Jane Doe claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/04/2023 | MDC | **Correspondence:** Email from JP Fritz | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/05/2023 | MDC | **Correspondence:** Email from and to JP Fritz re claim settlement | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/06/2023 | MDC | **Review:** Continue to review documents received from claimants and evaluate claim; email to J. Turner regarding request for additional documents | 0.90 | $ 600.00/hr | $ 540.00 |
| 04/20/2023 | MDC | **Correspondence:** Email to M. St. James with draft stipulation relating to Jane Doe claim | 0.10 | $ 0.00/hr | No Charge |
| 04/25/2023 | MDC | **Correspondence:** Email from and to J. Turner re document production; review claimant tax return | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/26/2023 | MDC | **Review:** Review Stipulation, sign and return to JP Fritz for filing (Jane Doe) | 0.20 | $ 600.00/hr | $ 120.00 |

| | |
|---|---|
| **Total Hours** | 2.00 hrs |
| **Total Services Rendered** | $ 1,140.00 |
| **Total Invoice Amount** | $ 1,140.00 |
| **Previous Balance** | **$ 1,440.00** |
| **Balance (Amount Due)** | **$ 2,580.00** |

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

# Invoice 10008

| | |
|---|---|
| **Date** | Jul 29, 2023 |
| **Terms** | |
| **Service Thru** | Jul 29, 2023 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 07/12/2023 | MDC | **Correspondence:** Email to and from M. St. James re status | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/17/2023 | MDC | **Correspondence:** Email to J. Turner re: Colbert/Banks claim | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/17/2023 | MDC | **Correspondence:** Emails to and from M. St. James re status | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/21/2023 | MDC | **Review:** Review of Colbert/Banks claim memo re information needed (.7); email from and to J. Turner (.3) | 1.00 | $ 600.00/hr | $ 600.00 |
| 07/23/2023 | MDC | **Correspondence:** Email from M. St. James re plan provision re GUC Pot payment | 0.10 | $ 600.00/hr | $ 60.00 |
| 07/25/2023 | MDC | **Review:** Review info needed re Colbert/Banks claim and email to G. Marlin re same | 0.40 | $ 600.00/hr | $ 240.00 |
| 07/25/2023 | MDC | **Review:** Email from G. Marlin with records; begin review | 0.40 | $ 600.00/hr | $ 240.00 |
| 07/27/2023 | MDC | **Correspondence:** Email to and from B. Burton re debtor's bank statements | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/28/2023 | MDC | **Review:** Review Colbert/Banks claim and documents received from B. Burton | 1.10 | $ 600.00/hr | $ 660.00 |

| | |
|---|---|
| **Total Hours** | 3.70 hrs |
| **Total Services Rendered** | $ 2,220.00 |
| **Total Invoice Amount** | $ 2,220.00 |
| **Previous Balance** | **$ 2,580.00** |
| 07/29/2023 Payment - Check | ($2,580.00) |

| | |
|---|---|
| **Balance (Amount Due)** | **$ 2,220.00** |

Case: 22-30126 Doc# 210-1 Filed: 09/17/25 Entered: 09/17/25 20:16:15 Page 12 of 16

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

# INVOICE

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

## Invoice 10009

| | |
|---|---|
| **Date** | Sep 11, 2023 |
| **Terms** | |
| **Service Thru** | Aug 31, 2023 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 08/01/2023 | MDC | **Correspondence:** Email from and to B. Burton and M. St. James re timing of distribution to Class 2 creditors | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/01/2023 | MDC | **Correspondence:** Email to S. Cahill re Colbert/Banks claim | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/01/2023 | MDC | **Correspondence:** Continue review of employment records; email to G. Marlin with follow-up questions | 0.50 | $ 600.00/hr | $ 300.00 |
| 08/04/2023 | MDC | **Correspondence:** Email from and to B. Burton re GUC Pot | 0.20 | $ 600.00/hr | $ 120.00 |
| 08/07/2023 | MDC | **Review:** Continue review of claim and documents received from debtor and claimant | 2.40 | $ 600.00/hr | $ 1,440.00 |
| 08/07/2023 | MDC | **Phone Call:** Call with Gary Marlin re Colbert/Banks claim | 0.40 | $ 600.00/hr | $ 240.00 |
| 08/08/2023 | MDC | **Correspondence:** Email to and from S. Cahill | 0.30 | $ 600.00/hr | $ 180.00 |
| 08/09/2023 | MDC | **Correspondence:** Email to S. Cahill | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/16/2023 | MDC | **Review:** Review and research re Colber/Banks claim; draft email letter to J. Turner re settlement | 1.40 | $ 600.00/hr | $ 840.00 |
| 08/16/2023 | MDC | **Correspondence:** Email to and from S. Cahill | 0.20 | $ 600.00/hr | $ 120.00 |

