**Entered on Docket**
**October 6, 2025**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Signed and Filed: October 5, 2025**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>BIJOU-CENTURY, LLC<br><br>Debtor | Case No. 22-30126 HLB<br><br>Chapter 11<br><br>DATE: October 9, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Hannah L. Blumenstiel |

# ORDER GRANTING FINAL FEE APPLICATION
**(Michael David Cooper)**

Upon consideration of the Fee Application of Michael David Cooper, Plan Administrator; Dkt #210; it appearing that notice of the Fee Application was duly given, and no Objection was timely presented, and the Court having addressed the merits of the Application in a Judge Docket Text Order entered on August 20, 2025, and good cause therefor appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Under the circumstances, creditors and parties in interest have received adequate notice and an opportunity to be heard.

2. The Fee Application submitted by Michael David Cooper be, and it hereby is, approved.

3. Michael David Cooper be, and it hereby is, allowed compensation in the amount of $33,300, with no expense reimbursement; and

4. The Debtor's prior payment of the foregoing compensation be, and it hereby is, ratified and approved.

* * * END OF ORDER * * *

***Court's Service List***

All persons entitled to notice of entry of this Order are ECF registered *except:*

N/A