**Entered on Docket**
**October 6, 2025**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: October 5, 2025**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>BIJOU-CENTURY, LLC<br><br>Debtor | Case No. 22-30126 HLB<br><br>Chapter 11<br><br>DATE: October 9, 2025<br>TIME: 10:00 a.m.<br>JUDGE: Honorable Hannah L. Blumenstiel |

# ORDER GRANTING MOTION TO CONCLUDE CASE

Upon consideration of the Motion to Conclude Case brought by Bijou-Century, LLC, Reorganized Debtor; Dkt #211; it appearing that notice of the Motion was duly given, and no Objection was timely presented, and the Court having addressed the merits of the Motion in a Judge Docket Text Order entered on October 3, 2025, and good cause therefor appearing

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Under the circumstances, creditors and parties in interest have received adequate notice and an opportunity to be heard.

2. The Plan Administrator's Final Fee Application be, and it hereby is, approved.

3. The Reorganized Debtor's payments of (a) Allowed Chapter 11 administrative expenses, (b) the Plan Administrator's fees, and (c) priority claims in the aggregate amount of $290,085.44 be, and they hereby are, ratified.

4. The remaining payment required under the Plan of Reorganization is $182,854.99, which amount is payable to holders of allowed general unsecured claims. The attached Distribution Schedule be, and it hereby is, approved. Checks which are not cashed within 60 days of distribution may be cancelled and the funds retained by the Reorganized Debtor.

5. Upon filing a Certificate that $182,854.99 has been distributed consistent with the Distribution Schedule, the Reorganized Debtor shall have fully performed its obligations under the Plan and shall be discharged of all further duties.

6. The Court shall thereafter enter its Final Decree and close the above case.

* * * END OF ORDER * * *

*Court's Service List*

All persons entitled to notice of entry of this Order are ECF registered except: N/A