Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

San Francisco Division

| | |
|---|---|
| In re<br><br>BIJOU-CENTURY, LLC<br><br>Debtor | Case No. 22-30126 HLB<br><br>Chapter 11 |

## CERTIFICATE OF BARBARA BURTON REGARDING DISTRIBUTION TO CREDITORS

I, Barbara Burton, do hereby declare:

1. I am an employee of Consolidated Bookkeeping, bookkeepers for Bijou-Century, LLC (the "Debtor"). I am the employee of Consolidated Bookkeeping principally responsible for administering and recording its disbursements following confirmation of its Plan of Reorganization. I make this Declaration of my own personal knowledge, and if called as a witness, I could and would competently testify as follows:

2. Through its Order Granting Motion to Conclude Case; Dkt #214; the Court authorized a first and final distribution to creditors in accordance with a distribution schedule. The attached Distribution Schedule is identical to the schedule previously presented to the Court except that the mailing addresses for Jane Doe and Kristine Schmid have been updated.

3. On October 14, 2025, I mailed checks in the amounts identified in the "Distribution" column to the claimants at the addresses indicated on the Distribution Schedule attached hereto.

I declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct. Executed this 14 day of October, 2025 at Seattle, Washington.

/s/ *Barbara Burton* .
Barbara Burton

# Bijou Century, LLC
## Check List
Bankruptcy Account
October 14, 2025

| Check Number | Check Date | Payee | Amount |
|---|---|---|---|
| **Vendor Checks** | | | |
| 1016 | 10/14/25 | Bank of America (PPP) Bryan Cave Leighton Paisner, | 57,720.51 |
| 1017 | 10/14/25 | DEJA VU SERVICES, INC | 270.48 |
| 1018 | 10/14/25 | GIG COMPUTERS, INC. | 45.10 |
| 1019 | 10/14/25 | GOLD CLUB-SF, LLC | 20,760.22 |
| 1020 | 10/14/25 | GOLD CLUB-SF, LLC | 4,571.39 |
| 1021 | 10/14/25 | GOLD CLUB-SF, LLC | 4,063.74 |
| 1022 | 10/14/25 | HANNAH HERNANDEZ | 1,231.31 |
| 1023 | 10/14/25 | IRS - CENTRAL INSOLVENCY SECTION | 16.68 |
| 1024 | 10/14/25 | JANE DOE- C/O THE SIMON LAW GROUP, LLP | 8,127.47 |
| 1025 | 10/14/25 | KRISTINE SCHMID | 12,191.21 |
| 1026 | 10/14/25 | LAPASIA COLBERT & MACKENZIE BANKS | 34,541.77 |
| 1027 | 10/14/25 | LONG & LEVIT LLP | 19,519.12 |
| 1028 | 10/14/25 | MANEGOLD ENGINEERING | 13.00 |
| 1029 | 10/14/25 | ORKIN | 4.92 |
| 1030 | 10/14/25 | PACIFIC MOBILE LOCK & SAFE | 31.00 |
| 1031 | 10/14/25 | PG&E | 168.36 |
| 1032 | 10/14/25 | RECOLOGY | 38.02 |
| 1033 | 10/14/25 | SAW ENTERTAINMENT HUSTLER | 449.14 |
| 1034 | 10/14/25 | SFBSC MANAGEMENT, LLC (M) | 14,897.66 |
| 1035 | 10/14/25 | SFPUC WATER | 43.21 |
| 1036 | 10/14/25 | SHINDELROCK & ASSOCIATES, PC | 183.79 |
| 1037 | 10/14/25 | SOCIAL SECURITY ADMINISTRATION | 273.50 |
| 1038 | 10/14/25 | SONIC.NET | 45.12 |
| 1039 | 10/14/25 | SYSCO FOOD SERVICES OF SF | 40.95 |
| 1040 | 10/14/25 | THE BOON GROUP, INC. | 65.82 |
| 1041 | 10/14/25 | TIFFANY DUQUE | 3,120.95 |
| 1042 | 10/14/25 | YANN DALRYMPLE | 4.27 |
| 1043 | 10/14/25 | YOGESH NARAYANAN | 2,031.87 |
| | | **Vendor Check Total** | 184,470.58 |
| | | **Check List Total** | 184,470.58 |

Check count = 28