

**Signed and Filed: November 14, 2025**

_____

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Michael St. James, CSB No. 95653
ST. JAMES LAW, P.C.
236 West Portal Avenue, Suite 305
San Francisco, California 94127
(415) 391-7566 Telephone
(415) 391-7568 Facsimile
michael@stjames-law.com

Counsel for Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

In re

BIJOU-CENTURY, LLC

       Debtor

Case No. 22-30126 HLB

Chapter 11

## FINAL DECREE

It appearing that Bijou-Century, LLC, Reorganized Debtor has fully performed its obligations under the Plan and that the estate has been fully administered, the Court hereby enters its Final Decree closing the above case.

\* \* \* END OF ORDER \* \* \*

## *Court's Service List*

All persons entitled to notice of entry of this Order are ECF registered except: N/A