| | |
|---|---|
| **Total Hours** | 6.10 hrs |
| **Total Services Rendered** | $ 3,660.00 |
| **Total Invoice Amount** | $ 3,660.00 |
| **Previous Balance** | **$ 2,220.00** |
| **Balance (Amount Due)** | **$ 5,880.00** |

**Michael D. Cooper, Bijou-Century Plan Administrator**
2937 Forest Avenue
Berkeley, CA 94705
Phone: 510-910-9247
Email: michaeldavidcooper@icloud.com

# INVOICE

**Bijou-Century**
c/o Barbara Burton
Consolidated Bookeeping
PO Box 2602
Seattle, WA 98111

## Invoice 10010

| | |
|---|---|
| **Date** | May 12, 2025 |
| **Terms** | |
| **Service Thru** | Apr 30, 2025 |

**In Reference To: Plan Administration (Services Rendered)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 09/11/2023 | MDC | **Phone Call:** Call with M. St. James | 0.20 | $ 600.00/hr | $ 120.00 |
| 10/02/2023 | MDC | **Review:** Review and prepare for call with Colbert/Banks counsel | 1.50 | $ 600.00/hr | $ 900.00 |
| 10/03/2023 | MDC | **Phone Call:** Call with Counsel for Colbert/Banks | 1.00 | $ 600.00/hr | $ 600.00 |
| 10/03/2023 | MDC | **Review:** Receive and review jury verdicts from J. Turner | 0.50 | $ 600.00/hr | $ 300.00 |
| 12/29/2023 | MDC | **Correspondence:** Email from Mark Peters, Esq. re creditor claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 01/02/2024 | MDC | **Correspondence:** Respond to Peters email | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/06/2024 | MDC | **Review:** Review debtor's bank statement s for January and February 2024 | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/02/2024 | MDC | **Review:** Receive and review March 2024 bank statements | 0.10 | $ 600.00/hr | $ 60.00 |
| 06/04/2024 | MDC | **Review:** Receive and review April and May 2024 bank statements | 0.20 | $ 600.00/hr | $ 120.00 |
| 07/16/2024 | MDC | **Review:** Receive and review June 2024 bank statements | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/21/2024 | MDC | **Correspondence:** Email from M. Peters, Esq. re case status | 0.10 | $ 600.00/hr | $ 60.00 |
| 08/22/2024 | MDC | **Correspondence:** Review and respond to M. Peters re status | 0.20 | $ 600.00/hr | $ 120.00 |
| 09/06/2024 | MDC | **Review:** Receive and review July and August bank statements | 0.20 | $ 600.00/hr | $ 120.00 |
| 10/11/2024 | MDC | **Review:** Receive and review September 2024 bank statements | 0.10 | $ 600.00/hr | $ 60.00 |
| 12/05/2024 | MDC | **Review:** Receive and review October and November 2024 bank statements | 0.20 | $ 600.00/hr | $ 120.00 |
| 01/07/2025 | MDC | **Correspondence:** Email from and to J.P. Fritz re request and response to case status | 0.20 | $ 600.00/hr | $ 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/12/2025 | MDC | **Review:** Receive and review December 2024 and January 2025 bank statements | 0.20 | $ 600.00/hr | $ 120.00 |
| 02/24/2025 | MDC | **Review:** Review Colbert/Banks claim and email to J. Turner with counteroffer | 0.40 | $ 600.00/hr | $ 240.00 |
| 03/03/2025 | MDC | **Research:** Receive and review February 2024 bank statements | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/03/2025 | MDC | **Review:** Review status of case and email to debtor re same | 0.70 | $ 600.00/hr | $ 420.00 |
| 03/03/2025 | MDC | **Correspondence:** Email to G. Marlin re payment of 816 Larkin Street rent claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/04/2025 | MDC | **Correspondence:** Email response to G. Marlin re 816 Larkin Street claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 03/04/2025 | MDC | **Correspondence:** Email from B. Burton re transfer to GUC account | 0.10 | $ 0.00/hr | No Charge |
| 04/01/2025 | MDC | **Review:** Receive and review March 2025 bank statements | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/01/2025 | MDC | **Review:** Email from G. Marlin to B. Burton re deposit to GUC account | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/01/2025 | MDC | **Correspondence:** Email to M. St. James re status | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/01/2025 | MDC | **Correspondence:** Email to J. Turner re Colbert/Banks claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/01/2025 | MDC | **Correspondence:** Email from M. St. James re case status | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/01/2025 | MDC | **Review:** Email from G. Marlin to M. St. James re payments to GUC account | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/01/2025 | MDC | **Correspondence:** Email to M. St. James re status of resolution of claim disputes | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/03/2025 | MDC | **Correspondence:** Email to M. St. James re amount to be deposited to GUC account | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/04/2025 | MDC | **Research:** Receive and review GUC acccount report and attachments from B. Burton | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/04/2025 | MDC | **Correspondence:** Email from G. Marlin re GUC account | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/04/2025 | MDC | **Review:** Email to B. Barton re GUC account deposits and payment of admin claims | 0.50 | $ 600.00/hr | $ 300.00 |
| 04/06/2025 | MDC | **Review:** Receive and review distribution analysis from M. St. James | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/06/2025 | MDC | **Correspondence:** Email from M. St. James re spreadsheet of payments to admin and priority, and remaining amount to be deposited to GUC account | 0.40 | $ 600.00/hr | $ 240.00 |
| 04/07/2025 | MDC | **Correspondence:** Email response from B. Burton re GUC account | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/07/2025 | MDC | **Phone Call:** Call with M. St. James re debtor's remaining payments required by the plan | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/09/2025 | MDC | **Correspondence:** Email from J. Turner re Colbert/Banks demand | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/15/2025 | MDC | **Correspondence:** Short review and email to J. Turner responding to demand | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/17/2025 | MDC | **Correspondence:** Email from B. Barton re transfer to GUC account | 0.00 | $ 600.00/hr | No Charge |

| | | | | | |
|---|---|---|---|---|---|
| 04/17/2025 | MDC | **Correspondence:** Email to and from J. Turner re settlement negotiations | 0.20 | $ 600.00/hr | $ 120.00 |
| 04/17/2025 | MDC | **Correspondence:** Email from and to B. Burton re fee accounting; email from M. St. James to accountant re review of accuracy of spreadsheet | 0.10 | $ 0.00/hr | No Charge |
| 04/25/2025 | MDC | **Correspondence:** Email to J. Turner re Colbert/Banks claim | 0.10 | $ 600.00/hr | $ 60.00 |
| 04/29/2025 | MDC | **Correspondence:** Emails with G. Marlin and M. St. James re GUC account | 0.30 | $ 600.00/hr | $ 180.00 |
| 04/30/2025 | MDC | **Correspondence:** Email from B. Burton re GUC account report | 0.10 | $ 600.00/hr | $ 60.00 |

| | |
|---|---|
| **Total Hours** | 11.30 hrs |
| **Total Services Rendered** | $ 6,660.00 |
| **Total Invoice Amount** | $ 6,660.00 |
| **Previous Balance** | **$ 5,880.00** |
| 12/13/2023 Payment - Check | ($5,880.00) |
| **Balance (Amount Due)** | **$ 6,660.00** |